# VERIFICATION

Mr. Dale Lacy, being first duly sworn on oath, deposes and says that he is a duly authorized agent of DLI Incorporated the Plaintiff DLI herein; that he has read the above and foregoing Complaint and that the facts as stated therein are true and correct to the best of his/her information and belief.

_____
Dale Lacy, President

County of Palm Beach:

State of Florida:

Subscribed and Sworn to before me this 8th day of April, 2006.

_____
Notary Public
My Commission Expires: _____



Dan Williams
My Commission DD225925
Expires September 20, 2007

COMPLAINT - 14

THE LAW OFFICE OF SHAWN C. WHITTAKER
9055 Comprint Court – Suite 340
Gaithersburg, MD 20877
Tel: 301.208.9114 / Fax: 301.208.0362