CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI Incorporated )
)
)
)
vs   Plaintiff )   Civil Action No. __1:06CV00875__
)
Allegheny Jefferson Millwork, LLC, )
et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __DLI Incorporated__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DLI Incorporated__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

468533
BAR IDENTIFICATION NO.

Shawn C. Whittaker
Print Name

9055 Comprint Court, Ste. 340
Address

Gaithersburg MD 20877
City         State         Zip Code

301 208-9114
Phone Number