UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 06-875 (RCL) |

## ORDER

Defendants Travelers Casualty and Surety Company, Great American Insurance Company, Fidelity and Deposit Company of Maryland, and Allegheny Jefferson Millwork, LLC, have each filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 1, 2006.