UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 06-875 (RCL) |

## ORDER

Upon consideration of the parties' Joint Report [8], it is hereby

ORDERED that

1. This case is referred to the Circuit Executive's Office for mediation to be concluded within 60 days of the date of this Order. The parties request that the program appoint a mediator with business litigation experience. The parties also request that the same mediator be assigned to handle both this case and any mediation that may occur in Civil Action No. 06-874 (RJL), and/or that the mediation of each case occur consecutively so as to minimize inconvenience to the parties.

2. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator;

3. Counsel and parties, including persons with settlement authority, shall attend the mediation;

4. If the case settles in whole or in part, plaintiff's counsel for the mediation shall advise the Court by filing a stipulation.

5. The following schedule shall apply to this matter:

    (a) Plaintiff shall file any expert reports by November 2, 2006;

    (b) Defendant shall file any expert reports by December 5, 2006;

    (c) Depositions shall be completed by March 1, 2007

    (d) Discovery shall close on March 1, 2007; and

    (e) Dispositive motions shall be filed by April 2, 2007; any oppositions shall be filed by April 19, 2007; and replies shall be filed by May 2, 2007.

6. A status conference shall be set after disposition of any dispositive motions, at which time dates for pretrial and trial will be set.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 20, 2006.