CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI INCORPORATED )
)
)
)
vs    Plaintiff )    Civil Action No. __1:06CV00875__
)
ALLEGHENY JEFFERSON )
MILLWORK, LLC., et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Travelers Casualty and Surety Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Travelers Casualty and Surety Company__ which have any outstanding securities in the hands of the public:

> Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__375884__
BAR IDENTIFICATION NO.

__Geoffrey S. Gavett__
Print Name

__15850 Crabbs Branch Way, Suite 180__
Address

__Rockville, Maryland 20855__
City    State    Zip Code

__301-948-1177__
Phone Number