CO-386-online
10/03

# United States District Court
# For the District of Columbia

DLI INCORPORATED )
)
)
)
vs   Plaintiff )   Civil Action No. 1:06CV00875
)
ALLEGHENY JEFFERSON )
MILLWORK, LLC, et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Great American Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Great American Insurance Company__ which have any outstanding securities in the hands of the public:

American Financial Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

3755884
BAR IDENTIFICATION NO.

Geoffrey S. Gavett
Print Name

15850 Crabbs Branch Way, Suite 180
Address

Rockville, Maryland 20855
City    State    Zip Code

301-948-1177
Phone Number