**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of D.L.I. INCORPORATED<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC, et al.<br><br><br>    Defendant(s). | Case No. 06cv-875 (RCL) |

**MOTION TO COMPEL DISCOVERY**

COMES NOW the Plaintiff D.L.I., Inc., by and through counsel Shawn C. Whittaker, and submits this Motion to Compel Discovery, pursuant to U.S.C.S. Fed. R. Civ. P. 37, and in support thereof states the following:

1. On September 7, 2006, Plaintiff served discovery requests consisting of Interrogatories and Requests for Production of Documents and Things on the Defendant. *See Notice of Discovery attached as Exhibit A*. Defendant had 30 days to respond to the discovery requests, plus 3 days for mailing, causing responses to be due on or about October 10, 2006.

2. On October 18, 2006, Plaintiff's counsel sent Defendant's counsel a letter, pursuant to U.S.C.S. Fed. R. Civ. P. 37,

MOTION TO COMPEL - 1        THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

requesting Defendant to respond to the discovery requests on or before October 25, 2006, seven days from the date of the letter. *See letter attached as Exhibit B*.

3. On November 1, 2006, Plaintiff's counsel sent Defendant's counsel an electronic mail again requesting the overdue responses to the discovery requests.

4. Thereafter, Defendant's counsel responded and said that he would provide discovery responses by November 17, 2006.

4. Defendant has not responded to the discovery requests, almost three (3) months after being served.

5. Plaintiff is prejudiced by Defendant's complete failure to provide discovery responses. Defendant has stalled and thwarted Plaintiff's attempts at discovery which is preventing Plaintiff from discovering information to pursue its claims. Plaintiff is further prejudiced as Plaintiff cannot supply discovery responses to its expert so that the expert can thoroughly prepare his report.

6. Plaintiff has been more than patient and accommodating to Defendant, and Defendant has clearly taken advantage of Plaintiff.

THEREFORE, Plaintiff D.L.I., Inc. respectfully requests this Court:

(a) Compel Defendant to respond to Plaintiff's discovery requests; and

    (b)    Order Defendant to pay Plaintiff attorneys' fees in the amount of $380.00 ($190.00 X 2 hours) for the filing and presenting of this Motion, and reduce any order to judgment; and

    (c)    Award Plaintiff any other remedy this Court deems just and proper.

### **U.S.C.S. Fed. R. Civil Rule 37 Certification**

I hereby certify that I have in good faith unsuccessfully attempted to resolve the discovery dispute which is the subject of this motion, prior to the filing of this motion.

Respectfully submitted,

_____
Shawn C. Whittaker
Bar No. #468533
902 Wind River Lane, Suite 203
Gaithersburg, MD 20878
shawn@whittaker-law.com

MOTION TO COMPEL - 3    THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com