UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> for the use and benefit of <br> D.L.I. INCORPORATED : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> ALLEGHENY JEFFERSON : <br> MILLWORK, LLC., et al. <br> : <br> Defendants | Case No.: 1:06CV00875 <br> Judge:  Royce C. Lamberth |

## OPPOSITION TO MOTION TO COMPEL

Defendant Allegheny Jefferson Millwork, LLC opposes the Motion to Compel filed by plaintiff, D.L.I. Incorporated, in the above-captioned matter as follows:

1.  As of the filing of this Opposition, the defendant has fully responded to the outstanding discovery in the form of Answers to Interrogatories and Responses to the Request for Production of Documents transmitted via facsimile, e-mail and U.S. Mail.

2.  Plaintiff was not prejudiced by the delay in providing these discovery responses. Over six months ago, defendant provided plaintiff with a detailed binder of documentation and summaries explaining defendant's reconciliation of the sums in dispute between the parties. A Table of Contents for this binder is attached hereto as Exhibit A. As revealed by the Table of Contents, defendant's binder of information is extremely comprehensive and well organized.

3.  Plaintiff's written discovery seeks production of information that is almost entirely redundant of the information produced in the binder of information referenced above.

4.       The Motion to Compel has, by virtue of the submission of the Answers to Interrogatories and Responses to Production of Documents, become moot.

                Respectfully submitted,

                GAVETT AND DATT, P.C.

                BY    /s/
                Geoffrey S. Gavett
                D.C. Bar No. 375884
                15850 Crabbs Branch Way
                Suite 180
                Rockville, Maryland 20855-2622
                (301) 948-1177
                **Counsel for Defendant Allegheny Jefferson Millwork, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Opposition was electronically served on this 12th day of December, 2006 to:

Shawn C. Whittaker, Esquire                **Counsel for Plaintiff**
9011 Comprint Court, Suite 340
Gaithersburg, Maryland 20877
(301) 208-9114

                /s/
              Geoffrey S. Gavett

F:\DATA\GD\CORPORATE\428.001\PLEADINGS\AJM OPPOSITION TO MOTION TO COMPEL.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of<br>D.L.I. INCORPORATED | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00875<br>Judge: Royce C. Lamberth |
| ALLEGHENY JEFFERSON<br>MILLWORK, LLC., et al. | : | |
| | : | |
| Defendants | | |

## ORDER

UPON CONSIDERATION OF the plaintiff's Motion to Compel Discovery, and the Opposition thereto of defendant Allegheny Jefferson Millwork, LLC, it appearing that the discovery at issue has now been produced, it is this _____ day of _____, 2006

ORDERED, that plaintiff's Motion to Compel is hereby DENIED as MOOT.

_____
Royce C. Lamberth, United States
District Judge

cc:   Shawn C. Whittaker, Esquire
      Law Office of Shawn C. Whittaker, P.C.
      902 Wind River Lane, Suite 203
      Gaithersburg, Maryland 20878
      **Counsel for Plaintiff**

      Geoffrey S. Gavett, Esquire
      Gavett and Datt, P.C.
      15850 Crabbs Branch Way, Suite 180
      Rockville, Maryland 20855-2622
      **Counsel for Defendant Allegheny Jefferson Millwork, LLC**