

# ALLEGHENY JEFFERSON MILLWORK, LLC

44098 MERCURE CIRCLE, SUITE 115
STERLING, VA 20166
PHONE: 703-260-3370
FAX: 703-260-3371



JEFFERSON
MILLWORK
& DESIGN

March 29, 2006

Carl C. Coe, Jr.
Zurich North America
3910 Keswick Road
P.O. Box 17138
Baltimore, MD 21211

RE:   Claim # 6850153200
      Bond # 8762374
      Principal: Allegheny Jefferson Millwork, LLC
      Project: E. Barrett Prettyman Courthouse
      Claimant: DLI, Inc.

Dear Mr. Coe:

  reference to the above claim, Allegheny Jefferson Millwork, LLC provides the following response detailed on the attached
 ..nibits:

| | | |
|---|---|---|
| Part A: | Accounting Reconciliation of Claims vs. Payments | |
| | Tab 1 | Accounting Summary |
| | Tab 2 | Lump Sum contract payment copies |
| | Tab 3 | Time & Materials approved payment copies |
| | Tab 4 | Time & Materials – Centex modified payment copies |
| | Tab 5 | Time & Materials – Payment Pending – Invoice #4542 |
| | | |
| Part B: | Assignment of Field Tickets (claims) | |
| | Tab 6 | Field Ticket Summary |
| | Tab 7 | Field Ticket Detail Spreadsheet |
| | Tab 8 | Field Tickets – Unapproved |
| | Tab 9 | Field Tickets – AJM, LLC Related |
| | Tab 10 | Field Tickets – GSA / Centex related change orders |
| | Tab 11 | Field Tickets – Other Trade |
| | | |
| Part C: | Detail of Department of Labor investigation | |
| | Tab 12 | AJM, LLC position statement |
| | Tab 13 | 10-5-04 Copy of Davis Bacon Wage Scale transmission to DLI |
| | Tab 14 | 1-5-05 Copy of Davis Bacon Wage Scale transmission to DLI |
| | Tab 15 | Copy of DLI subcontract & Bid scope sheets |
| | Tab 16 | Shalom Carpentry – partial overtime restitution |
| | Tab 17 | Wage Scale Statement of worker employed by DLI affiliate |

**EXHIBIT A**

# ALLEGHENY JEFFERSON MILLWORK, LLC

44098 MERCURE CIRCLE, SUITE 115
STERLING, VA 20166
PHONE: 703-260-3370
FAX: 703-260-3371




JEFFERSON
MILLWORK
& DESIGN

March 29, 2006
Page Two of Two

    Part C:    <u>Detail of Department of Labor investigation (continued)</u>

        Tab 18    Centex withholding notice
        Tab 19    Current DOL estimate of back wages and fringes due

    Part D:    <u>Charges to DLI, Inc.</u>
        Tab 20    Costs to perform DLI's remaining contract & punch list
        Tab 21    Cleaning backcharges from Centex due to DLI
        Tab 22    Thelen Reid investigation and reports in DOL matter
                    (legal work provided to DLI)

# Table of Contents

| # | |
|---|---|
| 1 | Accounting Summary |
| 2 | Lump Sum contract payment copies |
| 3 | Time & Materials approved payment copies |
| 4 | Time & Materials – Centex modified payment copies |
| 5 | Time & Materials – Payment Pending – Invoice #4542 |
| 6 | Field Ticket Summary |
| 7 | Field Ticket Detail Spreadsheet |
| 8 | Field Tickets - Unapproved |
| 9 | Filed Tickets – AJM, LLC Related |
| 10 | Field Tickets – GSA / Centex related change orders |
| 11 | Field Tickets – Other Trade |
| 12 | AJM, LLC position statement |
| 13 | 10-5-04 Copy of Davis Bacon Wage Scale transmission to DLI |
| 14 | 1-5-05 Copy of Davis Bacon Wage Scale transmission to DLI |
| 15 | Copy of DLI subcontract & Bid scope sheets |
| 16 | Shalom Carpentry – partial overtime restitution |
| 17 | Wage Scale Statement of worker employed by DLI affiliate |
| 18 | Centex withholding notice |
| 19 | Current DOL estimate of back wages and fringes due |
| 20 | Costs to perform DLI's remaining contract & punch list |
| 21 | Cleaning backcharges from Centex due to DLI |
| 22 | Thelen Reid investigation and reports in DOL matter |
| 23 | (legal work provided to DLI) |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |