**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>      et al.<br><br><br>      Defendant(s). | Case No.06cv-875 (RCL) |

**ERRATA**

TO THE CLERK OF SAID COURT:

    Please file the attached proposed order to the Plaintiff's Second Motion To Compel Discovery in this matter.

                           Respectfully submitted,

                           _____
                           Shawn C. Whittaker
                           Bar No. #468533
                           902 Wind River Lane, Suite 203
                           Gaithersburg, MD 20878
                           shawn@whittaker-law.com

ERRATA - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
902 Wind River Lane – Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com