**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br>      Defendant(s). | Case No.06cv-875 (RCL) |

**ORDER**

UPON CONSIDERATION of the Plaintiff's Motion to Compel Discovery as to the Defendant Allegheny Jefferson Millwork, LLC and the exhibits attached thereto and any opposition filed in response to the Motion; it is this _____ day of _____, 200__;

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that the Defendant file complete responses to Plaintiff's Discovery Requests within ____ days of this Order; and it is further

ORDER - 1
    THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
    902 Wind River Lane – Suite 203
    Gaithersburg, MD 20878
    Tel: 240.477.1677 / Fax: 240.477.1679
    shawn@whittaker-law.com

ORDERED that Defendant pay Plaintiff's attorneys' fees in the amount of $_____ within _____ days of the date of this Order.

```
                              _____
                              Judge Royce C. Lamberth
                              United States District Court for the
                              District of Columbia
```