

# ALLEGHENY JEFFERSON MILLWORK, LLC

44098 MERCURE CIRCLE, SUITE 115
STERLING, VA 20166
PHONE: 703-260-3370
FAX: 703-260-3371



JEFFERSON
MILLWORK
& DESIGN

March 29, 2006

Carl C. Coe, Jr.
Zurich North America
3910 Keswick Road
P.O. Box 17138
Baltimore, MD 21211

RE:    Claim # 6850153200
Bond # 8762374
Principal: Allegheny Jefferson Millwork, LLC
Project: E. Barrett Prettyman Courthouse
Claimant: DLI, Inc.

Dear Mr. Coe:

⟨reference to the above claim, Allegheny Jefferson Millwork, LLC provides the following response detailed on the attached ⟩ibits:

| | | |
|---|---|---|
| **Part A:** | | **Accounting Reconciliation of Claims vs. Payments** |
| | Tab 1 | Accounting Summary |
| | Tab 2 | Lump Sum contract payment copies |
| | Tab 3 | Time & Materials approved payment copies |
| | Tab 4 | Time & Materials – Centex modified payment copies |
| | Tab 5 | Time & Materials – Payment Pending – Invoice #4542 |
| | | |
| **Part B:** | | **Assignment of Field Tickets (claims)** |
| | Tab 6 | Field Ticket Summary |
| | Tab 7 | Field Ticket Detail Spreadsheet |
| | Tab 8 | Field Tickets – Unapproved |
| | Tab 9 | Field Tickets – AJM, LLC Related |
| | Tab 10 | Field Tickets – GSA / Centex related change orders |
| | Tab 11 | Field Tickets – Other Trade |
| | | |
| **Part C:** | | **Detail of Department of Labor investigation** |
| | Tab 12 | AJM, LLC position statement |
| | Tab 13 | 10-5-04 Copy of Davis Bacon Wage Scale transmission to DLI |
| | Tab 14 | 1-5-05 Copy of Davis Bacon Wage Scale transmission to DLI |
| | Tab 15 | Copy of DLI subcontract & Bid scope sheets |
| | Tab 16 | Shalom Carpentry – partial overtime restitution |
| | Tab 17 | Wage Scale Statement of worker employed by DLI affiliate |



# ALLEGHENY JEFFERSON MILLWORK, LLC

44098 MERCURE CIRCLE, SUITE 115
STERLING, VA 20166
PHONE: 703-260-3370
FAX: 703-260-3371



JEFFERSON
MILLWORK
& DESIGN

March 29, 2006
Page Two of Two

Part C:        Detail of Department of Labor investigation (continued)

    Tab 18        Centex withholding notice
    Tab 19        Current DOL estimate of back wages and fringes due


Part D:        Charges to DLI, Inc.
    Tab 20        Costs to perform DLI's remaining contract & punch list
    Tab 21        Cleaning backcharges from Centex due to DLI
    Tab 22        Thelen Reid investigation and reports in DOL matter
                  (legal work provided to DLI)