**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of D.L.I. INCORPORATED<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC, et al.<br><br><br>    Defendant(s). | Case No.06cv-875 (RCL) |

**THIRD MOTION TO COMPEL DISCOVERY**

COMES NOW the Plaintiff, DLI, Inc. (hereinafter "DLI"), by and through counsel Shawn C. Whittaker, and submits this Third Motion to Compel Discovery, as to the Defendant Allegheny Jefferson Millwork, LLC (hereinafter "Allegheny"), pursuant to Fed. R. Civ. P. 37, and in support thereof states the following:

1. On or about September 7, 2006, DLI propounded discovery requests consisting of Interrogatories and Requests for Production of Documents and Things on Allegheny. *See Notice of Discovery attached as Exhibit A.*

2. Allegheny failed to respond within the 30 day period prescribed by Fed. R. Civ. P. 33. After several attempts to obtain the discovery from Allegheny and several meaningless

THIRD MOTION TO COMPEL-1

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

promises from Allegheny to provide discovery responses, on or about December 1, 2006, DLI filed its first Motion to Compel. The Court has not ruled on the First Motion to Compel.

3. On or about December 18, 2006, DLI received Allegheny's responses, which were severely deficient. Specifically, Allegheny neglected to properly respond to DLI's interrogatories, and failed to make its documents available to DLI.

4. On or about December 19, 2006, DLI's counsel sent Allegheny's counsel a letter regarding the inadequacy of the discovery responses. *See December 19, 2006 letter attached as Exhibit B and incorporated herein by reference.*

5. Allegheny failed to respond to the letter and did not supplement its discovery responses.

6. On or about January 16, 2007, DLI filed its Second Motion to Compel. The Court has not ruled on the Second Motion to Compel.

7. On or about January 30, 2007, DLI's counsel sent a letter to Allegheny's counsel again requesting inspection of the documents and stated that DLI would inspect the documents at Allegheny's office on February 6, 2007. *See January 30, 2007 letter attached as Exhibit C and incorporated herein by reference.*

8. On February 9, 2007, Allegheny's counsel emailed DLI's counsel regarding making copies of Allegheny's documents. *See February 9, 2007 email attached as Exhibit D and incorporated*

THIRD MOTION TO COMPEL-2

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com


*herein by reference.*

9. Allegheny's counsel quoted a price of $983.80 to copy the documents. The amount consisted of $233.80 for copying the complete set of blueprints, and $750.00 for the remaining file documents. *Id.*

10. Furthermore, Allegheny's counsel asked "do you authorize the expenditure of these funds?" *Id.* DLI's counsel, after receiving authorization from DLI, approved this expenditure.

11. On or about April 3, 2007, DLI's counsel received an invoice from Allegheny's counsel for the copies in the amount of $3,228.75. *See Invoice attached as Exhibit E and incorporated herein by reference*. The amount was far in excess of what had previously been agreed upon by the parties.

12. Pursuant to an email on April 3, 2007 from DLI's counsel pointing out this inconsistency, Allegheny's counsel claimed that "you were looking at a cost in excess of $750 or more. That is what you got." *See April 3, 2007 email attached as Exhibit F and incorporated herein by reference.*

13. Allegheny's counsel also maintained that its copy vendor spent 14.5 hours making the copies. *Id.* As a result, Allegheny's copy vendor earned a remarkable $206.89 per hour on the project. Further, Allegheny's vendor charged $0.51 per page, an amount far in excess of the $0.17-$0.19 per page that was quoted by

THIRD MOTION TO COMPEL-3

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

Allegheny's counsel and approved by DLI's counsel.

14. Allegheny's counsel asserted that the documents would not be released to DLI without payment for the amount invoiced. *Id.*

15. In response, DLI's counsel noted that, given the exorbitant costs charged by the copy vendor, Allegheny should have contacted DLI's counsel for approval before proceeding with the copying. *See April 4, 2007 email attached as Exhibit G and incorporated herein by reference.*

16. Allegheny's counsel responded that "I made no representation other than the cost to copy was going to <u>exceed</u> $1,000 and that the cost per page was going to <u>exceed</u> 10 cents per page." *See April 4, 2007 email attached as Exhibit H and incorporated herein by reference.*

17. Pursuant to the February 9, 2007 email, Allegheny's counsel asked "do you authorize the expenditure of these funds?" DLI's counsel was thus under the clear and unmistakable understanding that the cost of copying the documents totaled $983.80.

18. Allegheny's counsel had an affirmative obligation to inform DLI's counsel thereafter of any change in price, and failed to do so. After receiving the invoice, DLI's counsel has contacted several vendors who quoted DLI's counsel a copy price of $0.10 per page. (Prior to agreeing to Allegheny's estimate, DLI contacted

THIRD MOTION TO COMPEL-4

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

several vendors who quoted prices between $0.16-$0.19 per page, the same as quoted by Allegheny's counsel).

19. DLI is severely prejudiced by Allegheny's blatant and unjustified failure to produce the documents for inspection. Allegheny's behavior clearly is typical of its behavior throughout this litigation. Allegheny has consistently and without exception ignored the rules of this Court and stalled and thwarted DLI from conducting discovery.

20. Allegheny was first served with the request for document production more than six months ago. Allegheny's continued unwillingness to comply with DLI's discovery requests has prevented DLI from moving its case forward and from preparing for trial.

21. Fed. R. Civ. P. 37(a)(2)(B) states, "if a party, in response to a request for inspection submitted under Rule 34...fails to permit inspection as requested, the discovering party may move for an order compelling answer, or a designation, or an order compelling inspection in accordance with the request."

22. The general presumption is that the responding party bears the cost of responding to discovery requests. <u>Oppenheimer Fund v. Sanders</u>, 437 U.S. 340, 358 (1978). Again, Allegheny's counsel should have had his copy vendor work within the price agreed upon between the parties or allow DLI to copy the documents itself when he learned that the costs would exceed the agreed upon amount.

THIRD MOTION TO COMPEL-5

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

23. DLI will pay $1000.00 as agreed to Allegheny for the document production.

THEREFORE, Plaintiff DLI, Inc. respectfully requests this Court:

(a) Compel Allegheny to respond to DLI's discovery requests; and

(b) Order Allegheny to pay DLI's attorneys' fees in the amount of $380.00 ($190.00 X 2 hours) for the filing and presenting of this Motion, and reduce any order to judgment; and

(c) Award DLI any other remedy this Court deems just and proper.

Respectfully submitted,

/s/Shawn C. Whittaker
Shawn C. Whittaker, Esq.
The Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane, Suite 203
Gaithersburg, MD 20878

**REQUEST FOR A HEARING**

Plaintiff respectfully requests a hearing on this Motion.

/s/Shawn C. Whittaker

THIRD MOTION TO COMPEL-6

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com

**FED. R. CIV. P. 37 CERTIFICATION**

    I hereby certify that I have in good faith unsuccessfully attempted to resolve the discovery dispute which is the subject of this motion, prior to the filing of this motion.

                        /s/Shawn C. Whittaker
                        Shawn C. Whittaker

THE LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
902 Wind River Lane-Suite 203
Gaithersburg, MD 20878
Tel: 240.477.1677 / Fax: 240.477.1679
shawn@whittaker-law.com