THE LAW OFFICE OF
# SHAWN C. WHITTAKER, P.C.
SUITE 203
902 WIND RIVER LANE
GAITHERSBURG, MARYLAND 20878
PHONE (240) 477-1677
FAX (240) 477-1679



SHAWN C. WHITTAKER
ADMITTED IN MD, VA, DC
shawn@whittaker-law.com

JARRETT L. LEVITSKY
ADMITTED IN MD
jarrett@whittaker-law.com

January 30, 2007

Geoffrey S. Gavett, Esq.
Gavett & Datt, PC
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

VIA FACSIMILE AND FIRST CLASS MAIL

  Re: D.L.I., Inc. v. Allegheny Jefferson Millwork, LLC; U.S. District Court for the District of Columbia; Case No. 06cv875

Dear Mr. Gavett:

  Please reference the above-noted matter. On September 7, 2006, my office on behalf of our client, D.L.I., Inc. ("DLI"), served your client Allegheny Jefferson Millwork, LLC ("Allegheny") with document requests. On December 12, 2006, Allegheny responded to DLI's first set of document requests. Pursuant to your client's document request response "AJM is prepared to make its complete construction file available for inspection at the offices of its counsel or its corporate offices as the case may be," our office would like to schedule this inspection. On December 19, 2007, I sent you a letter requesting a time and place to inspect your client's documents. I did not receive a response to this letter. However, this week, I again inquired as to when and where I could inspect your client's documents. You responded that "all you had to do is tell me what dates you wanted to conduct an inspection and we would arrange to make our documents available. I reiterate that invitation now. Tell me what dates you want, and the documents will be available at my client's offices." Therefore, my office will inspect your client's documents at their office located at 44098 Mercure Circle, Suite 115, Sterling, Virginia 20166 on Tuesday, February 6, 2007 at 10:00 AM.



PLAINTIFF'S
EXHIBIT
C

Law Office of Shawn C. Whittaker, P.C.

Thank you for your time and attention with this matter. If you have any questions, please do not hesitate to contact my office.

Very truly yours,

Shawn C. Whittaker

CC: DLI

**From:** Geoff Gavett [mailto:ggavett@gavettdatt.com]
**Sent:** Friday, February 09, 2007 8:20 AM
**To:** shawn@whittaker-law.com
**Cc:** Claudine Duffy; Vicky Robinson
**Subject:** DLI v. Allegheny Jefferson

Shawn:

Following up on the document production at Allegheny Jefferson in this matter, I wanted to give you a preliminary estimate of what we are looking at in the way of expense.

Your associate designated the complete set of blueprints for copying. Our copy service has given us a preliminary estimate of $ 233.80 before tax.

With respect to the other files, we have already copied the complete set of change order binders and estimate in excess of 1000 pages. Even at ten cents a page, we are looking at over $100 for just this segment of the files. With respect to the remaining file documents designated, the size of the project is too large for our office. A copy service will charge more than 10 cents per page to remove and restore staples, paper clips, etc., so you are probably looking at another $750.00 or more.

In light of this volume of material, do you authorize the expenditure of these funds? If you would like to come to our office to re-review the files and be more selective, we would be happy to make the documents accessible in our conference room.

Geoffrey S. Gavett
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855
Tele: 301-948-1177
Fax: 301-948-4334
Email: ggavett@gavettdatt.com

This email message and any attachment to this email message contains confidential information belonging to the sender which is legally privileged and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are requested to notify us by return email or by telephone at 301-948-1177 and to delete this email message and any attachments. Unauthorized disclosure, conversion to hard copy, copying, distribution, retransmission, or the taking of any action in reliance on the contents of this email message or any attachments to it is strictly prohibited and may violate Federal and state law.


PLAINTIFF'S EXHIBIT D

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.446 / Virus Database: 268.18.26/746 - Release Date: 4/4/2007 1:09 PM