

**USAPress**
*full service printing and graphic design*
7400 Lindbergh Drive, Suite H
Gaithersburg MD 20879
Phone 301-963-1400 • Fax 301-963-1272 • www.usapress.com

**Invoice 17943**

**Date: 03/29/07**

Claudine Duffy
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville MD 20855

Ship To:
< Same as Bill To >
OurTruck 3/28/2007

| Acct.No | Ordered By | Phone | Fax | P.O. No | Prepared By | Sales Rep |
|---|---|---|---|---|---|---|
| 279 | Claudine Duffy | 301-948-1177 | 301-948-4334 | | Rob F. | House |

| Quantity | Description | Price |
|---|---|---|
| | *Thank you for the order.* | |
| 1 | Allegheny-Jefferson/DLI 428-1 (6070 clicks/set) | 3,075.00 |

PLAINTIFF'S EXHIBIT E

Received by _____ Date _____

| Terms | Subtotal | Shipping | Postage | Tax | Total | Paid | BALANCE |
|---|---|---|---|---|---|---|---|
| Net 30 Days | 3,075.00 | 0.00 | 0.00 | 153.75 | 3,228.75 | 0.00 | 3,228.75 |

Please pay from this invoice.
USAPress · 7400 Lindbergh Drive, Suite H · Gaithersburg MD 20879 · Phone 301-963-1400 • Fax 301-963-1272 • www.usapress.com   (print# 1)

**From:** Geoff Gavett [mailto:ggavett@gavettdatt.com]
**Sent:** Tuesday, April 03, 2007 4:07 PM
**To:** Shawn Whittaker
**Cc:** Jarrett Levitsky; Claudine Duffy
**Subject:** RE: DLI v. Allegheny Jefferson

Shawn:

I see nothing inconsistent about the copy vendor's bill with my earlier e-mail. I indicated a cost of over $100 just to copy the change order binders in house. With respect to outside copy services, I indicated that a copy service would charge more than 10 cents a page to do the work. I indicated that you were looking at a cost in excess of $750 or more. That is what you got.

I also note that you have refused to pay our earlier bill for the copying of Centex's documents, even when I offered to reduce the per page figure to 10 cents a page.

I note that we offered DLI the opportunity to re-review the documents to be more selective. While some files were removed from the copying order, the copying of over 6000 pages on a case with relatively discrete issues is excessive.

We have spoken to our copy vendor. The sales representative indicated that the project took 14.5 hours and was extremely labor intensive due to the need to remove documents from folders, un-staple and re-staple originals, restore the documents to the files, handle double sided and odd sized copying, etc.

If I made a mistake, it was to not insist that DLI make its own arrangements with a copy vendor. However, since it appears to be DLI's intention not to pay for these copies, I can only take the position that the documents will not be released to DLI without payment. If it is necessary, we will have to present the matter to the court for resolution. I will note, however, that I recently litigated the issue of copying costs in construction litigation, and the court awarded over $40,000 on a major case. The bill in excess of $3000 is simply not surprising given such a massive selection of documents.

Geoffrey S. Gavett
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD  20855
Tele: 301-948-1177
Fax: 301-948-4334
Email: ggavett@gavettdatt.com

This email message and any attachment to this email message contains

PLAINTIFF'S EXHIBIT
F

confidential information belonging to the sender which is legally privileged and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are requested to notify us by return email or by telephone at 301-948-1177 and to delete this email message and any attachments. Unauthorized disclosure, conversion to hard copy, copying, distribution, retransmission, or the taking of any action in reliance on the contents of this email message or any attachments to it is strictly prohibited and may violate Federal and state law.

**From:** Shawn Whittaker [mailto:shawn@whittaker-law.com]
**Sent:** Tuesday, April 03, 2007 3:25 PM
**To:** Geoff Gavett
**Cc:** 'Dale Lacy'; 'Jarrett Levitsky'
**Subject:** FW: DLI v. Allegheny Jefferson

Geoff,

Below is the email from you estimating the costs, which we approved. The invoice is way off base. We agree to pay what we were quoted and approved. Please have the documents sent to our office and I will have a check for you for $983.80.

Shawn C. Whittaker, Esq.
The Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane, Suite 203
Gaithersburg, Maryland 20877
240-477-1677 voice
240-477-1679 fax
shawn@whittaker-law.com
www.whittaker-law.com

This transmission contains information which may be confidential and/or privileged. The information is intended to be for the exclusive use of the individual or entity named above. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify us by telephone (240)477-1677 or by email (shawn@whittaker-law.com) immediately.