**From:** Shawn Whittaker [mailto:shawn@whittaker-law.com]
**Sent:** Wednesday, April 04, 2007 9:20 AM
**To:** Geoff Gavett
**Cc:** 'Dale Lacy'
**Subject:** RE: DLI v. Allegheny Jefferson

Geoff,

   The $3000 is excessive given what was approved and quoted.  At 14.5 hours, your copy service made $206.89 per hour, a couple of dollars short of my billable rate.  That is absurd.  No matter how you look at the numbers, the amount charged by your vendor is ridiculous, and when the costs got that high, you should have contacted my  office for approval.  As said, we will pay $1000 as approved.  Please let me know when we can exchange the documents for the check.  If you are not willing to produce the documents, I will have to file another motion to compel.

   With regards to the Centex documents, the documents were to be produced by Centex, not your office.  However, I never recall seeing a revised invoice for $.10 per page.  If you send that revised cost, and produce your clients document production for the agreed and approved $1000, we will pay the revised costs for the Centex documents.

   Please let me know you intention as we have been waiting on the documents for some time, and I cannot move this matter forward without examining your client's documents.

---

Shawn C. Whittaker, Esq.
The Law Office of Shawn C. Whittaker, P.C.
902 Wind River Lane, Suite 203
Gaithersburg, Maryland 20877
240-477-1677 voice
240-477-1679 fax
shawn@whittaker-law.com
www.whittaker-law.com

This transmission contains information which may be confidential and/or privileged.  The information is intended to be for the exclusive use of the individual or entity named above.  If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited.  If you have received this transmission in error, please notify us by telephone (240)477-1677 or by email (shawn@whittaker-law.com) immediately.



**From:** Geoff Gavett [mailto:ggavett@gavettdatt.com]
**Sent:** Wednesday, April 04, 2007 10:43 AM
**To:** Shawn Whittaker
**Cc:** Claudine Duffy
**Subject:** RE: DLI v. Allegheny Jefferson

Shawn:

I cannot agree to finance DLI's document production. If you think the cost is excessive, I think it is DLI's burden to show that DLI could have obtained the copying for substantially less. I made no representation other than that the cost to copy was going to <u>exceed</u> $1,000 and that the cost per page was going to <u>exceed</u> 10 cents per page.

At this point, I think the appropriate procedural approach is that DLI will have to file a motion to compel and AJM will file an opposition and cross-motion for costs. I think we can agree that this exchange of e-mails constitutes the parties' compliance with the requirements of Fed. R. Civ. Proc. 34(a)(2)(B) to attempt an informal resolution.


Geoffrey S. Gavett
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD  20855
Tele: 301-948-1177
Fax: 301-948-4334
Email: ggavett@gavettdatt.com

This email message and any attachment to this email message contains confidential information belonging to the sender which is legally privileged and intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are requested to notify us by return email or by telephone at 301-948-1177 and to delete this email message and any attachments.  Unauthorized disclosure, conversion to hard copy, copying, distribution, retransmission, or the taking of any action in reliance on the contents of this email message or any attachments to it is strictly prohibited and may violate Federal and state law.



PLAINTIFF'S
EXHIBIT
H