**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of D.L.I. INCORPORATED<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC, et al.<br><br><br>    Defendant(s). | Case No. 06cv-875 (RCL) |

**LINE FOR WITHDRAWAL OF MOTION**

TO THE CLERK:

Please take note that Plaintiff withdraws its Third Motion to Compel **only** as the parties have resolved the underlying dispute of the motion.

                        Respectfully submitted,


                        /s/Shawn C. Whittaker
                        Shawn C. Whittaker
                        D.C. Bar #468533
                        LAW OFFICE OF SHAWN C. WHITTAKER, P.C.
                        902 Wind River Lane
                        Suite #203
                        Gaithersburg, Maryland 20878
                        Telephone: (240) 477-1677