UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-875 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the plaintiff's first motion [14] to compel discovery, the exhibits attached thereto, and the opposition and reply thereto, and it appearing that defendants' discovery responses were untimely, it is hereby

ORDERED that the plaintiff's motion [14] is GRANTED; and it is further

ORDERED that defendant Allegheny Jefferson Millwork, LLC, pay plaintiff's attorneys' fees in the amount of $250 within 10 days of this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 9, 2007.