UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 06-875 (RCL) |

## ORDER

Upon consideration of the plaintiff's second motion [17] to compel discovery as to defendant Allegheny Jefferson Millwork, LLC, the exhibits attached thereto, and the opposition filed in response to the motion, and it appearing that defendants' untimely response constitutes a waiver of any objections, and it appearing that defendant failed to specify in sufficient detail documents in a binder to which reference was made in answer to interrogatories, it is hereby

ORDERED that the plaintiff's motion [17] is GRANTED; it is further

ORDERED that defendant Allegheny Jefferson Millwork, LLC, file complete responses to plaintiff's discovery requests within 15 days of this Order; and it is further

ORDERED that defendant Allegheny Jefferson Millwork, LLC, pay plaintiff's attorneys' fees in the amount of $350 within 10 days of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 9, 2007.