# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**for the use and benefit of D.L.I. Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-875 (RCL)** |
| | ) | |
| **ALLEGHENY JEFFERSON**<br>**MILLWORK, LLC, _et al._,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

Discovery having been completed, it is hereby

ORDERED that any dispositive motion(s) shall be filed no later than August 1, 2007.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.

1