UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| for the use and benefit of | |
| **D.L.I. INCORPORATED** | : |
| | |
| **Plaintiff** | : |
| | Case No.: 1:06CV00875 (RCL) |
| v. | : |
| | |
| **ALLEGHENY JEFFERSON** | : |
| **MILLWORK, LLC, et al.** | |
| | : |
| **Defendants** | |

## ORDER

UPON CONSIDERATION OF the Motion of Defendants, Allegheny Jefferson Millwork, LLC, Fidelity and Deposit Company of Maryland, Great American Insurance Company, and Travelers Casualty and Surety Company, for Partial Summary Judgment, any opposition thereto, and the oral argument of counsel, it is this _____ day of _____, 200__,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the "Extra Work Order" claim of plaintiff DLI, Inc. arising out of DLI's alleged liability to the United States Department of Labor for violations of the Davis-Bacon Act and related prevailing wage statutes is hereby dismissed with prejudice; and it is further

ORDERED, that the defendants Allegheny Jefferson Millwork, LLC, Fidelity and Deposit Company of Maryland, Great American Insurance Company, and Travelers Casualty and Surety Company are further entitled, as a matter of law, to back charge or set off against the remainder of plaintiff DLI's claims the payment of the sum of $196,509.99 to the United

States Department of Labor in consideration of the Davis-Bacon Act and related prevailing wage claims against plaintiff.

                                                                                         Royce C. Lamberth, Judge
                                                                                         United States District Court for the
                                                                                         District of Columbia

cc:      Shawn C. Whittaker, Esquire
          The Law Office of Shawn C. Whittaker, P.C.
          902 Wind River Lane, Suite 203
          Gaithersburg, Maryland 20878
          **Counsel for Plaintiff**

          Geoffrey S. Gavett, Esquire
          Gavett and Datt, P.C.
          15850 Crabbs Branch Way
          Suite 180
          Rockville, MD 20855

          **Counsel for Defendants**