**ALLEGHENY MILLWORK**

Accounting Summary

# Allegheny Jefferson Millwork, LLC

44099 Mercure Circle, Suite 115
Sterling, VA 20166
Phone: 703-260-3370
Fax: 703-260-3371

**JEFFERSON MILLWORK & DESIGN**

Subcontract Costs
$22.26 · Subcontract–DLI, Inc.

| Date | CK NO. | INVOICE NO. | Invoiced Amount | Paid Amount | Detail Tab | Comments |
|---|---|---|---|---|---|---|
| **Lump Sum Contract** | | | | | | |
| 01/27/2005 | 115 | Inv#4124 | 5,002.50 | 5,002.50 | 2 | Paid |
| 02/10/2005 | 124 | Inv#4140 | 120,000.00 | 120,000.00 | 2 | Paid |
| 02/10/2005 | 130 | Inv#4185 | 239,967.00 | 239,967.00 | 2 | Paid |
| 04/06/2005 | 145 | Inv#4240 | 289,753.50 | 289,753.50 | 2 | Paid |
| 05/10/2005 | 157 | Inv#4274 | 170,403.73 | 170,403.73 | 2 | Paid |
| 09/16/2005 | 174 | Inv#4310 | 339,078.57 | 159,085.57 | 2 | Paid |
| 07/27/2005 | 193 | Inv#4310 | 10,763.59 | 178,997.00 | 2 | Paid |
| Lump Sum Subtotal: | | | 1,175,000.00 | 1,153,249.30 | | |
| | | Balance: | | 11,750.70 | | |
| **Time & Materials Contract** | | | | **Approved by Centex** | | |
| 03/10/2005 | 131 | Invoice # 4069 | 23,485.00 | 23,485.00 | 3 | Paid as paid by Centex |
| 03/10/2005 | 131 | Invoice # 4125 | 18,480.00 | 18,480.00 | 3 | Paid as paid by Centex |
| 04/06/2005 | 143 | Invoice # 4189 | 47,245.00 | 47,245.00 | 3 | Paid as paid by Centex |
| 04/06/2005 | 144 | Invoice # 4219 | 71,292.50 | 66,652.50 | 4 | Paid as paid by Centex |
| 05/20/2005 | 165 | Invoice # 4272 | 228,775.00 | 226,172.50 | 4 | Paid as paid by Centex - clerical error of $ 1,700 balance |
| 06/22/2005 | 177 | Invoice # 4288 | 207,400.00 | 207,385.58 | 4 | Paid as paid by Centex |
| 07/27/2005 | 190 | Invoice # 4353 | 50,200.00 | 49,597.50 | 4 | Paid as paid by Centex |
| 07/27/2005 | 190 | Invoice # 4354 | 36,450.00 | 35,546.00 | 4 | Paid as paid by Centex |
| 01/09/2006 | | Invoice # 4542 | 3,965.00 | 0.00 | 5 | Witheld by Centex due to Department of Labor Investigation |
| | | Invoice # 4272 - balance | 1,700.00 | TBD | 4 | Witheld by Centex due to Department of Labor Investigation |
| Time & Materials Subtotal: | | | 687,372.50 | 680,429.08 | | |
| | | Balance: | | 5,665.00 | | |
| **Extra Claim Invoices** | | | | | | |
| 07/11/2005 | | Invoice # 4358 | 166,493.75 | 0.00 | 6, 7, 9, 10, 11 | No detail given: assumed to be claim back to LLC for DOL matter |
| 09/15/2005 | · | Invoice # 4387 | 43,095.00 | 0.00 | * | |
| 08/22/2005 | · | Invoice # 4397 | 64,285.00 | 0.00 | * | |
| 02/09/2006 | · | Invoice # 4592 | 191,909.41 | 0.00 | 12 - 19 | No detail given: assumed to be agreement outside of LLC |
| 02/16/2006 | · | Invoice # 4606 | 75,000.00 | 0.00 | - | |
| Extra Claims Subtotal: | | | 540,783.16 | 0.00 | | |
| | | Balance: | | 284,914.00 | | |

| RECAP: | DLI | AJM, LLC |
|---|---|---|
| | | Payments |
| Total Lump Sum Contract | 1,175,000.00 | $ 1,153,249.30 |
| Total T & M | 687,372.50 | $ 674,764.08 |
| Total Extra Claims | 540,783.16 | $ 284,014.00 |
| | $ 2,403,155.66 | $ 2,119,443.38 |

| Balances: — | $ 565,142.28 | $ 281,429.70 |
|---|---|---|
| | DLI | AJM, LLC |

**Charges to DLI**

| | | Payments | Detail Tab |
|---|---|---|---|
| Unaccepted field tickets - rejected or modified in field at time of submission: | | $ (68,000.00) | 8 |
| Costs to perform DLI's remaining contract scope and punch list after leaving project: | | $ (13,350) | 20 |
| Cleaning Backcharges presented by Centex (see Tab #21) | | $ (9,257) | 21 |
| Cost of Thelen Reid Investigation and reports in DOL matter: | | $ (10,335) | 22 |
| AJM LLC escrow agreement with U.S. Department of Labor for DLI back wages owed: | | $ (191,909) | 19 |
| Remaining Balance: | | $ (12,342) | |

**EXHIBIT 3**