| Date | Num | Amount | Amount2 | Description | Hours |
|---|---|---|---|---|---|
| 12/22/04 | 4069 | 23,485.00 | 23,485.00 | Prettyman Bookcases | 427 |
| 1/27/05 | 4125 | 18,480.00 | 18,480.00 | Prettyman Bookcases | 336 |
| 2/18/05 | 4189 | 47,245.00 | 47,245.00 | Prettyman Bookcases | 859 |
| 3/17/05 | 4219 | 71,292.50 | 66,852.50 | Prettyman Bookcases | 1215.5 |
| 4/14/05 | 4272 | 228,775.00 | 226,172.50 | Prettyman Bookcases | 3884 |
| 5/12/05 | 4298 | 207,400.00 | 207,385.58 | Prettyman Bookcases | 3542 |
| 6/29/05 | 4353 | 50,280.00 | 49,597.50 | Prettyman Bookcases | 862 hrs |
| 1/6/06 | 4542 | 3,965.00 | | Prettyman Bookcases | |
| | | 650,922.50 | 639,218.08 | -11,704.42 | |
| 7/12/05 | 4358 | 166,493.75 | | Prettyman Extra WOs | 2658.75 |
| 8/15/05 | 4387 | 43,095.00 | | Prettyman Extra WOs | 663 |
| 8/22/05 | 4397 | 64,285.00 | | Prettyman Extra WOs | 989 |
| 6/29/05 | 4354 | 36,450.00 | 35,546.00 | Prettyman Grommets | 622 hrs |
| | | 310,323.75 | 35,546.00 | 274,777.75 | |
| 1/27/05 | 4124 | 5,032.50 | 5,032.50 | Prettyman Contract | Dec 04 |
| 1/28/05 | 4140 | 120,000.00 | 120,000.00 | Prettyman Contract | Jan 05 |
| 2/18/05 | 4188 | 239,967.50 | 239,967.50 | Prettyman Contract | Feb 05 |
| 3/21/05 | 4240 | 289,753.50 | 289,753.50 | Prettyman Contract | March 05 |
| 4/18/05 | 4274 | 170,403.73 | 170,403.73 | Prettyman Contract | April 04 |
| 5/19/05 | 4310 | 339,078.78 | 338,092.57 | Prettyman Contract | May 05 |
| 6/29/05 | 4356 | 85,763.99 | | Prettyman Contract | June 05 |
| | | 1,250,000.00 | 1,163,249.80 | 86,750.20 | |
| TOTAL Prettyman >>> | | 2,211,246.25 | 1,838,013.88 | 373,232.37 | |
| Cost >>> | | 1,993,190.00 | | | |

Handwritten annotations: 273,834; (75,000); 300k OK; $2-3k; NO DOL; 140k; 117k



**EXHIBIT 4**