# DLI INCORPORATED

April 5, 2005

*Proof I did not get contract back*

Mr. Michael Corrigan
Jefferson Millwork & Design
44098 Mercure Circle
Sterling, Va. 20166-2018

Re; Prettyman Courthouse Contract

Dear Mr. Corrigan,

    This letter serves as notice to the fact D.L.I. Incorporated received the enclosed contract for the above referenced project on or about February 16, 2005 which is two and one half months from our first day on the jobsite. We started working for your firm at Prettyman Courthouse on December 2, 2004. After reviewing the contract, we have made several deletions and additions which need to be made part of the agreement between us. Upon review of the document, I discovered that we are in fact working for a joint venture and/or partnership between JMD and Allegheny Millwork. I would like to request a copy of the partnership agreement between the two companies within the next ten days. Thank you for your prompt attention to these matters.

Sincerely,

Dale Lacy
President

John/Bruce/Craig,

I sent this letter back to Mike Corrigan with the "marked" up contract. We never received a copy of the joint venture agreement, copy of contract between Allegheny/Jefferson and Centex, or a copy of my contract approved by Mike Corrigan. I figured he accepted the deletions that I made to the agreement. Never got a response.

Dale

1823 Second Av. North, Lake Worth, Fl. 33641  Office (561) 586-1118  Fax (561) 586-1140

**EXHIBIT 6**