# D.L.I. INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

## INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

*Denotes Tickets missing in Claim Package.*

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name |
|---|
| Prettyman Extra WOs |

| Hours | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | ms | Miscellaneous Unbilled Items as per the following Work Orders: | | |
| 28.00 | jw | Work Order # 15553 | 65.00 | 1,820.00 |
| 96.00 | jw | Work Order # 15555 | 65.00 | 6,240.00 |
| 48.00 | jw | Work Order # 15556 | 65.00 | 3,120.00 |
| 16.00 | jw | Work Order # 15557 | 65.00 | 1,040.00 |
| 6.00 | jw | Work Order # 15558 | 65.00 | 390.00 |
| 3.00 | jw | Work Order # 15559 | 65.00 | 195.00 |
| 3.00 | jw | Work Order # 15563 | 65.00 | 195.00 |
| 4.00 | jw | Work Order # 15564 | 65.00 | 260.00 |
| 12.00 | jw | Work Order # 15565 | 65.00 | 780.00 |
| 1.00 | jw | Work Order # 15566 | 65.00 | 65.00 |
| 6.00 | jw | Work Order # 15567 | 65.00 | 390.00 |
| 3.00 | jw | Work Order # 15568 | 65.00 | 195.00 |
| 1.50 | jw | Work Order # 15570 | 65.00 | 97.50 |
| 14.00 | jw | Work Order # 15574 | 65.00 | 910.00 |
| | jw | Work Order # 17679(Moved to T&M Invoice 4542) | 55.00 | |
| 3.00 | jw | Work Order # 17687 | 65.00 | 195.00 |
| 3.00 | jw | Work Order # 17689 | 65.00 | 195.00 |
| 6.00 | jw | Work Order # 17691 | 65.00 | 390.00 |
| 56.00 | jw | Work Order # 17692 | 65.00 | 3,640.00 |
| 12.00 | jw | Work Order # 17697 | 65.00 | 780.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page: 1

**EXHIBIT 7**

# DLI
# INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

# INVOICE

Bill To:  Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name |
| --- |
| Prettyman Extra WOs |

| Hours | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 7.00 | jw | Work Order # 17699 | 65.00 | 455.00 |
| 24.00 | jw | Work Order # 17700 | 65.00 | 1,560.00 |
| 6.00 | jw | Work Order # 17701 | 65.00 | 390.00 |
| 6.00 | jw | Work Order # 17702 | 65.00 | 390.00 |
| 11.00 | jw | Work Order # 17704 | 65.00 | 715.00 |
| 6.00 | jw | Work Order # 17705 | 65.00 | 390.00 |
| 21.00 | jw | Work Order # 17717 | 65.00 | 1,365.00 |
| 12.00 | jw | Work Order # 17718 | 65.00 | 780.00 |
| 24.00 | jw | Work Order # 17719 | 65.00 | 1,560.00 |
| 2.00 | jw | Work Order # 17720 | 65.00 | 130.00 |
| | jw | Work Order # 17722(Moved to T&M Invoice 4542) | 55.00 | |
| | jw | Work Order # 17723(Moved to T&M Invoice 4542) | 55.00 | |
| 19.00 | jw | Work Order # 17726 | 65.00 | 1,235.00 |
| 3.00 | jw | Work Order # 17727 | 65.00 | 195.00 |
| 11.00 | jw | Work Order # 17728 | 65.00 | 715.00 |
| 4.00 | jw | Work Order # 17729 | 65.00 | 260.00 |
| 4.00 | jw | Work Order # 17730 | 65.00 | 260.00 |
| 7.00 | jw | Work Order # 17731 | 65.00 | 455.00 |
| 2.00 | jw | Work Order # 17732 | 65.00 | 130.00 |
| 2.50 | jw | Work Order # 17733 | 65.00 | 162.50 |
| 14.00 | jw | Work Order # 17734 | 65.00 | 910.00 |
| 4.00 | jw | Work Order # 17735 | 65.00 | 260.00 |
| 4.00 | jw | Work Order # 17736 | 65.00 | 260.00 |

