*Jefferson Millwork & Design*

44098 MERCURE CIRCLE, STE# 115
STERLING, VA 20166
V-703-260-3370
F-703-260-3371
WWW.JEFFERSONMILLWORK.COM

JEFFERSON
MILLWORK
& DESIGN

# FAX TRANSMITTAL
### Total Pages: 7

To: Dale Lacy
From: Michael Corrigan
Re:

Company: DLI
Phone:
Fax:: 561-586-1120
Date: October 5, 2004

Call me!

**EXHIBIT 8**

GENERAL DECISION DC020003 03/08/02 DC3

General Decision Number DC020003

Superseded General Decision No. DC010003

State: WASHINGTON, D.C.

Construction Type:
BUILDING

County(ies):
WASHINGTON, D.C.

BUILDING CONSTRUCTION PROJECTS (Does not include single family homes and apartments up to and including 4 stories)

Modification Number        Publication Date
        0                  03/01/2002
        1                  03/08/2002

COUNTY(ies):
WASHINGTON, D.C.

ASBE0024A 10/01/2001

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/HEAT AND FROST INSULATORS Includes application of all insulating materials, protective coverings, coatings and finishes to all types of mechanical systems. Also the application of firestopping material for wall openings and penetrations in walls, floors, ceilings and curtain walls. | 24.02 | 7.94 |

ASBE0024B 10/01/2000

|  | Rates | Fringes |
|---|---|---|
| HAZARDOUS MATERIAL HANDLER Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems. | 13.00 | 2.83 |

* BRDC0001A 07/29/2001

|  | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 22.92 | 5.05 |

CARP0132L 05/01/2001

|  | Rates | Fringes |
|---|---|---|
| CARPENTERS (Including Drywall Hanging) | 20.72 | 3.76 |
| PILEDRIVERS | 19.65 | 4.50 |

[handwritten: $24.48/HH]

ELEC0026C 12/06/1999

|  | Rates | Fringes |
|---|---|---|

SCOPE OF WORK:

Includes low voltage construction, installation, maintenance and removal of teledata facilities (voice, data and video) including outside plant, telephone and data inside wire, interconnect, terminal equipment, central offices, PABX, fiber optic cable and equipment, railroad communications, micro waves,

V SAT, bypass, CATV, WAN (Wide area networks), LAN (Local area networks) and ISDN (Integrated systems digital network).

WORK EXCLUDED:

The installation of computer systems in industrial applications such as assembly lines, robotics and computer controller manufacturing systems.
The installation of conduit and/or raceways shall be installed by Inside Wiremen. On sites where there is no Inside Wireman employed, the Teledata Technician may install raceway or conduit not greater than 10 feet.
Fire alarm work is excluded on all new construction sites or wherever the fire alarm system is installed in conduit.
All HVAC control work.

----

ELEC0026T  06/04/2001

|  | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (Excluding Communication Low Voltage Wiring) | 27.08 | 6.69 + 3% |

----

ENGI0077O  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS |  |  |
| Cranes (35 tons and over) | 22.29 | 4.77+a |
| Cranes (under 35 tons) | 21.83 | 4.77+a |
| Piledrivers | 21.83 | 4.77+a |
| Boom Trucks | 21.12 | 4.77+a |
| Forklifts | 15.00 | 4.77+a |

a. PAID HOLIDAYS: New Year's Day, Inaugural Day, Decoration Day, Independence Day, Labor Day, Martin Luther King's Birthday, Veterans' Day, Thanksgiving Day, Friday after Thanksgiving, and Christmas Day.

----

IRON0005A  06/01/2001

|  | Rates | Fringes |
|---|---|---|
| IRONWORKERS: |  |  |
| Structural, Ornamental and Chain Link Fence | 22.53 | 8.055 |

----

IRON0201C  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| IRONWORKERS, REINFORCING | 21.70 | 8.40 |

----

LABO0074A  06/01/2001

|  | Rates | Fringes |
|---|---|---|

LABORERS:
  Skilled Laborers                          16.02            2.95

SKILLED LABORERS:
  Potmen, power tool operator, small machine operator,
  concrete labor, signalmen, laser beam operator, water-
  proofer, open caisson, test pit, underpinning, pier hole
  and ditches, laggers and overhead strippers, operator of
  hand derricks, vibrator operators, pipelayers, or tile
  layers, operators of jackhammers, paving breakers,
  spaders or any machine that does the same general type
  of work, scaffold builders, operators of towmasters,
  scootcretes, buggymobiles and other machines of similar
  character, operators of tampers and rammers, and other
  machines that do the same general type of work, whether
  powered by air, electric or gasoline builders of trestle
  scaffolds over one tier high and sand blasters.

