**JEFFERSON MILLWORK & DESIGN**

*Jefferson Millwork & Design*
44098 MERCURE CIRCLE, STE# 115
STERLING, VA 20166
V-703-260-3370
F-703-260-3371
WWW.JEFFERSONMILLWORK.COM

# FAX TRANSMITTAL
## Total Pages: 18

| | |
|---|---|
| To: Danny | Company: DLI, Inc. |
| From: Michael Corrigan | Phone: 561-586-1118 |
| Re: Prettyman Courthouse | Fax:: 561-586-1140 |
| Davis Bacon Wage Determination | Date: January 5, 2005 |

**EXHIBIT 9**



GSA National Capital Region

March 15, 2002

John P. Tarpey, President & CEO
Centex Construction Company
3924 Pender Drive
Fairfax, VA 22030

Dear Mr. Tarpey:

Enclosed is modification PC01 to your contract incorporating the attached Davis Bacon Wage Determination for this project. The only changes since receipt of proposals are in labor classifications BOIL0193A (Boilermakers) and PLUM0702E (Steamfitters, Refrigeration and Air Conditioning Mechanics).

If you have any questions, please contact me on (202) 205-5862.

Sincerely,

Christine S. Kelly
Contracting Officer

Enclosures

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF | PAGES 2 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. PC01 | 3. EFFECTIVE DATE 3/15/2002 | REQUISITION/PURCHASE REQ. NO. | PROJECT NO. (If applicable) NDC46044 | |

6. ISSUED BY   CODE   MK
GSA, NCR, PBS, Property Development Division (WPC)
7th & D Streets, SW  Room 2002
Washington, DC 20407

7. ADMINISTERED BY (If other than Item 6)   CODE
GSA, NCR, PBS, Property Development Division (WPC)
7th & D Streets, SW  Room 2002
Washington, DC 20407

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

Centex Construction Company
3924 Pender Drive
Fairfax, VA 22030

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
GS-11P-01-MKC-0022

10B. DATED (SEE ITEM 13)

CODE     FACILITY CODE     (X)

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 4 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.**

| (X) | | |
|---|---|---|
| X | A. | THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. Clause 80 and Clause 82. |
| | B. | THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. | THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. | OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return __3__ copies to the issuing office.

DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible).

1. The attached Davis Bacon Wage Determinations dated 3/08/02 (DC020001 and DC020003) incorporated herein.

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Christine S. Kelly Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR  _Signature of person authorized to sign_ | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _(Signature of Contracting Officer)_ | 16C. DATE SIGNED MAR 15 2002 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

GENERAL DECISION DC020001 03/08/02 DC1

General Decision Number DC020001

Superseded General Decision No. DC010001

State: WASHINGTON, D.C.

Construction Type:
HEAVY
HIGHWAY
SEWER AND WATER LINE

County(ies):
WASHINGTON, D.C.

HEAVY CONSTRUCTION PROJECTS (Including Sewer and Water Lines);
HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 03/08/2002 |

COUNTY(ies):
WASHINGTON, D.C.

ASBE0024A  10/01/2001

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/HEAT AND FROST INSULATORS<br>Includes application of all insulating materials, protective coverings, coatings and finishes all types of mechanical systems. Also the application of firestopping material for wall openings and penetrations in walls, floors, ceilings and curtain walls. | 24.02 | 7.94 |

ASBE0024B  10/01/2000

|  | Rates | Fringes |
|---|---|---|
| HAZARDOUS MATERIAL HANDLER<br>Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems. | 13.00 | 2.83 |

BOIL0193A  10/01/2001

|  | Rates | Fringes |
|---|---|---|
| BOILERMAKERS | 25.87 | 12.76 |

* BRDC0001A  07/29/2001

|  | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 22.92 | 5.05 |

CARP0132A  05/01/2001

|  | Rates | Fringes |
|---|---|---|

```
CARPENTERS & LATHERS                  20.72              3.76
PILEDRIVERS                           19.65              4.50
```

CARP0132E  05/01/1999

```
                                      Rates             Fringes
D   RS                                27.07              3.95
DIVER TENDERS                         21.10              3.95
```

