

# DLI INCORPORATED
## ARCHITECTURAL MILLWORK INSTALLATION

To: MIKE CORRIGAN                                    Date: 1/12/05

Company: JMD

From: DANNY                                          Total Pages: 7

Notes: CERT PAYROLL FOR DEC 04, ROUND 1.

**SEE OUR NEW ADDRESS & FAX # BELOW**

**DESCRIPTION**

1823 2nd Avenue No, Lake Worth, Fl. 33461    Office (561) 586-1118, Fax (561) 586-1140

**EXHIBIT 10**

1/11/03

Darrell Williams                                    Manager
(Name of Signatory Party)                           (Title)

hereby state:

(1) That I pay or supervise the payment of the persons employed by

D.L.I. Incorporated                                 ; on the
(Contractor or Subcontractor)

Burnett Pretyman Courts                             Building or Work

2 day of December 04, and ending the 31st day of December,

D.L.I. Incorporated                                 from the full
(Contractor or Subcontractor)

wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. 276c), and described below.

persons employed on said project, have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☒ – In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |

REMARKS:

| NAME AND TITLE | SIGNATURE |
|---|---|
| Darrell Williams / Manager | [signed] |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

*U.S. G.P.O.:1987 519.351

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL
(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

**NAME OF SUBCONTRACTOR:** D.L.I. INCORPORATED
**ADDRESS:**
**PAYROLL PERIOD:** Dec 19 - 25/04
**FOR WEEK ENDING:** 12/31/04
**PROJECT & LOCATION:** 1803 2ND AVENUE NO, LAKE WORTH, FL 33461 E. BARRETT PRETTYMAN COURTHOUSE, WASHINGTON DC
**PROJECT OR CONTRACT NO.:** AID #04-01D

| NAME, ADDRESS AND SOCIAL SECURITY NUMBER OF EMPLOYEE | No. Of Withholding exemptions | WORK CLASSIFICATION | | SUN 26-Dec | MON 27-Dec | TUE 28-Dec | WED 29-Dec | THU 30-Dec | FRI 31-Dec | SAT 1-Jan | TOTAL HOURS | RATE OF PAY | GROSS AMOUNT EARNED | FICA | WITH HOLDING TAX | MEDICARE | HEALTH AND DENTAL | AFLAC | CHILD SUPPORT | TOTAL DEDUCTIONS | NET WAGES PAID FOR THE WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | HOURS WORKED EACH DAY / DAY AND DATE | | | | | | | | | | | | | | | |
| Donald Johnson 256 Bayberry Drive Lake Park, FL 33403 SS# 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 | M-0 | Carpenter | OT | | | | | | | | 0 | 31.5 | 0 | 0 | | | | | | 0 | 0 |
| | | | RT | | 10 | 10.25 | 10 | 6 | 8 | 0 | 44.25 | 21 | 929.25 | 48.84 | 81.05 | 11.42 | 122.3 | 34.43 | 0 | 298.01 | 631.24 |
| Fernando Carvalho 302 Gardens Dr. # 204 Pompano Beach, FL 32069 SS#: 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 | | Carpenter | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | 10 | 10 | 10 | 6 | | | 36 | 28 | 1008 | | | | | | | 0 | 1008 |
| Miguel Sime 795 Rich Dr Deerfield Beach, FL 33441 Coming Soon | | Carpenter | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | 10 | 10 | 10 | 6 | | | 36 | 28 | 1008 | | | | | | | 0 | 1008 |
| Ruben Davila 1171 SW 25th Street Fort Lauderdale, FL 33313 Coming Soon | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | 10 | 10 | 10 | 6 | | | 36 | 28 | 1008 | | | | | | | 0 | 1008 |
| **TOTAL HOURS WORKED** | | | OT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 145.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | RT | 0 | 40 | 40.25 | 40 | 24 | 8 | 0 | 152.25 | 105 | 3953.25 | 48.84 | 81.05 | 11.42 | 122.3 | 34.43 | 0 | 298.01 | 3655.24 |

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL
(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

