**Michael Corrigan**

| | |
|---|---|
| **From:** | Michael Corrigan |
| **Sent:** | Friday, September 02, 2005 10:42 PM |
| **To:** | Dale Lacy (E-mail) |
| **Subject:** | FW: DOL Review of Allegheny/Jefferson's Labor Issues |

Dale:

I got this notice today. I don't like it and I guess that makes two of us. I told Centex that the amount is ridiculous and has no basis in reality.

The DOL is "expediting" this matter - which to them means a decision in "2 to 3 months" rather than a year.

That's all I know right now. I also left a message with our GSA contracting officer to set up a meeting with the DOL case officer (though I have already been told the DOL does not want to meet with us now).

As soon as I know more, I will let you know...


Michael Corrigan
Vice President

Jefferson Millwork & Design, Inc.
4098 Mercure Circle
Suite 115
Sterling, VA  20166

Phone:  703/260-3370
FAX:    703/260-3371
www.jeffersonmillwork.com


-----Original Message-----
From: bfrady@centexconstruction.com
[mailto:bfrady@centexconstruction.com]
Sent: Friday, September 02, 2005 12:08 PM
To: Michael Corrigan; ed@alleghenymillwork.com
Cc: pnassett@centexconstruction.com; mkamon@centexconstruction.com;
PRT_Email@centexconstruction.com; chartzler@centexconstruction.com
Subject: DOL Review of Allegheny/Jefferson's Labor Issues


Mike/Ed,

Eric with GSA stopped by a little while ago after having a meeting with the
Department of Labor (DOL). Eric stated that DOL disagrees with your position on how employees were paid. DOL will be doing a formal investigation and we were told that the amount of restitution that might need to be made to employees could reach $600,000. With this said, all payments to Allegheny/Jefferson have been put on hold. As soon as we know
 ore, we will advise.

Bryan

1                                          **EXHIBIT 11**