**Main Office**

Suite 180
15850 Crabbs Branch Way
Rockville, MD 20855

301/948-1177
301/948-4334 Facsimile
**Geoffrey S. Gavett**
Licensed in MD, DC, VA
ggavett@gavettdatt.com

# Gavett and Datt, P.C.

A T T O R N E Y S   A T   L A W

**Virginia Office**

122 South Royal Street
P.O. Box 19140
Alexandria, VA 22320

703/549-9329
*Please reply to Main Office*

May 31, 2006

Dale Lacy, President
DLI, Inc.
c/o Shawn Whittaker, Esq.
Suite 340
9055 Comprint Court
Gaithersburg, MD 20877-1310

      Re:    Prettyman Courthouse Project
               Notice of Default and Escrow

Dear Mr. Lacy:

      This correspondence shall serve as formal notice to DLI, Inc. ("DLI") of a default and/or breach of the terms of the Subcontract Agreement ("Agreement") dated February 12, 2005 between Allegheny-Jefferson Millwork, LLC ("AJM") and DLI.

      Section 15 of the Subcontract Agreement provides that DLI "…shall comply with all wage scales, reporting obligations and other labor requirements established under the Contract or Contract Documents and by any governmental authority having jurisdiction." As you know, the United States Department of Labor has charged DLI with failure to make some $191,000 of payments to its workers in accordance with the federal Davis-Bacon Act and related regulations.

      Due to DLI's failure to comply with these wage and hours laws, the Department of Labor has directed the General Services Administration ("GSA") to withhold payment of $191,000 to the general contractor, Centex Construction Co., Inc. ("Centex"). As a result of that order, Centex has stopped all payments to AJM until the Department of Labor matter is resolved. DLI's breach of its obligation to comply with Section 15 of the Subcontract and the laws referenced therein is therefore a direct and proximate cause of Centex's refusal to pay AJM.

      In order to cure the foregoing default by DLI, AJM has taken the following remedial steps:

# EXHIBIT 13

DLI Incorporated
Re: Prettyman Courthouse Project
May 31, 2006
Page 2 of 3

1.    AJM will enter into an escrow agreement with the United States Department of
      Labor and place $191,000.00 into a bank account under the Department's control.
      Your contract balance has been backcharged this amount. This fund will be held
      by the Department of Labor until there is a final determination of the claims. If the
      Department of Labor claims are upheld, the fund will be used to pay any wages
      which are due your workers and the workers of your subcontractors. If your
      position is upheld or if there is a settlement for less that $191,000, the balance of
      the fund will be returned to AJM. AJM will then adjust your contract balance and
      pay the sum then due DLI, if any.

2.    AJM has been made aware by the Department of Labor per the attached document
      that the workers identified thereon have not been paid the wages and fringe
      benefits indicated beside their names and due to them under Davis-Bacon law as
      provided in your contract. If found to be valid claims, your contract balance will
      be backcharged for these amounts. We are reserving these amounts pending
      resolution of these claims.

3.    At the present time, AJM calculates the combined value of the backcharges for the
      escrow described in Item 1 and the payments to the workers identified on the
      attached documents as exceeding the balance owed to DLI under the Subcontract.
      AJM will make no payment to DLI until there is an amount due it which exceeds
      its adjusted contact balance less the sum in escrow, the monies paid to workers
      noted above and any other backcharges arising out your failure to perform in
      accordance with the Subcontract Agreement.

      If DLI objects to the foregoing backcharges, please have your counsel provide a
written basis for such objections to our counsel at the following address:

                  Geoffrey S. Gavett
                  Gavett and Datt, P.C.
                  15850 Crabbs Branch Way
                  Suite 180
                  Rockville, MD 20855
                  (Tel) 301-948-1177
                  (Fax) 301-948-4334
                  ggavett@gavettdatt.com

DLI Incorporated
Re: Prettyman Courthouse Project
May 31, 2006
Page 3 of 3

If we do not receive your written objections within 72 hours of the transmittal of your receipt of this correspondence, AJM will assume that DLI concurs with the foregoing backcharges.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
Geoffrey S. Gavett

GSG/vlr

cc:    Michael Corrigan, Jefferson Millwork & Design, Inc. (via e-mail only)

F:\Data\Gd\Corporate\Allegeny Jefferson Millwork\Correspondence\Notice Of Default To Dli - Prettyman Courthouse 05-31-06.Doc