**U.S. DEPARTMENT OF LABOR EMPLOYMENT** STANDARDS ADMINISTRATION
Wage and Hour Division
6525 Belcrest Road, Suite 560
Hyattsville, MD 20782
(301) 436-6767
(301) 436-4222 Fax



March 20, 2007



John P. Tarpey, President & CEO
Centex Construction Company
3924 Pender Drive
Fairfax, VA 22030

Subject: Referral for determination regarding the withholding of contract funds
Case Numbers: 1420603 and 1420503

Dear Mr. Tarpey:

As you are aware, final conferences was held per telecom with Bryant Fradey (Centex), Shawn Whittaker (DLI's attorney) and Michael Corrigan (Allegheny/Jefferson Millwork & Design) on December 6, 2006 regarding the results of an investigation of your subcontractor's performance on contract number GS-11P-01-MKC-0022 at the Prettyman Courthouse, 333 Constitution Ave., NW, Washington, DC 20001. Pursuant to subject conferences, all parties were advised that the investigation revealed that 62 employees were underpaid in the amount of $196,509.99 as a result of DB/CWHSSA violations.

In accordance with established procedures, the investigation report is being forwarded to Bezarah B. Gaither, District Director, for review and a determination as to whether action should be taken to request the withholding of contract funds necessary to satisfy the back wage findings. Accordingly, you may submit your views on whether wage violations occurred to Bezarah B. Gaither, U.S. Department of Labor, Wage & Hour Division, 103 S. Gay Street, Room 207, Baltimore, MD 21202 within fifteen (15) days of the date of this letter. You will be advised of the determination in this matter after review of the investigation file and any submission that you provide in the time frame established.

Please be advised that any determination regarding the withholding of contract funds will not result in the distribution of these funds to the underpaid workers until such time as the administrative remedies available to your firm have been completed. Those procedures will be initiated by the Department and may be found in Department of Labor Regulations, 29 CFR, Part 6, Subpart C (DBRA), copy enclosed.

**EXHIBIT 14**

Of course, if your firm wishes to satisfy the back wage findings at this time, you may do so by forwarding a certified check to U.S. Department of Labor, Wage and Hour Division, 103 S. Gay Street, Room 207, Baltimore, MD 21202, in the amount of $196,509.99 made payable to the Wage and Hour Division - Labor.  Please include the case numbers listed above on your check.

Sincerely,

Bruce I. Dory
Investigator

Ccs; Allegheny/Jefferson Millwork & Design
       DLI Corporation

such agreement disposes of only a part of the disputed matter, a hearing shall be conducted on the matters remaining in dispute.

§ 6.19 Decision of the Administrative Law Judge.

(a) *Proposed findings of fact, conclusions, and order.* Within 20 days of filing of the transcript of the testimony or such additional time as the Administrative Law Judge may allow, each party may file with the Administrative Law Judge proposed findings of fact, conclusion of law, and order, together with a supporting brief expressing the reasons for such proposals. Such proposals and brief shall be served on all parties, and shall refer to all portions of the record and to all authorities relied upon in support of each proposal.

(b) *Decision of the Administrative Law Judge.* (1) Within a reasonable time after the time allowed for the filing of proposed findings of fact, conclusions of law, and order, or within 30 days after receipt of an agreement containing consent findings and order disposing of the disputed matter in whole, the Administrative Law Judge shall make his/her decision. If any aggrieved party desires review of the decision, a petition for review thereof shall be filed as provided in § 6.20 of this title, and such decision and order shall be inoperative unless and until the Board of Service Contract Appeals issues an order affirming the decision. The decision of the Administrative Law Judge shall include findings of fact and conclusions of law, with reasons and bases therefor, upon each material issue of fact, law, or discretion presented on the record. The decision shall be based upon a consideration of the whole record, including any admissions made under §§ 6.16, 6.17 and 6.18 of this title. It shall be supported by reliable and probative evidence. Such decision shall be in accordance with the regulations and rulings contained in Parts 4 and 5 and other pertinent parts of this title.

(2) If the respondent is found to have violated the Service Contract Act, the Administrative Law Judge shall include in his/her decision an order as to whether the respondent is to be relieved from the ineligible list as provided in section 5(a) of the Act, and, if relief is ordered, findings of the unusual circumstance, within the meaning of section 5(a) of the Act, which are the basis therefor. If respondent is found to have violated the provisions of the Contract Work Hours and Safety Standards Act, the Administrative Law Judge shall issue an order as to whether the respondent is to be subject to the ineligible list as provided in § 5.12(a)(1) of Part 4 of this title, including findings regarding the existence of aggravated or willful violations. If wages and/or fringe benefits are found due under the Service Contract Act and/or the Contract Work Safety Standards Act and are unpaid, no relief from the ineligible list shall be ordered except on condition that such wages and/or fringe benefits are paid.

(3) The Administrative Law Judge shall make no findings regarding liquidated damages under the Contract Work Hours and Safety Standards Act.

§ 6.20 Petition for review.

Within 40 days after the date of the decision of the Administrative Law Judge (or such additional time as is granted by the Board of Service Contract Appeals), any party aggrieved thereby who desires review thereof shall file a petition for review of the decision with supporting reasons. Such party shall transmit the petition in writing to the Board of Service Contract Appeals pursuant to 29 CFR Part 8, with a copy thereof to the Chief Administrative Law Judge. The petition shall refer to the specific findings of fact, conclusions of law, or order at issue. A petition concerning the decision on the ineligibility list shall also state the unusual circumstances or lack thereof under the Service Contract Act, and/or the aggravated or willful violations of the Contract Work Hours and Safety Standards Act or lack thereof, as appropriate.

§ 6.21 Ineligible list.