|  |  |
| --- | --- |
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

# D.L.I. INCORPORATED

**INVOICE**

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 3.00 | jw | Work Order # 17737 | 65.00 | 195.00 |
| 10.00 | jw | Work Order # 17738 | 65.00 | 650.00 |
| 4.00 | jw | Work Order # 17739 | 65.00 | 260.00 |
| 5.00 | jw | Work Order # 17741 | 65.00 | 325.00 |
| 9.00 | jw | Work Order # 17742 | 65.00 | 585.00 |
| 2.00 | jw | Work Order # 17743 | 55.00 | 110.00 |
| 5.00 | jw | Work Order # 17744 | 65.00 | 325.00 |
| 12.00 | jw | Work Order # 17745 | 65.00 | 780.00 |
| 10.00 | jw | Work Order # 17747 | 65.00 | 650.00 |
| 2.00 | jw | Work Order # 17749 | 65.00 | 130.00 |
| 4.00 | jw | Work Order # 17787 | 65.00 | 260.00 |
| | jw | Work Order # 17788(Moved to T&M Invoice 4542) | 55.00 | |
| 8.00 | jw | Work Order # 18303 | 65.00 | 520.00 |
| 8.00 | jw | Work Order # 18315 | 65.00 | 520.00 |
| 16.00 | jw | Work Order # 18317 | 65.00 | 1,040.00 |
| 7.00 | jw | Work Order # 18318 | 65.00 | 455.00 |
| 8.00 | jw | Work Order # 18319 | 65.00 | 520.00 |
| 14.00 | jw | Work Order # 18320 | 65.00 | 910.00 |
| 4.00 | jw | Work Order # 18322 (No Charge) | | |
| 2.50 | jw | Work Order # 18334 | 65.00 | 162.50 |
| 4.00 | jw | Work Order # 18335 | 65.00 | 260.00 |
| 2.00 | jw | Work Order # 18337 | 65.00 | 130.00 |
| 8.00 | jw | Work Order # 18338 | 65.00 | 520.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    3

# D L I INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

# INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 24.00 | jw | Work Order # 18340 | 65.00 | 1,560.00 |
| 14.00 | jw | Work Order # 18344 | 65.00 | 910.00 |
| 4.00 | jw | Work Order # 18346 | 65.00 | 260.00 |
| 6.00 | jw | Work Order # 18347 | 65.00 | 390.00 |
| 3.00 | jw | Work Order # 18348 | 65.00 | 195.00 |
| | jw | Work Order # 18349(Moved to T&M Invoice 4542) | 55.00 | |
| 3.00 | jw | Work Order # 18426 | 65.00 | 195.00 |
| 3.00 | jw | Work Order # 18428 | 65.00 | 195.00 |
| 12.00 | jw | Work Order # 18430 | 65.00 | 780.00 |
| 84.00 | jw | Work Order # 18431 | 65.00 | 5,460.00 |
| 16.00 | jw | Work Order # 18432 | 65.00 | 1,040.00 |
| 4.00 | jw | Work Order # 18433 | 65.00 | 260.00 |
| 8.00 | jw | Work Order # 18434 | 65.00 | 520.00 |
| 2.00 | jw | Work Order # 18435 | 65.00 | 130.00 |
| | jw | Work Order # 18436(Moved to T&M Invoice 4542) | 55.00 | |
| 6.00 | jw | Work Order # 18437 | 65.00 | 390.00 |
| 4.00 | jw | Work Order # 18438 | 65.00 | 260.00 |
| 2.00 | jw | Work Order # 18439 | 65.00 | 130.00 |
| 2.00 | jw | Work Order # 18440 | 65.00 | 130.00 |
| 2.00 | jw | Work Order # 18441 | 65.00 | 130.00 |
| 30.00 | jw | Work Order # 18444 | 65.00 | 1,950.00 |
| 14.00 | jw | Work Order # 18445 | 65.00 | 910.00 |
| 14.00 | jw | Work Order # 18446 | 65.00 | 910.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    4