---

LAB00456S  07/01/2001

| LABORERS: | Rates | Fringes |
| --- | --- | --- |
| Mason Tenders, Brick | 12.77 | 2.95 |
| Mortarmen | 13.39 | 2.95 |

---

MARB0002C  05/01/2001

| | Rates | Fringes |
| --- | --- | --- |
| MARBLE & STONE MASONS (INCLUDES pointing, caulking and cleaning of All types of masonry, brick, stone and cement structures; EXCEPT pointing, caulking and cleaning of existing masonry, brick, stone and cement (restoration work)). | 24.62 | 8.25 |

---

MARB0003I  05/01/2001

| | Rates | Fringes |
| --- | --- | --- |
| MOSAIC and TERRAZZO WORKERS, TILE LAYERS | 19.18 | 7.01 |

---

MARB0003O  05/01/2001

| | Rates | Fringes |
| --- | --- | --- |
| MARBLE, TILE and TERRAZZO FINISHERS | 15.79 | 6.05 |

---

PAIN0051D  06/16/2001

| GLAZIERS | Rates | Fringes |
| --- | --- | --- |
| Contracts over $2,000,000 | 21.82 | 5.74 |
| Contracts $2,000,000 and under | 20.62 | 5.74 |

---

PAIN0051M  06/16/2001

| | Rates | Fringes |
| --- | --- | --- |
| PAINTERS: Brush, Roller, Spray and Drywall Finishers | 20.68 | 5.57 |

http://neptune.fedworld.gov/cgi-bin/waisgate?waisdocid=8588822231O+1+0+0&...

```
PLAS0891A  05/01/2001
                                  Rates              Fringes
  CEMENT MASONS                   20.52              3.895
```

```
PLUM0005I  09/01/2001
                                  Rates              Fringes
PLUMBERS:
  Apartment Buildings over
  4 stories (except hotels)       17.53              5.59
  ALL Other Work                  26.82              8.59
```

```
PLUM0602F  08/01/2001
                                  Rates              Fringes
STEAMFITTERS, REFRIGERATION AND
AIR CONDITIONING MECHANICS
  (Including HVAC Pipe Work)      26.71              8.68+a
```

a. PAID HOLIDAYS: Labor Day, Christmas Day and New Year's Day.

```
SFDC0669A  04/01/2001
                                  Rates              Fringes
SPRINKLER FITTERS                 25.20              7.00
```

```
SHEE0100B  07/01/2001
                                  Rates              Fringes
SHEET METAL WORKERS (Including
  HVAC Duct Work)                 26.18              7.41
```

```
SUDC1003A  04/12/2000
                                  Rates              Fringes
LABORERS:
  Unskilled                       11.83              2.23
POINTERS, CAULKERS, CLEANERS
  (INCLUDES pointing, caulking
  and cleaning of existing
  masonry, brick, stone and
  cement structures (restoration
  work); EXCLUDES pointing,
  caulking and cleaning of new
  or replacement masonry, brick,
  stone and cement)               20.00
```

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

the listing above, the "SU" designation means that rates ted under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be

WAGE DETERMINATION APPEALS PROCESS

1) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

> Branch of Construction Wage Determinations
> Wage and Hour Division
> U. S. Department of Labor
> 200 Constitution Avenue, N. W.
> Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

> Wage and Hour Administrator
> U.S. Department of Labor
> 200 Constitution Avenue, N. W.
> Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

> Administrative Review Board
> U. S. Department of Labor
> 200 Constitution Avenue, N. W.
> Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.
          END OF GENERAL DECISION

**U.S. Department of Labor**    Employment Standards Administration
Wage and Hour Division
Washington, D.C. 20210



JAN 30 2004

Ms. Christine Kelly
General Services Administration
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RE: Project/Contract No.:    GS11P01MKC0022
    Wage Decision No.:       DC020001
    Location:                Washington, D.C.

Dear Ms. Kelly:

This is in response to your request proposing the addition of a classification and wage rate to the wage decision in accordance with 29 CFR 5.5(a)(1)(ii).

The proposed classification and wage rate is a Roofer at $18.77 per hour and $3.80 fringe benefits.

The above conformed classification and wage rate are approved and shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in this classification.

Sincerely,

*Laura Aguzzi for*
John E. Frank
Section Chief, Construction
  Wage Determinations

*Working to Improve the Lives of America's Workers*

```
                    ***********************
                    ***    TX REPORT    ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO                0376
    CONNECTION TEL                       915615861120
    CONNECTION ID
    ST. TIME                10/05 17:20
    USAGE T                 01'00
    PGS. SENT               7
    RESULT                  OK
```



### Jefferson Millwork & Design

44098 MERCURE CIRCLE, STE# 115
STERLING, VA 20166
V-703-260-3370
F-703-260-3371
WWW.JEFFERSONMILLWORK.COM

JEFFERSON
MILLWORK
& DESIGN

# FAX TRANSMITTAL
## Total Pages: 7

| | |
|---|---|
| To: Dale Lacy | Company: DLI |
| From: Michael Corrigan | Phone: |
| Re: | Fax: 561-586-1120 |
| | Date: October 5, 2004 |

Call me!