CARP1831A  09/07/1998

```
                                      Rates             Fringes
MILLWRIGHTS                           20.07              3.69
```

ELEC0026A  06/04/2001

```
                                      Rates             Fringes
ELECTRICIANS                          27.08              6.69 + 3%
```

ELEC0026H  07/01/1995

```
                                      Rates             Fringes
MOTOR REPAIRMEN
 Removal and reinstallation
 of electrical motors                 19.93              2.85+3%+a
```

a. PAID HOLIDAYS: New Year's Day, Martin Luther King's Birthday, Inauguration Day, Washington's Birthday, Memorial Day, Fourth of July, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, the day after Thanksgiving, and Christmas Day, or days designated as legal holidays by the Federal Government.

ELEC0070B  04/01/1999

```
                                      Rates             Fringes
LINE CONSTRUCTION:
 Linemen, Cable Splicers,
 Equipment Operators                  22.39             2.00+17.5%
 Truck with winch                     13.36             2.00+17.5%
 Groundmen                            12.89             2.00+17.5%
```

ENGI0077A  05/01/2001

```
                                      Rates             Fringes
POWER EQUIPMENT OPERATORS
 (HEAVY AND HIGHWAY CONSTRUCTION):

GROUP 1                               22.29              4.77+a
GROUP 2                               21.83              4.77+a
GROUP 3                               21.12              4.77+a
GROUP 4                               19.54              4.77+a
GROUP 5                               15.00              4.77+a
GROUP 6                               23.66              4.77+a
```

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

R  1: 35 ton cranes & above, tower & climbing cranes, derricks, concrete boom pump, drill rigs (equivalent to L & Double L), mole.

GROUP 2: Backhoes, cableways, cranes, cherry pickers, elevating graders, hoists, paving mixers, power shovels, tunnel shovels, batch plants, shields, tunnel mining machines, gradalls, front end loaders, 3 1/2 cu. yds. and above, power driven wheel scoops and scrapers (50 cu. yds. struck capacity or above), rail tamper, draglines, boomcat, mucking machines, graders in tunnels, pile driving engines.

GROUP 3: Front end loaders below 3 1/2 cu. yds, boom trucks, hydraulic backhoes 1/2 yds. capacity or below rubber or track mounted, tug boats, power driven wheel scoops and scrapers, blade graders, motor graders, bulldozers, trenching machines, concrete mixer, speed swing pettibone, ballast regulator, concrete pump, mechanic, welder, mechanic welder, shotcrete machines, Hoeram, locomotive (standard, narrow gauge), tuggers.

GROUP 4: High lifts above 10 feet, boilers (skelton), asphalt spreaders, bullfloat finishing machines, concrete finishing machines, concrete spreaders, fine graders, air compressors, welding machines, pumps, generators, well points, deep wells, hydraulic pumps, elevators, freeze units, tunnel motorman or dinky operator, roller, conveyors, well drilling machines, grout pump, fireman.

GROUP 5: Fork lifts, ditch witch, bobcat 1/3 cu. yd. and below, space heaters, sweepers, assistant engineers, oilers.

GROUP 6: Master mechanic.

a. PAID HOLIDAYS: New Year's Day, Inaugural Day, Decoration Day, Independence Day, Labor Day, Martin Luther King's Birthday, Veterans' Day, Thanksgiving Day, Friday after Thanksgiving, and Christmas Day.

---

ENGI0077B  06/01/2000

|  | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS (PAVING AND INCIDENTAL GRADING): | | |
| GROUP 1 | 18.15 | 3.10 |
| GROUP 2 | 16.15 | 3.10 |
| GROUP 3 | 15.15 | 3.10 |
| GROUP 4 | 14.15 | 3.10 |
| GROUP 5 | 13.15 | 3.10 |
| GROUP 6 | 18.15 | 3.10 |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Gradall operator, Crane.
GROUP 2: Excavator, Track Loader, Track Dozer, Motor Grader, Milling Machine, Asphalt Plant Engineer.
GROUP 3: Rubber Tire Backhoe, Rubber Tire Loader, Boom Truck, Asphalt Paver, Concrete Paver.
GROUP 4: Broom, Asphalt Roller.
GROUP 5: Air Compressor, Grade Rollers.
GROUP 6: Mechanic.