**NAME OF SUBCONTRACTOR:** D.L.I INCORPORATED
**ADDRESS:** 1823 2ND AVENUE NO, LAKE WORTH, FL 33461
**PAYROLL PERIOD:** Dec 19 – 25/04
**FOR WEEK ENDING:** 12/25/04
**PROJECT & LOCATION:** E. BARRETT PRETTYMAN COURTHOUSE, WASHINGTON DC
**PROJECT OR CONTRACT NO.:** JAD @ D4-010

| NAME, ADDRESS AND SOCIAL SECURITY NUMBER OF EMPLOYEE | No. Of Withholding exemptions | WORK CLASSIFICATION | | SUN 19-Dec | MON 20-Dec | TUE 21-Dec | WED 22-Dec | THU 23-Dec | FRI 24-Dec | SAT 25-Dec | TOTAL HOURS | RATE OF PAY | GROSS AMOUNT EARNED | FICA | WITH-HOLDING TAX | MEDICARE | HEALTH AND DENTAL | AFLAC | CHILD SUPPORT | TOTAL DEDUCTIONS | NET WAGES PAID FOR THE WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald Johnson 266 Bayberry Drive Lake Park, FL 33403 SSN 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 | M-0 | Carpenter | RT | | 8 | 8 | 8 | 6 | | | 30 | 21 | 798 | | | | | | | | |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
| Fernando Carvalho 902 Gardens Dr. # 204 Pompano Beach, FL 33069 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 |  | Carpenter | RT | | 8 | 8 | 8 | 8 | | | 38 | 28 | 840 | 40.7 | 61.65 | 9.52 | 122.27 | 34.43 | 0 | 268.57 | 529.43 |
|  |  |  | OT | | | | | | | | 0 | 38 | 0 | | | | | | | | |
| Rubens Fontan 4324 NW 9th Ave. Bldg. 6 # 2C Pompano Beach, FL 33064 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 |  | Carpenter | RT | | 8 | 8 | | | | | 16 | 28 | 446 | | | | | | | 0 | 446 |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
| Jorge Muslera 1629 NW 35th Street Miami, FL 33142 Its Coming |  |  | RT | | 8 | 8 | 8 | 6 | | | 30 | 28 | 840 | | | | | | | 0 | 840 |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | RT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | RT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | RT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | RT | | | | | | | | 0 | | 0 | | | | | | | | |
|  |  |  | OT | | | | | | | | 0 | | 0 | | | | | | | | |
| TOTAL HOURS WORKED | | | | 0 | 24 | 24 | 24 | 20 | 8 | 0 | 100 | 77 | 2086 | 40.7 | 61.65 | 9.52 | 122.27 | 34.43 | 0 | 268.57 | 1817.43 |
| | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 107.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# PAYROLL
(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| NAME OF SUBCONTRACTOR: | ADDRESS: | PROJECT OR CONTRACT NO.: |
|---|---|---|
| D.L.I. INCORPORATED | 1823 2ND AVENUE NO, LAKE WORTH, FL 33461 | JMD #04-CHD |
| PAYROLL PERIOD: | PROJECT & LOCATION | |
| Dec. 12 – 18/04 | FOR WEEKENDING: 12/18/04 | E. BARRETT PRETTYMAN COURTHOUSE, WASHINGTON DC |

| NAME, ADDRESS AND SOCIAL SECURITY NUMBER OF EMPLOYEE | No. Of W/holding exemptions | M-O | WORK CLASSIFICATION | | SUN 12-Dec | MON 13-Dec | TUE 14-Dec | WED 15-Dec | THU 16-Dec | FRI 17-Dec | SAT 18-Dec | TOTAL HOURS | RATE OF PAY | GROSS AMOUNT EARNED | FICA | WITH-HOLDING TAX | MEDICARE | HEALTH AND DENTAL | AFLAC | CHILD SUPPORT | TOTAL DEDUCTIONS | NET WAGES PAID FOR THE WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald Johnson  255 Bayberry Drive  Lake Park, FL 33403  SS# 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 | | | Carpenter | OT | | | | | | 0.5 | | 0.5 | 31.5 | 267.75 | 59.91 | 108.12 | 14.01 | 122.3 | 34.43 | 0 | 338.74 | 267.75 |
| | | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 26 | 840 | | | | | | | | 501.26 |
| Fernando Carvalho  322 Gardens Dr. #204  Pompano Beach, FL 33069  SS# 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 | | | Carpenter | OT | | | | | | 0.5 | | 0.5 | 38 | 323 | | | | | | | 0 | 323 |
| | | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 28 | 1120 | | | | | | | 0 | 1120 |
| Rubens Foster  4324 NW 8th Ave, Bldg. 6 #2C  Pompano Beach, FL 33064  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 | | | Carpenter | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 1120 |
| | | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 28 | 1120 | | | | | | | 0 | 323 |
| | | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | | OT | 0 | 0 | 0 | 0 | 0 | 1.5 | 24 | 25.5 | 107.5 | 913.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 913.75 |
| TOTAL HOURS WORKED | | | | RT | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 77 | 3080 | | | | | | | 338.74 | 2741.26 |