(a) Upon the final decision of the Administrative Law Judge or Board of

Service Contract Appeals, as appropriate, the Administrator shall within 90 days forward to the Comptroller General the name of any respondent found in violation of the Act, including the name of any firm, corporation, partnership, or association in which the respondent has a substantial interest, unless such decision orders relief from the ineligible list because of unusual circumstances.

(b) Upon the final decision of the Administrative Law Judge or the Board of Service Contract Appeals, as appropriate, the Administrator promptly shall forward to the Comptroller General the name of any respondent found to be in aggravated or willful violation of the Contract Work Hours and Safety Standards Act, and the name of any firm, corporation, partnership, or association in which the respondent has a substantial interest.

**Subpart C—Enforcement Proceedings Under the Davis-Bacon Act and Related Prevailing Wage Statutes, the Copeland Act, and the Contract Work Hours and Safety Standards Act (Except Under Contracts Subject to the Service Contract Act)**

§ 6.30 Referral to Chief Administrative Law Judge.

(a) Upon timely receipt of a request for a hearing under § 5.11 (where the Administrator has determined that relevant facts are in dispute) or § 5.12 of Part 5 of this title, the Administrator shall refer the case to the Chief Administrative Law Judge by Order of Reference, to which shall be attached a copy of the notification letter to the respondent from the Administrator and response thereto, for designation of an Administrative Law Judge to conduct such hearings as may be necessary to decide the disputed matters. A copy of the Order of Reference and attachments thereto shall be served upon the respondent.

(b) The notification letter from the Administrator and response thereto shall be given the effect of a complaint and answer, respectively, for purposes of the administrative proceedings. The notification letter and response shall be in accordance with the provisions of § 5.11 or § 5.12(b)(1) of Part 5 of this title, as appropriate.

§ 6.31 Amendments to pleadings.

At any time prior to the closing of the hearing record, the complaint (notification letter) or answer (response) may be amended with the permission of the Administrative Law Judge and upon such terms as he/she may approve. For proceedings pursuant to § 5.11 of Part 5 of this title, such an amendment may include a statement that debarment action is warranted under § 5.12(a)(1) of Part 5 of this title or under section 3(a) of the Davis-Bacon Act. Such amendments shall be allowed when justice and the presentation of the merits are served thereby, provided there is no prejudice to the objecting party's presentation on the merits. When issues not raised by the pleadings are reasonably within the scope of the original complaint and are tried by express or implied consent of the parties, they shall be treated in all respects as if they had been raised in the pleadings, and such amendments may be made as necessary to make them conform to the evidence. The presiding Administrative Law Judge may, upon reasonable notice and upon such terms as are just, permit supplemental pleadings setting forth transactions, occurrences or events which have happened since the date of the pleadings and which are relevant to any of the issues involved. A continuance in the hearing may be granted or the record left open to enable the new allegations to be addressed.

§ 6.32 Consent findings and order.

(a) At any time prior to the receipt of evidence or, at the discretion of the Administrative Law Judge, prior to the issuance of the decision of the Administrative Law Judge, the parties may enter into consent findings and an order disposing of the proceeding in whole or in part.

(b) Any agreement containing consent findings and an order disposing of a proceeding in whole or in part shall also provide:

(1) That the order shall have the same force and effect as an order made after full hearing;

(2) That the entire record on which any order may be based shall consist solely of the complaint and the agreement;

(3) That any order concerning debarment under the Davis-Bacon Act (but not under any of the other statutes listed in § 5.1 of Part 5 of this title) shall constitute a recommendation to the Comptroller General;

(4) A waiver of any further procedural steps before the Administrative Law Judge and the Wage Appeals Board regarding those matters which are the subject of the agreement; and

(5) A waiver of any right to challenge or contest the validity of the findings and order entered into in accordance with the agreement.

(c) Within 30 days after receipt of an agreement containing consent findings and an order disposing of the disputed matter in whole, the Administrative Law Judge shall, if satisfied with its form and substance, accept such agreement by issuing a decision based upon the agreed findings and order. If such agreement disposes of only a part of the disputed matter, a hearing shall be conducted on the matters remaining in dispute.

§ 6.33 Decision of the Administrative Law Judge.

(a) *Proposed findings of fact, conclusions, and order.* Within 20 days of filing of the transcript of the testimony or such additional time as the Administrative Law Judge may allow, each party may file with the Administrative Law Judge proposed findings of fact, conclusions of law, and order, together with a supporting brief expressing the reasons for such proposals. Such proposals and brief shall be served on all parties, and shall refer to all portions of the record and to all authorities relied upon in support of each proposal.

(b) *Decision of the Administrative Law Judge.* (1) Within a reasonable time after the time allowed for filing of proposed findings of fact, conclusions of law, and order, or within 30 days of receipt of an agreement containing consent findings and order dis-

posing of the disputed matter in whole, the Administrative Law Judge shall make his/her decision. If any aggrieved party desires review of the decision, a petition for review thereof shall be filed as provided in § 6.34 of this title, and such decision and order shall be inoperative unless and until the Wage Appeals Board either declines to review the decision or issues an order affirming the decision. The decision of the Administrative Law Judge shall include findings of fact and conclusions of law, with reasons and bases therefor, upon each material issue of fact, law, or discretion presented on the record. Such decision shall be in accordance with the regulations and rulings contained in Part 5 and other pertinent parts of this title. The decision of the Administrative Law Judge shall be based upon a consideration of the whole record. Including any admissions made in the respondent's answer (response) and § 6.32 of this title. It shall be supported by reliable and probative evidence.