# D L I
# INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

# INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 18.00 | jw | Work Order # 18448 | 65.00 | 1,170.00 |
| 3.50 | jw | Work Order # 18449 | 65.00 | 227.50 |
| 15.00 | jw | Work Order # 18450 | 65.00 | 975.00 |
| 18.00 | jw | Work Order # 18926 | 65.00 | 1,170.00 |
| 1.50 | jw | Work Order # 18928 | 65.00 | 97.50 |
| 1.50 | jw | Work Order # 18929 | 65.00 | 97.50 |
| 6.50 | jw | Work Order # 18931 | 65.00 | 422.50 |
| 26.00 | jw | Work Order # 18932 | 65.00 | 1,690.00 |
| 3.00 | jw | Work Order # 18933 | 65.00 | 195.00 |
| 20.00 | jw | Work Order # 18936 | 65.00 | 1,300.00 |
| 1.50 | jw | Work Order # 18937 | 65.00 | 97.50 |
| 5.50 | jw | Work Order # 18938 | 65.00 | 357.50 |
| 24.00 | jw | Work Order # 18939 | 65.00 | 1,560.00 |
| 6.00 | jw | Work Order # 18951 | 65.00 | 390.00 |
| 4.50 | jw | Work Order # 18952 | 65.00 | 292.50 |
| 18.00 | jw | Work Order # 18953 | 65.00 | 1,170.00 |
| 2.00 | jw | Work Order # 18954 | 65.00 | 130.00 |
| 7.00 | jw | Work Order # 18955 | 65.00 | 455.00 |
| 2.00 | jw | Work Order # 18956 | 65.00 | 130.00 |
| 4.00 | jw | Work Order # 18957 | 65.00 | 260.00 |
| 6.00 | jw | Work Order # 18958 | 65.00 | 390.00 |
| 5.00 | jw | Work Order # 18959 | 65.00 | 325.00 |
| 3.00 | jw | Work Order # 18960 | 65.00 | 195.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    5

# D.L.I.
# INCORPORATED

**INVOICE**

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

Bill To:   Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 2.00 | jw | Work Order # 18961 | 65.00 | 130.00 |
| 13.50 | jw | Work Order # 18962 | 65.00 | 877.50 |
| 7.50 | jw | Work Order # 18964 | 65.00 | 487.50 |
| 3.00 | jw | Work Order # 18965 | 65.00 | 195.00 |
| 15.00 | jw | Work Order # 18966 | 65.00 | 975.00 |
| 4.50 | jw | Work Order # 18967 | 65.00 | 292.50 |
| 1.50 | jw | Work Order # 18968 | 65.00 | 97.50 |
| 4.00 | jw | Work Order # 18969 | 65.00 | 260.00 |
| 4.50 | jw | Work Order # 18970 | 65.00 | 292.50 |
| 6.00 | jw | Work Order # 18972 | 65.00 | 390.00 |
| 6.00 | jw | Work Order # 18973 | 65.00 | 390.00 |
| 12.50 | jw | Work Order # 18947 | 65.00 | 812.50 |
| 9.50 | jw | Work Order # 18975 | 65.00 | 617.50 |
| 19.00 | jw | Work Order # 18976 | 65.00 | 1,235.00 |
| 6.00 | jw | Work Order # 18977 | 65.00 | 390.00 |
| 15.00 | jw | Work Order # 18978 | 65.00 | 975.00 |
| 8.00 | jw | Work Order # 18979 | 65.00 | 520.00 |
| 6.00 | jw | Work Order # 18980 | 65.00 | 390.00 |
| 9.00 | jw | Work Order # 18981 | 65.00 | 585.00 |
| 12.00 | jw | Work Order # 18982 | 65.00 | 780.00 |
| 4.25 | jw | Work Order # 18983 | 65.00 | 276.25 |
| 2.00 | jw | Work Order # 18984 | 65.00 | 130.00 |
| 8.00 | jw | Work Order # 18985 | 65.00 | 520.00 |