---

ENGI0077C  07/01/2001

|  | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS (SEWER, GAS AND WATER LINE CONSTRUCTION): | | |

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 17.48 | 3.22+a |
| GROUP 2 | 17.08 | 3.22+a |
| GROUP 3 | 16.93 | 3.22+a |
| GROUP 4 | 16.85 | 3.22+a |
| GROUP 5 | 16.74 | 3.22+a |
| GROUP 6 | 16.57 | 3.22+a |
| GROUP 7 | 16.67 | 3.22+a |
| GROUP 8 | 16.57 | 3.22+a |
| GROUP 9 | 17.11 | 3.22+a |
| GROUP 10 | 16.46 | 3.22+a |
| GROUP 11 | 16.34 | 3.22+a |
| GROUP 12 | 16.25 | 3.22+a |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Backhoes, Cableways, Cranes, Derricks, Draglines, Power Shovels, Tunnel Shovels, Tunnel Mucking Machines (1 cubic yard capacity or above).
GROUP 2: Backhoes, Boom Cats, Cableways, Cranes, Derricks, Draglines, Elevating Graders, Hoists, Paving Mixers, Pile Driving Engines, Power and Tunnel Shovels, Tunnel Mucking Machines, Batch Plant, Concrete Pumps.
GROUP 3: Operators of Hydraulic Backhoes of below 1/2 yard capacity.
GROUP 4: Trenching machines (above 83").
GROUP 5: Trenching machines (up to and including 83"), Boilers (Skelton), Well Drilling Machines.
GROUP 6: Air Compressors (Tunnel).
GROUP 7: Front-end Loaders (Hi-Lift) and Bulldozers on Sewer and Water Line Work.
GROUP 8: Concrete Mixers, Power Driven Wheel Scoops and Scrapers, Blade graders, Motor Graders, Tunnel Mechanics, Tunnel Motormen.
GROUP 9: Mechanics.
GROUP 10: Bulldozers, Hydraulic Tamper and Hoe Pack Operators.
GROUP 11: Rollers.
GROUP 12: Air Compressors, Pumps, Welding Machines, Well Points.

a.PAID HOLIDAYS: New Year's Day, Inaugural Day, Washington's Birthday, Decoration Day, Independence Day, Labor Day, Veterans Day, Thanksgiving Day, Christmas Day and Martin Luther King's Birthday.

----

IRON0005A  06/01/2001

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Structural, Ornamental and Chain Link Fence | 22.53 |ized |

IRON0201A  05/01/2001

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Reinforcing | 21.70 | 8.40 |

LAB00074B  06/01/2001

| | Rates | Fringes |
|---|---|---|

```
LABORERS, HAZARDOUS WASTE REMOVAL,
  (EXCEPT ON MECHANICAL SYSTEMS):
Preparation for, removing and
encapsulation of hazardous
m   rials from non-mechanical
s    ems

    Skilled Asbestos Abatement
Laborers                              14.06              2.95
    Skilled Toxic and Hazardous
Waste Removal Laborers                16.22              2.95
----------------------------------------------------------------

LAB00456D  06/01/2001
                                     Rates             Fringes
LABORERS, PAVING & INCIDENTAL GRADING:

  Sand Setter, Form Setter            14.78              3.65
  Asphalt Raker, Concrete
Saw Operator                          14.25              3.65
  Jack Hammer                         14.16              3.65
  Asphalt Tamper, Concrete
Shoveler                              14.00              3.65
  Asphalt Shoveler                    13.80              3.65
  Laborer                             13.70              3.65
----------------------------------------------------------------

LAB00456E  07/21/2001
                                     Rates             Fringes
LABORERS, TUNNEL, RAISE, & SHAFT (FREE AIR)
  (FOR HEAVY CONSTRUCTION ONLY)

 C   )P  1                            17.21              2.95
GROUP    2                            17.68              2.95
GROUP    3                            18.91              2.95
GROUP    4                            19.40              2.95

LABORERS CLASSIFICATIONS

GROUP 1:  Brakeman, Bull Gang, Dumper, Trackman, Concrete Man.
GROUP 2:  Chuck Tender, Powdermen in Prime House, Form Setters
and Movers, Nippers, Cableman, Houseman, Groutman, Bell
or Signalman, Top or Bottom Vibrator Operator.
GROUP 3:  Miners, Re-Bar Underground, Concrete or Gunnite
Nozzlemen, Powdermen, Timbermen and Re-Timbermen,
Wood Steel Including Liner Plate or any Other Support,
Material, Motorman, Caulkers, Diamond Drill Operators,
Riggers, Cement Finishers - Underground, Welders and
Burners, Shield Driver, Air Trac Operator, Shotcrete
Nozzleman and Potman.
GROUP 4:  Mucking Machine Operator (Air).


LAB00456F  07/21/2001
                                     Rates             Fringes
LABORERS (HEAVY AND HIGHWAY CONSTRUCTION):

 C   )P  1                            16.68              2.95
 C   )P  2                            16.91              2.95
GROUP    3                            17.04              2.95
GROUP    4                            17.14              2.95
GROUP    5                            17.48              2.95
```