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

**PAYROLL**
(For Contractor's Optional Use; See Instructions, Form WH-347 Inst.)

NAME OF SUBCONTRACTOR: D.L.I INCORPORATED
ADDRESS: 1823 2ND AVENUE NO, LAKE WORTH, FL 33481
PAYROLL PERIOD: Dec 6/04 – 11/04
FOR WEEK ENDING: 12/11/04
PROJECT & LOCATION: E. BARRETT PRETTYMAN COURTHOUSE, WASHINGTON DC
PROJECT OR CONTRACT NO.: JMD # 04-010

| NAME, ADDRESS AND SOCIAL SECURITY NUMBER OF EMPLOYEE | No. Of W/holding exemptions | WORK CLASSIFICATION | | SUN 5-Dec | MON 6-Dec | TUE 7-Dec | WED 8-Dec | THU 9-Dec | FRI 10-Dec | SAT 11-Dec | TOTAL HOURS | RATE OF PAY | GROSS AMOUNT EARNED | FICA | WITH-HOLDING TAX | MEDICARE | HEALTH AND DENTAL | AFLAC | CHILD SUPPORT DEDUCTIONS | TOTAL DEDUCTIONS | NET WAGES PAID FOR THE WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald Johnson<br>255 Bayberry Drive<br>Lake Park, FL 33403<br>SS# 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 | M-0 | Carpenter | OT | | | | | | | | 0 | 31.5 | 0 | | | | | | | 0 | 0 |
| | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 21 | 840 | 43.31 | 67.95 | 10.13 | 122.3 | 34.43 | 0 | 278.09 | 561.91 |
| Fernando Carvalho<br>302 Gardens Dr. # 204<br>Pompano Beach, FL 33069<br>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 | | Carpenter | OT | | | | | | | | 0 | 28 | 0 | | | | | | | 0 | 0 |
| | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 28 | 1120 | | | | | | | 0 | 1120 |
| Rubens Fontan<br>4324 NW 9th Ave. Bldg. 6 # 2C<br>Pompano Beach, FL 33064<br>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 | | Carpenter | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | 8 | 8 | 8 | 8 | 8 | | 40 | 28 | 1120 | | | | | | | 0 | 1120 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| TOTAL HOURS WORKED | | | OT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | RT | 0 | 24 | 24 | 24 | 24 | 24 | 0 | 120 | 77 | 3080 | 43.31 | 67.95 | 10.13 | 122.3 | 34.43 | 0 | 278.09 | 2801.91 |

01/12/2005  17:00  5615861120   DLIINCORPORATED   PAGE  07/07

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

# PAYROLL
(For Contractor's Optional Use; See instructions, Form WH-347 Inst.)

NAME OF SUBCONTRACTOR: D.L.I. INCORPORATED
ADDRESS: 1823 2ND AVENUE NO. LAKE WORTH, FL 33461

PAYROLL PERIOD: Nov 28/04 – Dec 4/04
FOR WEEK ENDING: 12/4/04
PROJECT & LOCATION: E. BARRETT PRETTYMAN COURTHOUSE, WASHINGTON DC
PROJECT OR CONTRACT NO.: JMD 9-04-010

| NAME, ADDRESS AND SOCIAL SECURITY NUMBER OF EMPLOYEE | No. Of W/holding exemptions | WORK CLASSIFICATION | O/T or R/T | SUN 28-Nov | MON 29-Nov | TUE 30-Nov | WED 1-Dec | THU 2-Dec | FRI 3-Dec | SAT 4-Dec | TOTAL HOURS | RATE OF PAY | GROSS AMOUNT EARNED | FICA | WITH- HOLDING TAX | MEDICARE | HEALTH AND DENTAL | AFLAC | CHILD SUPPORT | TOTAL DEDUCTIONS | NET WAGES PAID FOR THE WEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fernando Carvalho<br>302 Gardens Dr. # 204<br>Pompano Beach, FL 33069<br>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 | M-0 | Carpenter | OT | | | | | 0 | 0 | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | 8 | 8 | | 16 | 28 | 448 | | | | | | | 0 | 448 |
| Rubens Fontan<br>4324 NW 5th Ave. Bldg. 8 # 2C<br>Pompano Beach, FL 33064<br>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 | | Carpenter | OT | | | | | 0 | 0 | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | 8 | 8 | | 16 | 28 | 448 | | | | | | | 0 | 448 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | OT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| | | | RT | | | | | | | | 0 | | 0 | | | | | | | 0 | 0 |
| TOTAL HOURS WORKED | | | OT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | RT | 0 | 0 | 0 | 0 | 16 | 16 | 0 | 32 | 56 | 896 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 896 |