(2) If the respondent is found to have violated the labor standards provisions of any of the statutes listed in § 5.1 of Part 5 of this title other than the Davis-Bacon Act, and if debarment action was requested pursuant to the complaint (notification letter) or any amendment thereto, the Administrative Law Judge shall issue an order as to whether the respondent is to be subject to the ineligible list as provided in § 5.12(a)(1) of this title, including any findings of aggravated or willful violations. If the respondent is found to have violated the Davis-Bacon Act, and if debarment action was requested, the Administrative Law Judge shall issue as a part of the order a recommendation as to whether respondent should be subject to the ineligible list pursuant to section 3(a) of the Act, including any findings regarding respondent's disregard of obligations to employees and subcontractors. If wages are found due and are unpaid, the Administrative Law Judge shall make no findings regarding liquidated damages under the Contract

Work Hours and Safety Standards Act.

§ 6.34 Petition for review.

Within 40 days after the date of the decision of the Administrative Law Judge (or such additional time as is granted by the Wage Appeals Board). any party aggrieved thereby who desires review thereof shall file a petition for review of the decision with the Wage Appeals Board, pursuant to Part 7 of this title, with a copy thereof to the Chief Administrative Law Judge. The petition shall refer to the specific findings of fact, conclusions of law, or order at issue. A petition concerning the decision on debarment shall also state the aggravated or willful violations and/or disregard of obligations to employees and subcontractors, or lack thereof, as appropriate.

§ 6.35 Ineligible lists.

Upon the final decision of the Administrative Law Judge or Wage Appeals Board, as appropriate, regarding violations of any statute listed in § 5.1 of Part 5 of this title other than the Davis-Bacon Act, the Administrator promptly shall foward to the Comptroller General the name of any respondent found to have committed aggravated or willful violations of the labor standards provisions of such statute, and the name of any firm, corporation, partnership, or association in which such respondent has a substantial interest. Upon the final decision of the Administrative Law Judge or Wage Appeals Board, as appropriate, regarding violations of the Davis-Bacon Act, the Administrator promptly shall forward to the Comptroller General any recommendation regarding debarment action against a respondent, and the name of any firm corporation, partnership, or association in which such respondent has an interest.

Subpart D—Substantial Interest Proceedings

§ 6.40 Scope.

This subpart supplements the procedures contained in § 4.12 of Part 4 and

§ 5.12(d) of Part 5 of this title, and states the rules of practice applicable to hearings to determine whether persons or firms whose names appear on the ineligible list pursuant to section 5(a) of the Service Contract Act or § 5.12(a)(1) of Part 5 of this title have a substantial interest in any firm, corporation, partnership, or association other than those listed on the ineligible list; and/or to determine whether persons or firms whose names appear on the ineligible list pursuant to section 3(a) of the Davis-Bacon Act have an interest in any firm, corporation, partnership, or association other than those listed on the ineligible list.

§ 6.41 Referral to Chief Administrative Law Judge.

(a) Upon timely receipt of a request for a hearing under § 4.12 of Part 4 or § 5.12 of Part 5 of this title, where the Administrator has determined that relevant facts are in dispute, or on his/her own motion, the Administrator shall refer the case to the Chief Administrative Law Judge by Order of Reference, to which shall be attached a copy of any findings of the Administrator and response thereto, for designation of an Administrative Law Judge to conduct such hearings as may be necessary to decide the disputed matters. A copy of the Order of Reference and attachments thereto shall be served upon the person or firm requesting the hearing, if any and upon the respondents.

(b) The findings of the Administrator and response thereto shall be given the effect of a complaint and answer, respectively, for purposes of the administrative preceedings.

§ 6.42 Amendments to pleadings.

At any time prior to the closing of the hearing record, the complaint (Administrator's findings) or answer (response) may be amended with the permission of the Administrative Law Judge and upon such terms as he/she may approve. Such amendments shall be allowed when justice and the presentation of the merits are served thereby, provided there is no prejudice to the objecting party's presentation on the merits. When issues not raised

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| ( Office Address) | Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD  21202<br>410-962-2240 | Investigator:<br>**Bruce Dory** | Date:<br>*11/01/2006* |
|---|---|---|---|
| | | Employer Fed Tax ID Number | 65-0456377 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Cummins, Chris | 827 Hampton Road<br>West Palm Beach, FL  33405 | 06/11/2005<br>to    06/25/2005 | | $856.69 |
| Guerino, Richard | 7823 Griswold Street<br>Lake Worth, FL  33462 | 02/26/2005<br>to    05/21/2005 | | $3,358.66 |
| Gutierrez, Gamaliel G | 9293 SW 3rd Street<br>Boca Raton, FL  33428 | 02/05/2005<br>to    05/07/2005 | | $279.31 |
| Guzman, David | 780 W 74th Place<br>Hialeah, FL  33014 | 02/05/2005<br>to    09/03/2005 | | $189.51 |
| Houtenbrink, Glenn | 1540 Windorah Way<br>West Palm Beach, FL  33411 | 02/26/2005<br>to    03/12/2005 | | $983.57 |
| Kelly, Donald M | 25 Johnston Ave.<br>Kingston, NY  12401 | 03/12/2005<br>to    07/30/2005 | | $5,893.95 |
| Lamarre, Claudel | 4478 Raliegh Ave.<br>Alexandria, VA  22304 | 12/04/2004<br>to    09/17/2005 | | $1,419.81 |
| Moran, Kevin | P.O. Box 710<br>Lake Worth, FL  33460 | 02/05/2005<br>to    03/12/2005 | | $360.35 |
| Ribeiro, Osmar | 2649 NE 12th Terr<br>Pompano Beach, FL  33064 | 02/12/2005<br>to    08/13/2005 | | $6,572.34 |
| Shaffer, Phil | 1820 S.W. 21st Street<br>Fort Lauderdale, FL  33315 | 02/12/2005<br>to    04/02/2005 | | $59.48 |
| Szarlip, Mark | 320 Fern Street<br>Jupiter, FL  33458 | 02/26/2005<br>to    08/13/2005 | | $2,886.17 |
| Terlizzi, Anthony | 892 Bayridge Drive<br>Gaithersburg, MD  20878 | 02/19/2005<br>to    06/25/2005 | | $3,262.79 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

........................................