|  |  |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    6

# D L I
# INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

## INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 2.50 | jw | Work Order # 18986 | 65.00 | 162.50 |
| 5.00 | jw | Work Order # 18987 | 65.00 | 325.00 |
| 11.00 | jw | Work Order # 18988 | 65.00 | 715.00 |
| 16.50 | jw | Work Order # 18989 | 65.00 | 1,072.50 |
| 17.50 | jw | Work Order # 18990 | 65.00 | 1,137.50 |
| 3.00 | jw | Work Order # 18991 | 65.00 | 195.00 |
| 136.00 | jw | Work Order # 18992 | 65.00 | 8,840.00 |
| 20.50 | jw | Work Order # 18995 | 65.00 | 1,332.50 |
| 24.00 | jw | Work Order # 18996 | 65.00 | 1,560.00 |
| 24.00 | jw | Work Order # 18997 | 65.00 | 1,560.00 |
| 4.50 | jw | Work Order # 18998 | 65.00 | 292.50 |
| 10.00 | jw | Work Order # 18999 | 65.00 | 650.00 |
| 360.00 | jw | Work Order # 19000 | 65.00 | 23,400.00 |
| 3.00 | jw | Work Order # 19426 | 65.00 | 195.00 |
| 5.00 | jw | Work Order # 19427 | 65.00 | 325.00 |
| 9.00 | jw | Work Order # 19429 | 65.00 | 585.00 |
| 2.00 | jw | Work Order # 19431 | 65.00 | 130.00 |
| 5.50 | jw | Work Order # 19432 | 65.00 | 357.50 |
| 9.00 | jw | Work Order # 19433 | 65.00 | 585.00 |
| 3.00 | jw | Work Order # 19434 | 65.00 | 195.00 |
| 27.50 | jw | Work Order # 19435 | 65.00 | 1,787.50 |
| 3.00 | jw | Work Order # 19436 | 65.00 | 195.00 |
| 24.00 | jw | Work Order # 19437 | 65.00 | 1,560.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:   7

# D.L.I.
# INCORPORATED

**INVOICE**

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

Bill To:  Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4358

Invoice Date:
Jul 12, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| Hours | Item | Description | Unit Price | Extension |
| 4.00 | jw | Work Order # 19438 | 65.00 | 260.00 |
| 2.00 | jw | Work Order # 19439 | 65.00 | 130.00 |
| 12.00 | jw | Work Order # 19440 | 65.00 | 780.00 |
| 22.00 | jw | Work Order # 19441 | 65.00 | 1,430.00 |
| 5.50 | jw | Work Order # 19442 | 65.00 | 357.50 |
| | jw | Work Order # 19443(Moved to T&M Invoice 4542) | 55.00 | |
| 2.00 | jw | Work Order # 19444 | 65.00 | 130.00 |
| 3.50 | jw | Work Order # 19445 | 65.00 | 227.50 |
| 5.00 | jw | Work Order # 19446 | 65.00 | 325.00 |
| 3.00 | jw | Work Order # 19447 | 65.00 | 195.00 |
| 2.00 | jw | Work Order # 19450 | 65.00 | 130.00 |
| 200.00 | jw | Work Order # 19451 | 65.00 | 13,000.00 |
| 6.00 | jw | Work Order # 19452 | 65.00 | 390.00 |
| 3.50 | jw | Work Order # 19454 | 65.00 | 227.50 |
| 12.00 | jw | Work Order # 19455 | 65.00 | 780.00 |
| 6.00 | jw | Work Order # 19456 | 65.00 | 390.00 |
| 93.00 | jw | Work Order # 19457 | 65.00 | 6,045.00 |
| 18.00 | jw | Work Order # 19459 | 65.00 | 1,170.00 |
| 3.50 | jw | Work Order # 19460 | 65.00 | 227.50 |
| 77.00 | jw | Work Order # 19461 | 65.00 | 5,005.00 |
| 20.50 | jw | Work Order # 19462 | 65.00 | 1,332.50 |
| 12.00 | jw | Work Order # 19464 | 65.00 | 780.00 |
| 28.00 | jw | Work Order # 19465 | 65.00 | 1,820.00 |