http://neptune.fedworld.gov/cgi-bin/waisgate?waisdocid=85888222101010...

| | | |
|---|---|---|
| GROUP 6 | 17.88 | 2.95 |
| GROUP 7 | 18.10 | 2.95 |
| GROUP 8 | 18.82 | 2.95 |

LABORERS CLASSIFICATIONS

GROUP 1: Carloaders, choker setter, concrete crewman, crushed feeder, demolition laborers, including salvaging all material, loading, cleaning up, wrecking, dumpmen, flagmen, fence erector and installer, including installation and erection of fence, guard rails, median rails, reference posts, guide posts and right-of-way markers, form strippers, general laborers, railroad track laborers, riprap man, scale man, stake jumper, structure mover, includes foundation, separation, preparation, cribbing, shoring, jacking and unloading of structures, water nozzleman, timber bucker and faller, truck loader, water boys, tool room men.

GROUP 2: Combined air and water nozzleman, cement handler, dope pot fireman (nonmechanical), form cleaning machine, mechanical railroad equipment (includes spiker, puller, tie cleaner, tamper, pipe wrapper, power driven wheelbarrows, operators of hand derricks, towmasters, scootcretes, buggymobiles and similar equipment), tamper or rammer operator, trestle scaffold builders over one tier high, power tool operator (gas, electric or pneumatic), sandblast or gunnite tailhose man, scaffold erector, (steel or wood), vibrator operator up to 4 feet) asphalt cutter, mortar men, shorer and lagger, creosote material handler, corrosive enamel or coal, paver breaker and jackhammer operators.

GROUP 3: Multi-section pipe layer, non-metallic clay and concrete pipe layer (including caulker, collarman, jointer, rigger and jacker, thermit welder and corrugated metal culvert pipe layer.

GROUP 4: Asphalt block pneumatic cutter, asphalt roller, walker chainsaw operator with attachment, concrete saw (walking), high scalers, jackhammer operator (using over 6 feet of steel), vibrator operator (6 feet and over), well point installer, air trac operator.

GROUP 5: Asphalt screeder, big drills, out of the hole drills, (1 1/2" piston or larger), down the hole drills (3 1/2" piston or larger), gunnite or sandblaster nozzleman, asphalt raker, asphalt tamper, form setter, demolition torch operator, shotcrete nozzlemen and potman.

GROUP 6: Powderman, master form setters.

GROUP 7: Brick paver (asphalt block paver, asphalt block sawman, asphalt block grinder, hastings block or similar type)

GROUP 8: Licensed powdermen.

----

LAB00456G  07/21/2001

LABORERS, TUNNEL, RAISE, AND SHAFT (COMPRESSED AIR) FOR HEAVY CONSTRUCTION ONLY:

| Air Pressure (Pounds) | Work Period (Hours) | Rates | Fringes |
|---|---|---|---|
| 1-14 | 7 | 23.32 | 2.95 |
| 14-18 | 6 | 27.38 | 2.95 |

http://neptune.fedworld.gov/cgi-bin/...

On any requirement for air pressure in excess of 18 PSI, work periods and rates should be negotiated at a pre-bid conference.