Signed: ....................................................

Employer Name and Address:

*D.L.I., Incorporated*
*D.L.I., Incorporated*
*1823 2nd Ave.*
*Prettyman Courthouse*
*Lake Worth, FL 33461*

TOTAL    $26,122.63

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Summary of Unpaid Wages

# U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| (Office Address) | Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 | Investigator:<br><br>**Bruce Dory** | Date:<br><br>*11/01/2006* |
|---|---|---|---|
| | | Employer Fed Tax ID Number | *56-1617269* |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Carter, Lance | 208 Joyner Street<br>Franklinton, NC  27525 | 03/05/2005<br>to    05/07/2005 | | $3,535.78 |
| Esporas, Brian | 2313 West Wood Dr.<br>Sanford, NC  27330 | 04/02/2005<br>to    04/09/2005 | | $1,558.64 |
| Grimmett, Travis | Rt. 4, Box 160<br>Bluefield, WV  24701 | 03/05/2005<br>to    06/11/2005 | | $4,208.12 |
| King, Greg | 516 Spencer Ave.<br>Asheboro, NC  27203 | 03/05/2005<br>to    06/11/2005 | | $9,780.20 |
| Lockett, Sam | 402 Rand Mill Road<br>Garner, NC  27529 | 04/02/2005<br>to    04/30/2005 | | $1,727.91 |
| Mitchell, Charles | 3569 Farmers Chape RD NE<br>Louisburg, NC  27549 | 04/02/2005<br>to    04/09/2005 | | $3,041.94 |
| Paulson, Jeff | P.O. Box 680<br>Garner, NC  27529 | 03/05/2005<br>to    06/11/2005 | | $667.66 |
| Privette, Robert A | P.O. Box 1674<br>Angier, NC  27501 | 03/05/2005<br>to    03/12/2005 | | $791.02 |
| Ramierez, Lionel | 3218 Balm Ct.<br>Raleigh, NC  27610 | 03/05/2005<br>to    06/11/2005 | | $6,162.04 |
| Swarey, Levi | 49 Swarey Way<br>Franklinton, NC  27525 | 04/02/2005<br>to    04/02/2005 | | $442.51 |
| Wells, Mike | P.O. Box 917<br>Leland, NC  28451 | 03/05/2005<br>to    05/07/2005 | | $1,773.04 |

| | | | |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>..........................................<br><br>Signed: ................................ | Employer Name and Address.<br><br>*Craftsmanship Unlimited*<br>*Architectural Craftsmanship Unlimited*<br>*12 Craftsman Drive*<br>*Prettyman Courthouse*<br>*Youngsville, NC 27596* | TOTAL | $33,688.86 |

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

Summary of Unpaid Wages

# U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| (Office Address) Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 | Investigator:<br>*Bruce Dory* | Date:<br>*11/01/2006* |
| --- | --- | --- |
| | Employer Fed Tax ID Number | *56-1239686* |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
| --- | --- | --- | --- | --- |
| Alfonso, Efrain | 5351 SW 35th Pl<br>Fort Lauderdale, FL 33314 | 12/04/2004<br>to    09/17/2005 | | $512.56 |
| Berrondo, Nestor | 522 N. 19th Ave.<br>Hollywood, FL 33020 | 05/14/2005<br>to    05/14/2005 | | $59.28 |
| Carvalho, Fernando | 302 Gardens Drive #204<br>Pompano Beach, FL 33069 | 12/04/2004<br>to    06/18/2005 | | $4,867.16 |
| Castro-Morais, Joao | 9350 SW 61st Way #B<br>Boca Raton, FL 33428 | 01/22/2005<br>to    09/17/2005 | | $582.60 |
| Costa, Jairo | 733 Rich Drive #204<br>Deerfield Beach, FL 33441 | 01/22/2005<br>to    04/02/2005 | | $76.76 |
| Coutinho, Lindembergue | 1715 Linton Lake Drive, #A<br>Delray Beach, FL 33445 | 01/15/2005<br>to    06/25/2005 | | $6,230.03 |
| Davila, Ruben | 1171 SW 25th Street<br>Fort Lauderdale, FL 33313 | 01/01/2005<br>to    07/16/2005 | | $5,300.00 |
| Diaz, Tulio | 15241 SW 80th St.<br>Miami, FL 33193 | 03/12/2005<br>to    06/25/2005 | | $4,065.95 |
| Diniz, Marcio | 7905 East Drive #11-B<br>Miami Beach, FL 33141 | 02/12/2005<br>to    04/09/2005 | | $3,398.80 |
| Ferreira, Eduardo | 1252 So Military Trail<br>Deerfield Beach, FL 33442 | 01/15/2005<br>to    05/28/2005 | | $1,394.76 |
| Filho, Walter | 6021 NW 42nd Ave.<br>Pompano Beach, FL 33073 | 01/22/2005<br>to    06/25/2005 | | $1,936.30 |
| Fontan, Rubens | 4324 NW 9th Bldg. 6 #2C<br>Pompano Beach, FL 33064 | 12/04/2004<br>to    12/25/2004 | | $450.90 |
| Godoy, Pablo | 40 Orange Street<br>Central Islip, NY 11722 | 03/05/2005<br>to    08/13/2005 | | $6,286.14 |
| Gomez, Jorge | 204 SE 4th Street<br>Hallandale, FL 33009 | 02/05/2005<br>to    07/30/2005 | | $5,874.84 |
| Gomez, Miguel | 11621 NW 42nd Street<br>Fort Lauderdale, FL 33323 | 01/29/2005<br>to    08/13/2005 | | $2,894.80 |
| Gomez, Nestor | 40 Oange Street<br>Central Islip, NY 11722 | 05/14/2005<br>to    08/13/2005 | | $3,715.00 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: | Employer Name and Address<br><br>**Shalom Carpentry**<br>**Shalom Carpentry, Inc.**<br>**2755 NW 19th Street**<br>**Pettyman Courthouse**<br>**Pompano Beach, FL 33069** | Subtotal    $47,645.88<br><br>* Column 4-Code<br>FLSA    1<br>PCA    2<br>SCA    3<br>DBRA    4<br>CWHSSA  5<br>CCPA    6<br>FMLA    7 |
| --- | --- | --- |