| | |
|---|---|
| Subtotal | 166,493.75 |
| Total Invoice Amount | 166,493.75 |
| Payment Received | 0.00 |
| TOTAL | 166,493.75 |

Page:  8

# D.L.I.
# INCORPORATED

**INVOICE**

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

*(handwritten, in cloud shape)* Denotes tickets missing in claim package

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4387

Invoice Date:
Aug 15, 2005

| Job Name | | | | | |
|---|---|---|---|---|---|
| Prettyman Extra WOs | | | | | |
| Hours | Item | Description | | Unit Price | Extension |
| | ms | Miscellaneous Millwork Installation as per attached Work Orders | | | |
| 24.00 | jw | Work Order # 18321 | | 65.00 | 1,560.00 |
| 2.50 | jw | Work Order # 18940 | | 65.00 | 162.50 |
| 12.00 | jw | Work Order # 18943 | | 65.00 | 780.00 |
| 5.00 | jw | Work Order # 18945 | | 65.00 | 325.00 |
| 2.00 | jw | Work Order # 18946 | | 65.00 | 130.00 |
| 2.00 | jw | Work Order # 18947 | | 65.00 | 130.00 |
| 23.00 | jw | Work Order # 18948 | | 65.00 | 1,495.00 |
| 13.00 | jw | Work Order # 18950 | | 65.00 | 845.00 |
| 13.00 | jw | Work Order # 19001 | | 65.00 | 845.00 |
| 72.00 | jw | Work Order # 19002 | | 65.00 | 4,680.00 |
| 11.00 | jw | Work Order # 19003 | | 65.00 | 715.00 |
| 8.00 | jw | Work Order # 19004 | | 65.00 | 520.00 |
| 16.00 | jw | Work Order # 19005 | | 65.00 | 1,040.00 |
| 2.50 | jw | Work Order # 19007 | | 65.00 | 162.50 |
| 5.00 | jw | Work Order # 19008 | | 65.00 | 325.00 |
| 5.50 | jw | Work Order # 19009 | | 65.00 | 357.50 |
| 35.00 | jw | Work Order # 19010 | | 65.00 | 2,275.00 |
| 8.00 | jw | Work Order # 19013 | | 65.00 | 520.00 |
| 10.00 | jw | Work Order # 19014 | | 65.00 | 650.00 |
| 4.00 | jw | Work Order # 19015 | | 65.00 | 260.00 |