---

LAB00456H  07/01/2001

|  | Rates | Fringes |
|---|---|---|
| LABORERS, BRICK MASONRY WORK: | | |
| Mason Tenders | 12.77 | 2.95 |
| Scaffold Builders, Mortarmen & Small Equipment Operators | 13.39 | 2.95 |

---

LAB00456K  07/01/1996

|  | Rates | Fringes |
|---|---|---|
| LABORERS, SEWER & WATER LINES CONSTRUCTION: | | |
| Laborers, jackhammers, rammers and spaders | 9.45 | 1.22 |
| Pipelayers, air track operators | 12.13 | 1.22 |
| All remaining labor classifications | 11.00 | 1.22 |

TUNNELS, RAISES AND SHAFT LABORERS (Free Air) FOR SEWER AND WATER LINES CONSTRUCTION ONLY:

| | | |
|---|---|---|
| Brakeman, bull gang, dumper, trackman, concrete man | 10.86 | 1.22 |
| Chuck tender, powderman in prime house, form setters and movers, nippers, cableman, hoseman, grout man, bell or signal man top or bottom, vibrator operator | 11.48 | 1.22 |
| Miners, rodman, re-bar underground, concrete or gunnite nozzleman, powderman, timber man, re-timber man, wood, steel, including liner plate or any other support material, motorman, caulkers, diamond drill operators, riggers, cement finishers underground, welders and burners, shield driver | 12.62 | 1.22 |

---

MARB0002E  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| MARBLE & STONE MASONS (Includes Pointing, Caulking and Cleaning of All types of Masonry, Brick, Stone and Cement structures) | 24.62 | 8.25 |

---

B00031  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| MOSAIC and TERRAZZO WORKERS, TILE LAYERS | 19.18 | 7.01 |

---

http://nephine.fedworld.gov/...

MARB00030  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| MARBLE, TILE and TERRAZZO FINISHERS | 15.79 | 6.05 |

PAIN0051A  06/16/2001

PAINTERS:

|  | Rates | Fringes |
|---|---|---|
| All industrial work, industrial lead abatement, abrasive blasting, structural steel, suspended scaffolding and rigging work of any type, application of epoxies, lacquers, and chlorinated rubber base materials, and the application of any industrial special coatings and solvents on any surface | 22.03 | 5.57 |
| New commercial and public construction, repaint, remodeling, lead abatement, spray painters, paperhangers and drywall finishers | 20.68 | 5.57 |

PLAS0891A  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| CEMENT MASONS | 20.52 | 3.895 |

PLAS0891B  06/01/2001

CEMENT MASONS, PAVING AND INCIDENTAL GRADING:

|  | Rates | Fringes |
|---|---|---|
| Cement Masons | 15.14 | 3.80 |
| Form Setters | 15.14 | 3.80 |
| Concrete Saw Operators | 15.14 | 3.80 |

PLUM0005A  09/01/2001

|  | Rates | Fringes |
|---|---|---|
| PLUMBERS | 26.82 | 8.59 |

PLUM0602E  08/01/2001

|  | Rates | Fringes |
|---|---|---|
| STEAMFITTERS, REFRIGERATION AND AIR CONDITIONING MECHANICS | 26.71 | 8.69+a |

a. PAID HOLIDAYS: Labor Day, Christmas Day and New Year's Day.

SHEE0100A  07/01/2001

|  | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKERS | 26.18 | 7.41 |

TEAM0639C  09/01/1999

|  | Rates | Fringes |

TRUCK DRIVERS:

```
  Tractor Trailer Drivers         12.97          2.72
  ck Drivers                      12.70          2.72
```

---

WELDERS & RIGGERS - Receive rate prescribed for craft performing
                    operation to which welding or rigging is
                    incidental.