Form WH-56

Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| ( Office Address) Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 | Investigator:<br>**Bruce Dory** | Date:<br><br>*11/01/2006* |
|---|---|---|
| | Employer Fed Tax ID Number | *56-1239686* |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Guzman, Josue | 9293 SW 3rd Street<br>Boca Raton, FL 33428 | 02/12/2005<br>to 06/25/2005 | | $2,232.70 |
| Hernandez, Jose A | 1398 NW 79 Street, Apt. 106<br>Miami, FL 33147 | 01/08/2005<br>to 08/27/2005 | | $6,479.88 |
| Hernandez, Juan | 20911 NW 37th Ave.<br>Opa Locka, FL 33056 | 01/08/2005<br>to 08/27/2005 | | $6,924.56 |
| Irisarri, Francisco | 1719 Arthur Street<br>Hollywood, FL 33020 | 12/04/2004<br>to 09/17/2005 | | $7,087.20 |
| Lima, Anibal | 127 Lock Road<br>Deerfield Beach, FL 33442 | 05/14/2005<br>to 07/30/2005 | | $3,286.90 |
| Lopez, Roberto | 40 Virginia Road<br>Hollywood, FL 33023 | 12/04/2004<br>to 09/17/2005 | | $7,619.22 |
| Martinez, Williams A | 13120 SW 92nd Ave.<br>Miami, FL 33176 | 04/02/2005<br>to 07/09/2005 | | $5,888.96 |
| Mejia, Marcelo | 6180 NW 173rd Street<br>Hialeah, FL 33013 | 02/12/2005<br>to 03/26/2005 | | $47.48 |
| Muslera, Jorge | 1629 NW 35th Street<br>Miami, FL 33142 | 12/25/2004<br>to 07/16/2005 | | $5,124.16 |
| Patalano, Virgilio | 1719 Arthur Street<br>Hollywood, FL 33020 | 12/04/2004<br>to 09/17/2005 | | $1,580.40 |
| Pedro, Valdemir | 22732 Pickerel Cir.<br>Boca Raton, FL 33428 | 05/21/2005<br>to 07/16/2005 | | $5,802.84 |
| Pena, Pedro | 4928 Hollywood Blvd<br>Hollywood, FL 33021 | 01/29/2005<br>to 01/29/2005 | | $434.98 |
| Pena, Roberto | 1928 McKinley Street<br>Hollywood, FL 33020 | 02/05/2005<br>to 05/14/2005 | | $4,446.90 |
| Pereira, Emerson | | 06/11/2005<br>to 07/16/2005 | | $3,109.57 |
| Pereira, Williams | 1171 SW 25th Street<br>Fort Lauderdale, FL 33313 | 03/05/2005<br>to 03/26/2005 | | $2,262.96 |
| Rodriguez, Martiniano | 2670 N. Pine Island Rd.<br>Fort Lauderdale, FL 33322 | 05/14/2005<br>to 07/09/2005 | | $4,478.70 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>.............................<br><br>Signed: ................................ | Employer Name and Address:<br><br>*Shalom Carpentry*<br>*Shalom Carpentry, Inc.*<br>*2755 NW 19th Street*<br>*Pettyman Courthouse*<br>*Pompano Beach, FL 33069* | Subtotal   $66,807.41<br><br>* Column 4-Code<br><br>FLSA    1<br>PCA     2<br>SCA     3<br>DBRA    4<br>CWHSSA  5<br>CCPA    6<br>FMLA    7 |

Form WH-56

Summary of Unpaid Wages

# U.S. Department of Labor

Employment Standards Administration

Wage and Hour Division



( Office Address)   Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD  21202
410-962-2240

| Investigator: | Date: |
|---|---|
| *Bruce Dory* | *11/01/2006* |

Employer Fed Tax ID Number   *56-1239686*

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Rodriguez, Roger | 10736 NW 43rd Ct. Fort Lauderdale, FL  33351 | 05/07/2005 to   06/18/2005 | | $2,290.04 |
| Sanblas, Jose L | 1117N 17th Ave. Hollywood, FL  33020 | 05/07/2005 to   08/27/2005 | | $7,133.69 |
| Silva, Mazukleves | 449 SW 1st Ct. Pompano Beach, FL  33060 | 05/14/2005 to   08/20/2005 | | $3,128.30 |
| Silva, Miguel | 766 Rich Dr. Deerfield Beach, FL  33441 | 01/01/2005 to   08/13/2005 | | $7,487.62 |
| Silvera, Walter | 10190 Boca Entrada Blvd. Boca Raton, FL  33428 | 06/11/2005 to   07/23/2005 | | $1,576.12 |
| Travella, Raul | | 02/05/2005 to   02/05/2005 | | $66.76 |
| Viera, Vanei | | 09/03/2005 to   09/17/2005 | | $562.68 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed:  .........................................