*(handwritten signature and date 8/15)*

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page: 1

# D.L.I.
# INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

**INVOICE**

Bill To:  Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA  20166

Invoice Number:
4387

Invoice Date:
Aug 15, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |

| Hours | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | jw | Work Order # 19026 | 65.00 | 780.00 |
| 8.00 | jw | Work Order # 19029 | 65.00 | 520.00 |
| 20.00 | jw | Work Order # 19030 | 65.00 | 1,300.00 |
| 12.00 | jw | Work Order # 19031 | 65.00 | 780.00 |
| 8.50 | jw | Work Order # 19032 | 65.00 | 552.50 |
| 1.50 | jw | Work Order # 19033 | 65.00 | 97.50 |
| 12.00 | jw | Work Order # 19034 | 65.00 | 780.00 |
| 13.00 | jw | Work Order # 19035 | 65.00 | 845.00 |
| 12.00 | jw | Work Order # 19036 | 65.00 | 780.00 |
| 18.00 | jw | Work Order # 19037 | 65.00 | 1,170.00 |
| 4.00 | jw | Work Order # 19038 | 65.00 | 260.00 |
| 10.00 | jw | Work Order # 19041 | 65.00 | 650.00 |
| 24.00 | jw | Work Order # 19042 | 65.00 | 1,560.00 |
| 6.00 | jw | Work Order # 19043 | 65.00 | 390.00 |
| 12.00 | jw | Work Order # 19044 | 65.00 | 780.00 |
| 6.00 | jw | Work Order # 19046 | 65.00 | 390.00 |
| 6.00 | jw | Work Order # 19047 | 65.00 | 390.00 |
| 11.00 | jw | Work Order # 19050 | 65.00 | 715.00 |
| 21.00 | jw | Work Order # 19458 | 65.00 | 1,365.00 |
| 23.50 | jw | Work Order # 19463 | 65.00 | 1,527.50 |
| 8.00 | jw | Work Order # 19466 | 65.00 | 520.00 |
| 5.50 | jw | Work Order # 19467 | 65.00 | 357.50 |
| 13.00 | jw | Work Order # 19468 | 65.00 | 845.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    2

# D.L.I.
# INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

## INVOICE

Bill To:  Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4387

Invoice Date:
Aug 15, 2005

| Job Name |
| --- |
| Prettyman Extra WOs |

| Hours | Item | Description | Unit Price | Extension |
| --- | --- | --- | --- | --- |
| 39.00 | jw | Work Order # 19469 | 65.00 | 2,535.00 |
| 4.50 | jw | Work Order # 19470 | 65.00 | 292.50 |
| 20.50 | jw | Work Order # 19471 | 65.00 | 1,332.50 |
| 2.00 | jw | Work Order # 19472 | 65.00 | 130.00 |
| 7.00 | jw | Work Order # 19473 | 65.00 | 455.00 |
| 14.00 | jw | Work Order # 19474 | 65.00 | 910.00 |
| 35.50 | jw | Work Order # 19475 | 65.00 | 2,307.50 |

| | |
| --- | --- |
| Subtotal | 43,095.00 |
| Total Invoice Amount | 43,095.00 |
| Payment Received | 0.00 |
| TOTAL | 43,095.00 |

Page:      3

# D.L.I. INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

## INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

*Denotes tickets missing in claim package*

Invoice Number: 4397

Invoice Date: Aug 22, 2005

| Job Name |
|---|
| Prettyman Extra WOs |

| Hours | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | ms | Miscellaneous Millwork Installation as per attached Work Orders | | |
| 491.50 | jww | OT Work Order # 19012 | 65.00 | 31,947.50 |
| 174.00 | jww | OT Work Order # 19048 | 65.00 | 11,310.00 |
| 6.00 | jww | OT Work Order # 19152 | 65.00 | 390.00 |
| 12.00 | jww | OT Work Order # 19153 | 65.00 | 780.00 |
| 6.00 | jww | OT Work Order # 19154 | 65.00 | 390.00 |
| 4.50 | jww | OT Work Order # 19156 | 65.00 | 292.50 |
| 14.00 | jww | OT Work Order # 19158 | 65.00 | 910.00 |
| 8.00 | jww | OT Work Order # 19159 | 65.00 | 520.00 |
| 12.00 | jww | OT Work Order # 19160 | 65.00 | 780.00 |
| 20.00 | jww | OT Work Order # 19163 | 65.00 | 1,300.00 |
| 9.50 | jww | OT Work Order # 19165 | 65.00 | 617.50 |
| 8.00 | jww | OT Work Order # 19166 | 65.00 | 520.00 |
| 6.00 | jww | OT Work Order # 19167 | 65.00 | 390.00 |
| 4.00 | jww | OT Work Order # 19168 | 65.00 | 260.00 |
| 7.00 | jww | OT Work Order # 19169 | 65.00 | 455.00 |
| 3.00 | jww | OT Work Order # 19170 | 65.00 | 195.00 |
| 5.00 | jww | OT Work Order # 19171 | 65.00 | 325.00 |
| 16.00 | jww | OT Work Order # 19172 | 65.00 | 1,040.00 |
| 9.50 | jww | OT Work Order # 19173 | 65.00 | 617.50 |
| 10.00 | jww | OT Work Order # 19174 | 65.00 | 650.00 |