---

Unlisted classifications needed for work not included within

the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates
listed under that identifier do not reflect collectively
bargained wage and fringe benefit rates. Other designations
indicate unions whose rates have been determined to be
prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

* an existing published wage determination
* a survey underlying a wage determination
  Wage and Hour Division letter setting forth a
  ,sition on a wage determination matter
* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations. Write to:

    Branch of Construction Wage Determinations
    Wage and Hour Division
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C.  20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

    Wage and Hour Administrator
    U.S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C.  20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment da... project description, area practice material, etc.) that the re...estor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

    Administrative Review Board
    U. S. Department of Labor
    200 Constitution Avenue, N. W.
    Washington, D. C.  20210

4.) All decisions by the Administrative Review Board are final.
      END OF GENERAL DECISION

```
GENERAL DECISION DC020003 03/08/02 DC3
General Decision Number DC020003

   rseded General Decision No. DC010003

State: WASHINGTON, D.C.

Construction Type:
BUILDING

County(ies):
WASHINGTON, D.C.

BUILDING CONSTRUCTION PROJECTS (Does not include single family
homes and apartments up to and including 4 stories)

Modification Number      Publication Date
         0                 03/01/2002
         1                 03/08/2002
```

COUNTY(ies):
WASHINGTON, D.C.

ASBE0024A  10/01/2001

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/HEAT AND FROST INSULATORS<br>Includes application of all insulating materials, protective coverings, coatings and finishes all types of mechanical stems. Also the application of firestopping material for wall openings and penetrations in walls, floors, ceilings and curtain walls. | 24.02 | 7.94 |

ASBE0024B  10/01/2000

|  | Rates | Fringes |
|---|---|---|
| HAZARDOUS MATERIAL HANDLER<br>Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems. | 13.00 | 2.83 |

* BRDC0001A  07/29/2001

|  | Rates | Fringes |
|---|---|---|
| BRICKLAYERS | 22.02 | 5.05 |

CARP0132L  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| CARPENTERS (Including Drywall nging) | 20.72 | 3.76 |
| DRIVERS | 19.65 | 4.50 |

ELEC0026C  12/06/1999

|  | Rates | Fringes |
|---|---|---|

```
COMMUNICATION TECHNICIANS              19.00           3.49
```

SCOPE OF WORK:

...ludes low voltage construction, installation, maintenance ...d removal of teledata facilities (voice, data and video) including outside plant, telephone and data inside wire, interconnect, terminal equipment, central offices, PABX, fiber optic cable and equipment, railroad communications, micro waves, V SAT, bypass, CATV, WAN (Wide area networks), LAN (Local area networks) and ISDN (Integrated systems digital network).

WORK EXCLUDED:

The installation of computer systems in industrial applications such as assembly lines, robotics and computer controller manufacturing systems.
The installation of conduit and/or raceways shall be installed by Inside Wiremen. On sites where there is no Inside Wireman employed, the Teledata Technician may install raceway or conduit not greater than 10 feet.
Fire alarm work is excluded on all new construction sites or wherever the fire alarm system is installed in conduit.
All HVAC control work.

---

ELEC0026T  06/04/2001

|  | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (Excluding Communication ...ow Voltage Wiring) | 27.08 | 6.69 + 3% |

---

ENGI0077O  05/01/2001

| POWER EQUIPMENT OPERATORS | Rates | Fringes |
|---|---|---|
| Cranes (35 tons and over) | 22.29 | 4.77+a |
| Cranes (under 35 tons) | 21.83 | 4.77+a |
| Piledrivers | 21.83 | 4.77+a |
| Boom Trucks | 21.12 | 4.77+a |
| Forklifts | 15.00 | 4.77+a |

a. PAID HOLIDAYS: New Year's Day, Inaugural Day, Decoration Day, Independence Day, Labor Day, Martin Luther King's Birthday, Veterans' Day, Thanksgiving Day, Friday after Thanksgiving, and Christmas Day.

---

IRON0005A  06/01/2001

|  | Rates | Fringes |
|---|---|---|
| IRONWORKERS: Structural, Ornamental and Chain Link Fence | 22.53 | 8.055 |