Employer Name and Address:

*Shalom Carpentry*
*Shalom Carpentry, Inc.*
*2755 NW 19th Street*
*Pettyman Courthouse*
*Pompano Beach, FL  33069*

TOTAL | $136,698.50

* Column 4-Code

FLSA      1
PCA       2
SCA       3
DBRA      4
CWHSSA  5
CCPA      6
FMLA      7

Form WH-56

**U.S. DEPARTMENT OF LABOR** **EMPLOYMENT STANDARDS ADMINISTRATION**
Wage and Hour Division
6525 Belcrest Road, Room 560
Hyattsville, MD 20782
(301) 436-6767
(301) 436-4222



Transmission from Fax:
(301) 436-4222

Date: 12/7/06 Number of Pages (Including Cover Sheet): 8

From: Bruce I. Dory

To: Michael Corrigan

Subject: Back Wages.    Fax Number: 703-260-3371

Message:

## AUTHORIZATION FOR PAYMENT OF BACKWAGES

I hereby authorize Allegheny/Jefferson Millwork & Design, 44098 Mercure Circle, Suite 115, Sterling, VA 20166 to pay back wages on behalf of Craftsmanship Unlimited, 12 Craftsman Drive, Youngsville, NC 27596 to nine (9) employees of Craftsmanship Unlimited in the amount of $29,088.28. These payments to the affected employees are to satisfy wage underpayments due them under the Davis-Bacon and related Acts and the Contract Work Hours and Safety Standards Act for work performed under Contract Number GS-11P-01-MKC-0022.

Signature: _____

Craftsmanship Unlimited Representative Name: _Peter R. DeCuir_____ (Print/Type)

Craftsmanship Unlimited Representative Title: _President_____ (Print/Type)

Date of Signature: ____10-27-06____

Case ID: 1459485



p. 3

p. 3

## Summary of Unpaid Wages

### U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division    *Revised*



| | | |
|---|---|---|
| ( Office Address) Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 | Investigator:<br>**Bruce Dory** | Date:<br>10/30/2006 |
| | Employer Fed Tax ID Number    56-1617269 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Carter, Lance | 208 Joyner Street<br>Franklinton, NC 27525 | 03/05/2005 to 05/07/2005 | | $3,535.78 |
| Esporas, Brian | 2313 West Wood Dr.<br>Sanford, NC 27330 | 04/02/2005 to 04/09/2005 | | $1,558.64 |
| Grimmett, Travis | Rt. 4, Box 160<br>Bluefield, WV 24701 | 03/05/2005 to 06/11/2005 | | $4,208.12 |
| King, Greg | 516 Spencer Ave.<br>Asheboro, NC 27203 | 03/05/2005 to 06/11/2005 | | $9,780.20 |
| Lockett, Sam | 1010 B. Dorthea Dr.<br>Raleigh, NC 27603 | 04/02/2005 to 04/30/2005 | | $1,727.91 |
| Mitchell, Charles | 3569 Farmers Chapel RD NE<br>Leland, NC 28451 | 04/02/2005 to 04/09/2005 | | $3,041.94 |
| Paulson, Jeff | 1805 Vandora Springs Rd.<br>Garner, NC 27529 | 03/05/2005 to 06/11/2005 | | $667.66 |
| Privette, Robert A | P.O. Box 1674<br>Angier, NC 27501 | 03/05/2005 to 03/12/2005 | | $791.02 |
| Ramierez, Lionel | 3218 Balm Ct.<br>Raleigh, NC 27610 | 03/05/2005 to 06/11/2005 | | $6,162.04 |
| Swarey, Levi | 49 Swarey Way<br>Franklinton, NC 27525 | 04/02/2005 to 04/02/2005 | | $442.51 |
| Wells, Mike | P.O. Box 917<br>Leland, NC 28451 | 03/05/2005 to 05/07/2005 | | $1,773.04 |

| | | | | |
|---|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _Peter R. DeCuir_<br>10-30-06 | Employer Name and Address:<br><br>*Craftsmanship Unlimited*<br>*Architectural Craftsmanship Unlimited*<br>*12 Craftsman Drive*<br>*Prettyman Courthouse*<br>*Youngsville, NC 27596* | | TOTAL | $33,688.86 |

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

## AUTHORIZATION FOR PAYMENT OF BACKWAGES

I hereby authorize Allegheny/Jefferson Millwork & Design, 44098 Mercure Circle, Suite 115, Sterling, VA 20166 to pay back wages on behalf of Shalom Carpentry, Inc., 2755 NW 19th Street, Pompano Beach, FL 33069 to thirty-nine (39) employees of Shalom Carpentry, Inc. in the amount of $136,698.50. These payments to the affected employees are to satisfy wage underpayments due them under the Davis-Bacon and related Acts and the Contract Work Hours and Safety Standards Act for work performed under Contract Number GS-11P-01-MKC-0022.

Signature: _____

Shalom Carpentry, Inc. Representative Name: JOSE COSTA COELHO
(Print/Type)

Shalom Carpentry, Inc. Representative Title: PRESIDENT
(Print/Type)

Date of Signature: 11/28/2006

Case ID: 1418345

p. 5

Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| ( Office Address) | Baltimore MD District Office<br>207 Appraisers Stores Building<br>103 South Gay Street<br>Baltimore, MD 21202<br>410-962-2240 |
|---|---|