| | |
|---|---|
| Subtotal | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Page:    1

# D.L.I. INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

## INVOICE

Bill To:  Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA  20166

Invoice Number:
4397

Invoice Date:
Aug 22, 2005

| Job Name | | | | |
|---|---|---|---|---|
| Prettyman Extra WOs | | | | |
| **Hours** | **Item** | **Description** | **Unit Price** | **Extension** |
| 6.00 | jww | OT Work Order # 19176 | 65.00 | 390.00 |
| 57.00 | jww | OT Work Order # 19178 | 65.00 | 3,705.00 |
| 10.00 | jww | OT Work Order # 19179 | 65.00 | 650.00 |
| 10.00 | jww | OT Work Order # 19180 | 65.00 | 650.00 |
| 4.00 | jww | OT Work Order # 19181 | 65.00 | 260.00 |
| 6.00 | jww | OT Work Order # 19182 | 65.00 | 390.00 |
| 10.00 | jww | OT Work Order # 19183 | 65.00 | 650.00 |
| 8.00 | jww | OT Work Order # 19184 | 65.00 | 520.00 |
| 6.00 | jww | OT Work Order # 19186 | 65.00 | 390.00 |
| 6.00 | jww | OT Work Order # 19188 | 65.00 | 390.00 |
| 12.00 | jww | OT Work Order # 19189 | 65.00 | 780.00 |
| 4.50 | jww | OT Work Order # 19190 | 65.00 | 292.50 |
| 7.50 | jww | OT Work Order # 19191 | 65.00 | 487.50 |
| 5.00 | jww | OT Work Order # 19193 | 65.00 | 325.00 |
| 6.50 | jww | OT Work Order # 19194 | 65.00 | 422.50 |
| 4.50 | jww | OT Work Order # 19195 | 65.00 | 292.50 |

| | |
|---|---|
| Subtotal | 64,285.00 |
| Total Invoice Amount | 64,285.00 |
| Payment Received | 0.00 |
| TOTAL | 64,285.00 |

Page:      2

# D.L.I. INCORPORATED

**INVOICE**

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4592

Invoice Date:
Feb 9, 2006

| Job Name | | | | | |
|---|---|---|---|---|---|
| Prettyman Restitution | | | | | |
| Hours | Item | Description | | Unit Price | Extension |
| | millwork | Millwork Installation | | | 191,909.41 |

| | |
|---|---|
| Subtotal | 191,909.41 |
| Total Invoice Amount | 191,909.41 |
| Payment Received | 0.00 |
| Unpaid Balance | 191,909.41 |

Page: 1

# D.L.I. INCORPORATED

D.L.I. Incorporated
1823 Second Avenue North
Lake Worth, FL 33461
Office (561) 586-1118
Fax (561) 586-1140

# INVOICE

Bill To: Jefferson Millwork & Design
44098 Mercure Circle
Sterling, VA 20166

Invoice Number:
4606

Invoice Date:
Feb 16, 2006

| Job Name |
|---|
| Prettyman Contract |

| Hours | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | millwork | Contract increase due to agreement with Michael Corrigan | | 75,000.00 |

| | |
|---|---|
| Subtotal | 75,000.00 |
| Total Invoice Amount | 75,000.00 |
| Payment Received | 0.00 |
| TOTAL | 75,000.00 |

Page: 1