---

IRON0201C  05/01/2001

|  | Rates | Fringes |
|---|---|---|
| I...WORKERS, REINFORCING | 21.70 | 8.40 |

---

LABO0074A  06/01/2001

|  | Rates | Fringes |
|---|---|---|

http://neptune...

```
LABORERS:
   Skilled Laborers                      16.02           2.95
SKILLED LABORERS:
   Potmen, power tool operator, small machine operator,
   concrete labor, signalmen, laser beam operator, water-
   proofer, open caisson, test pit, underpinning, pier hole
   and ditches, laggers and overhead strippers, operator of
   hand derricks, vibrator operators, pipelayers, or tile
   layers, operators of jackhammers, paving breakers,
   spaders or any machine that does the same general type
   of work, scaffold builders, operators of towmasters,
   scootcretes, buggymobiles and other machines of similar
   character, operators of tampers and rammers, and other
   machines that do the same general type of work, whether
   powered by air, electric or gasoline builders of trestle
   scaffolds over one tier high and sand blasters.
----------------------------------------------------------------

LAB00456S  07/01/2001
                                         Rates           Fringes
LABORERS:
   Mason Tenders, Brick                  12.77           2.95
   Mortarmen                             13.39           2.95
----------------------------------------------------------------

MARB0002C  05/01/2001
                                         Rates           Fringes
MARBLE & STONE MASONS (INCLUDES
   pointing, caulking and cleaning
   f All types of masonry, brick,
   one and cement structures;
   CEPT pointing, caulking and
   cleaning of existing masonry,
   brick, stone and cement
   (restoration work)).                  24.62           8.25
----------------------------------------------------------------

MARB0003I  05/01/2001
                                         Rates           Fringes
MOSAIC and TERRAZZO WORKERS;
   TILE LAYERS                           19.18           7.01
----------------------------------------------------------------

MARB0003O  05/01/2001
                                         Rates           Fringes
MARBLE, TILE and TERRAZZO
   FINISHERS                             15.79           6.05
----------------------------------------------------------------

PAIN0051D  06/16/2001
                                         Rates           Fringes
GLAZIERS
   Contracts over $2,000,000             21.82           5.74
   Contracts $2,000,000 and under        20.62           5.74
----------------------------------------------------------------

PAIN0051M  06/16/2001
                                         Rates           Fringes
PAINTERS:
   Brush, Roller, Spray and
   Drywall Finishers                     20.68           5.57
```

```
PLAS0891A  05/01/2001
                              Rates          Fringes
     NT MASONS                20.52          3.895
```

```
PLUM0005I  09/01/2001
                              Rates          Fringes
PLUMBERS:
  Apartment Buildings over
4 stories (except hotels)     17.53          5.59
  ALL Other Work              26.82          8.59
```

```
PLUM0602F  08/01/2001
                              Rates          Fringes
STEAMFITTERS, REFRIGERATION AND
  AIR CONDITIONING MECHANICS
  (Including HVAC Pipe Work)  26.71          8.68+a

a. PAID HOLIDAYS: Labor Day, Christmas Day and New Year's Day.
```

```
SFDC0669A  04/01/2001
                              Rates          Fringes
SPRINKLER FITTERS             25.20          7.00
```

```
SHEE0100B  07/01/2001
                              Rates          Fringes
  T METAL WORKERS (Including
  HVAC Duct Work)             26.18          7.41
```

```
SUDC1003A  04/12/2000
                              Rates          Fringes
LABORERS:
  Unskilled                   11.83          2.23
POINTERS, CAULKERS, CLEANERS
  (INCLUDES pointing, caulking
  and cleaning of existing
  masonry, brick, stone and
  cement structures [restoration
  work]; EXCLUDES pointing,
  caulking and cleaning of new
  or replacement masonry, brick,
  stone and cement)            20.00
```

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be

revailing.

## WAGE DETERMINATION APPEALS PROCESS

.. as there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

   Branch of Construction Wage Determinations
   Wage and Hour Division
   U. S. Department of Labor
   200 Constitution Avenue, N. W.
   Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

   Wage and Hour Administrator
   U.S. Department of Labor
   200 Constitution Avenue, N. W.
   Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

   Administrative Review Board
   U. S. Department of Labor
   200 Constitution Avenue, N. W.
   Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

         END OF GENERAL DECISION





JEFFERSON
MILLWORK
& DESIGN

# FAX TRANSMITTAL
Total Pages: 18

| | |
|---|---|
| To: | Danny |
| From: | Michael Corrigan |
| Re: | Prettyman Courthouse |
| | Davis Bacon Wage Determination |

| | |
|---|---|
| Company: | DLI, Inc. |
| Phone: | 561-586-1118 |
| Fax: | 561-586-1140 |
| Date: | January 5, 2005 |