| Investigator:<br>**Bruce Dory** | Date:<br>**10/26/2006** |
|---|---|
| Employer Fed Tax ID Number<br>**56-1239686** | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Alfonso, Efrain | 5351 SW 35th Pl<br>Fort Lauderdale, FL  33314 | 12/04/2004<br>to    09/17/2005 | | $512.56 |
| Berrondo, Nestor | 522 N. 19th Ave.<br>Hollywood, FL  33020 | 05/14/2005<br>to    05/14/2005 | | $59.28 |
| Carvalho, Fernando | 302 Gardens Drive #204<br>Pompano Beach, FL  33069 | 12/04/2004<br>to    06/18/2005 | | $4,867.16 |
| Castro-Morais, Joao | 9350 SW 61st Way #B<br>Boca Raton, FL  33428 | 01/22/2005<br>to    09/17/2005 | | $582.60 |
| Costa, Jairo | 733 Rich Drive #204<br>Deerfield Beach, FL  33441 | 01/22/2005<br>to    04/02/2005 | | $76.76 |
| Coutinho, Lindembergue | 1715 Linton Lake Drive, #A<br>Delray Beach, FL  33445 | 01/15/2005<br>to    06/25/2005 | | $6,230.03 |
| Davila, Ruben | 1171 SW 25th Street<br>Fort Lauderdale, FL  33313 | 01/01/2005<br>to    07/16/2005 | | $5,300.00 |
| Diaz, Tulio | 15241 SW 80th St.<br>Miami, FL  33193 | 03/12/2005<br>to    06/25/2005 | | $4,065.95 |
| Diniz, Marcio | 7905 East Drive #11-B<br>Miami Beach, FL  33141 | 02/12/2005<br>to    04/09/2005 | | $3,398.80 |
| Ferreira, Eduardo | 1252 So Military Trail<br>Deerfield Beach, FL  33442 | 01/15/2005<br>to    05/28/2005 | | $1,394.76 |
| Filho, Walter | 6021 NW 42nd Ave.<br>Pompano Beach, FL  33073 | 01/22/2005<br>to    06/25/2005 | | $1,936.30 |
| Fontan, Rubens | 4324 NW 9th Bldg. 6 #2C<br>Pompano Beach, FL  33064 | 12/04/2004<br>to    12/25/2004 | | $450.90 |
| Godoy, Pablo | 40 Orange Street<br>Central Islip, NY  11722 | 03/05/2005<br>to    08/13/2005 | | $6,286.14 |
| Gomez, Jorge | 204 SE 4th Street<br>Hallandale, FL  33009 | 02/05/2005<br>to    07/30/2005 | | $5,874.84 |
| Gomez, Miguel | 11621 NW 42nd Street<br>Fort Lauderdale, FL  33323 | 01/29/2005<br>to    08/13/2005 | | $2,894.80 |
| Gomez, Nestor | 40 Oange Street<br>Central Islip, NY  11722 | 05/14/2005<br>to    08/13/2005 | | $3,715.00 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by | Employer Name and Address: | Subtotal | $47,645.88 |
|---|---|---|---|
| Signed: | Shalom Carpentry<br>Shalom Carpentry, Inc.<br>2755 NW 19th Street<br>Pettyman Courthouse<br>Pompano Beach, FL 33069 | | |

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division



| (Office Address) Baltimore MD District Office | Investigator: | Date: |
|---|---|---|
| 207 Appraisers Stores Building 103 South Gay Street Baltimore, MD 21202 410-962-2240 | *Bruce Dory* | *10/26/2006* |
| | Employer Fed Tax ID Number  56-1239686 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Guzman, Josue | 9293 SW 3rd Street Boca Raton, FL 33428 | 02/12/2005 to 06/25/2005 | | $2,232.70 |
| Hernandez, Jose A | 1398 NW 79 Street, Apt. 106 Miami, FL 33147 | 01/08/2005 to 08/27/2005 | | $6,479.88 |
| Hernandez, Juan | 20911 NW 37th Ave. Opa Locka, FL 33056 | 01/08/2005 to 08/27/2005 | | $6,924.56 |
| Irisarri, Francisco | 1719 Arthur Street Hollywood, FL 33020 | 12/04/2004 to 09/17/2005 | | $7,087.20 |
| Lima, Anibal | 127 Lock Road Deerfield Beach, FL 33442 | 05/14/2005 to 07/30/2005 | | $3,286.90 |
| Lopez, Roberto | 40 Virginia Road Hollywood, FL 33023 | 12/04/2004 to 09/17/2005 | | $7,619.22 |
| Martinez, Williams A | 13120 SW 92nd Ave. Miami, FL 33176 | 04/02/2005 to 07/09/2005 | | $5,888.96 |
| Mejia, Marcelo | 6180 NW 173rd Street Hialeah, FL 33013 | 02/12/2005 to 03/26/2005 | | $47.48 |
| Muslera, Jorge | 1629 NW 35th Street Miami, FL 33142 | 12/25/2004 to 07/16/2005 | | $5,124.16 |
| Patalano, Virgilio | 1719 Arthur Street Hollywood, FL 33020 | 12/04/2004 to 09/17/2005 | | $1,580.40 |
| Pedro, Valdemir | 22732 Pickerel Cir. Boca Raton, FL 33428 | 05/21/2005 to 07/16/2005 | | $5,802.84 |
| Pena, Pedro | 4928 Hollywood Blvd Hollywood, FL 33021 | 01/29/2005 to 01/29/2005 | | $434.98 |
| Pena, Roberto | 1928 McKinley Street Hollywood, FL 33020 | 02/05/2005 to 05/14/2005 | | $4,446.90 |
| Pereira, Emerson | NONE | 06/11/2005 to 07/16/2005 | | $3,109.57 |
| Pereira, Williams | 1171 SW 25th Street Fort Lauderdale, FL 33313 | 03/05/2005 to 03/26/2005 | | $2,262.96 |
| Rodriguez, Martiniano | 2670 N. Pine Island Rd. Fort Lauderdale, FL 33322 | 05/14/2005 to 07/09/2005 | | $4,478.70 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed:

| Employer Name and Address: | Subtotal | $66,807.41 |
|---|---|---|

Employer Name and Address:

*Shalom Carpentry
Shalom Carpentry, Inc.
2755 NW 19th Street
Pettyman Courthouse
Pompano Beach, FL 33069*

* Column 4-Code

| FLSA | 1 |
|---|---|
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Date: 10/26/2006 10:58:25 AM

Case ID: 1418345

Form WH-56

Page 2

P. 7

## Summary of Unpaid Wages

### U.S. Department of Labor
Employment Standards Administration

Wage and Hour Division

| ( Office Address) | Baltimore MD District Office 207 Appraisers Stores Building 103 South Gay Street Baltimore, MD 21202 410-962-2240 | Investigator: **Bruce Dory** | | Date: |
|---|---|---|---|---|
| | | Employer Fed Tax ID Number | 56-1239686 | 10/26/2006 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Rodriguez, Roger | 10736 NW 43rd Ct. Fort Lauderdale, FL 33351 | 05/07/2005 to 06/18/2005 | | $2,290.04 |
| Sanblas, Jose L | 1117N 17th Ave. Hollywood, FL 33020 | 05/07/2005 to 08/27/2005 | | $7,133.69 |
| Silva, Mazukleves | 449 SW 1st Ct. Pompano Beach, FL 33060 | 05/14/2005 to 08/20/2005 | | $3,128.30 |
| Silva, Miguel | 766 Rich Dr. Deerfield Beach, FL 33441 | 01/01/2005 to 08/13/2005 | | $7,487.62 |
| Silvera, Walter | 10190 Boca Entrada Blvd. Boca Raton, FL 33428 | 06/11/2005 to 07/23/2005 | | $1,576.12 |
| Travella, Raul | NONE | 02/05/2005 to 02/05/2005 | | $66.76 |
| Viera, Vanei | 461 NW 35ct AP-1N PomPano Beach FL 33064 | 09/03/2005 to 09/17/2005 | | $562.68 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: [signature]

Date: 10/26/2006 10:58:32 AM

| Employer Name and Address: Shalom Carpentry Shalom Carpentry, Inc. 2755 NW 19th Street Pettyman Courthouse Pompano Beach, FL 33069 | TOTAL | $136,698.50 |
|---|---|---|

* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

Case ID: 1418345

Form WH-56

Page 3

Shalom Carpentry

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| William Alexis | 123 Zambra Avenue #106 | Coral Gables | FL | 33134 |
| Efrain Alfonso | 5351 SW 35 Place | Davie | FL | 33314 |
| Nestor Berrondo | 522 North 19th Avenue | Hollywood | FL | 33020 |
| Fernando Carvalho | 10773 Cleary Boulevard Apt. #202 | Plantation | FL | 33324 |
| Joao Castro Morais | 4851 Godfrey Road | Parkland | FL | 33067 |
| Jairo Costa | 4711 NW 4th Avenue | Pompano Beach | FL | 33064 |
| Lindembergue Coutinho | 1715 Linton Lake Drive | Delray | FL | 33446 |
| Ruben Davila | 601 NW 42nd Avenue #202 | Plantation | FL | 33317 |
| Tulio Dias | 15241 SW 805 Street #308 | Miami | FL | 33193 |
| Marcio Diniz | 3597 SW 69th Ter | Miramar | FL | 33023 |
| Eduardo Ferreira | 1252 South Military Tr. #207 | Deerfield Beach | FL | 33442 |
| Walter Fillho | NONE | NONE | NONE | NONE |
| Rubens Fontain | 3802 NW 73RD Way | Coral Springs | FL | 33065 |
| Pablo Godoy | NONE | NONE | NONE | NONE |
| Jorge Gomez | 347 43rd Street | Pompano Beach | FL | 33064 |
| Miguel Gomez | 11621 NW 42nd Street | Sunrise | FL | 33323 |
| Nestor Gomez | 2515 Oak Street | Hollywood | FL | 33020 |
| Josue Guzman | NONE | NONE | NONE | NONE |
| Jose A. Hernandez | 1398 nw 79th Street #A-106 | Miami | FL | 33147 |
| Juan Hernandez | 20911 NW 37th Avenue | Opa Locka | FL | 33056 |
| Francisco Irisari | 1511 South 20th Avenue | Hollywood | FL | 33020 |
| Anibal Lima | 331 NE 30th Street Apt. #N | Pompano Beach | FL | 33064 |
| Roberto Lopez | 40 Virginia Road | Hollywood | FL | 33023 |
| Marcelo Mejia | 6180 NW 173 Street | Miami | FL | 33015 |
| Jorge Muslera | 6961 NW 2nd Avenue | Ft. Lauderdale | FL | 33309 |
| Virgilio Patalano ( Pinky ) | 1719 Arthur Street | Hollywood | FL | 33020 |
| Pedro Valdemir | NONE | NONE | NONE | NONE |
| Pedro Pena | 4928 Hollywood Boulevard #14 | Hollywood | FL | 33021 |
| Roberto Pena | 404 SE 4th Avenue Apt. #4 | Hallandale Beach | FL | 33009 |
| Emerson Pereira | 115 SE 15th Street #B | Deerfield Beach | FL | 33441 |
| Williams Pereira | 4309 N. Tamiami Trail | Sarasota | FL | 34234 |
| Martiniano Rodriguez | 10155 Boca Bend East Apt. #A3 | Boca Raton | FL | 33428 |
| Roger Rodriguez | 10736 NW 47th Court | Sunrise | FL | 33351 |
| Jose Luis Sanbias | 900 West Avenue #621 | Miami | FL | 33139 |
| Muzukleves Silva | 911 SW 15th Street Apt #505 | Pompano Beach | FL | 33060 |
| Miguel Silva | 766 Rich Drive | Deerfield Beach | FL | 33441 |
| Walter Silveira | 615 Siesta Key Circle Apt. #3337 | Deerfield Beach | FL | 33441 |
| Raul Travella | 204 SE 4th Street | Hallandale Beach | FL | 33009 |
| Vanei Vieira | 461 NW 35 Court Apt. #1 | Pompano Beach | FL | 33064 |