| Main Office | **Gavett and Datt, P.C.** | Virginia Office |
|---|---|---|
| Suite 180 | | 122 South Royal Street |
| 15850 Crabbs Branch Way | | P.O. Box 19140 |
| Rockville, MD 20855 | | Alexandria, VA 22320 |
| 301/948-1177 | ATTORNEYS AT LAW | 703/549-9329 |
| 301/948-4334 Facsimile | | *Please reply to Main Office* |

**Geoffrey S. Gavett**
Licensed in MD, DC, VA
ggavett@gavettdatt.com

April 17, 2007

Bezarah B. Gaither, District Director
U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
103 S. Gay Street
Room 207
Baltimore, MD 21202

Re: DOL Case Nos.  1420603 and 1420503
My Client:  Allegheny Jefferson Millwork, LLC
Project:  Prettyman Courthouse Project

Dear Mr./Ms. Gaither:

This will acknowledge receipt of the due process letter issued by the U.S. Department of Labor ("DOL") on March 20, 2007 to John P. Tarpey of Balfour Beatty Construction, LLC f/k/a Centex Construction Co. ("Balfour Beatty"). My client, Allegheny Jefferson Millwork, LLC ("AJM"), is the immediate subcontractor to Balfour Beatty on the project. I am authorized by both Balfour Beatty and AJM to submit this letter as their formal response to the DOL letter.

The DOL letter makes reference to wages alleged to be owed to employees of the following second and third tier subcontractors to AJM in the amounts indicated below:

| **Employer** | **Wages Claimed** |
|---|---|
| DLI, Inc. | $26,122.63 |
| Craftsmanship Unlimited | $33,688.86 |
| Shalom Carpentry, Inc. | $136,698.50 |
| | |
| Total Claim | $196,509.99 |

**EXHIBIT 15**

Bezarah B. Gaither, District Director
U.S. Department of Labor
Re: Case Nos. 1420603 and 1420503
April 17, 2007
Page 2 of 3

The foregoing sums have been derived from a DOL Summary of Unpaid Wages prepared by Mr. Bruce Dory, Investigator.

Balfour Beatty and AJM respond to the foregoing claims and the DOL letter as follows:

1. <u>Payment to DOL</u>. AJM and Balfour Beatty agree, pursuant to the last paragraph of the DOL letter, to make payment to DOL of the full sum of $196,509.99. AJM and Balfour Beatty propose to make payment to DOL within 30 days of the date of this letter. For reasons noted in Paragraphs 2 and 3, however, DOL will have to determine whether the sums claimed can be released to the affected employees.

2. <u>Release of Funds to Affected DLI Employees</u>. AJM and Balfour Beatty have been informed that DLI, Inc. continues to object to the findings of the DOL. The DOL will therefore have to maintain the sums determined to be owed to DLI employees in escrow pending resolution of DLI's objections. Obviously, if DLI withdraws its objections to the DOL findings, DOL may proceed to pay the DLI employees in accordance with the DOL findings.

3. <u>Release of Funds to Affected Craftsmanship and Shalom Workers</u>. AJM and Balfour Beatty have obtained from Craftsmanship Unlimited and Shalom Carpentry, Inc. the attached authorizations consenting to payment of their employees in the amounts indicated. However, both Craftsmanship and Shalom were third tier subcontractors under contract with DLI. As noted in Paragraph 2 above, it is the understanding of AJM and Balfour Beatty that DLI continues to object to the findings of the DOL. The DOL will have to determine whether DLI must consent to payment of the Craftsmanship and Shalom employees in escrow pending resolution of DLI's objections.

4. <u>No Further Claims Against AJM and Balfour Beatty</u>. By virtue of their payment to DOL pursuant to Paragraph 1 above and consent to payment of the affected workers, it is the understanding of AJM and Balfour Beatty that DOL will assert no further claims against AJM and Balfour Beatty, and that this response fully satisfies all obligations of AJM and Balfour Beatty under the applicable federal wage laws.

5. <u>Reservation of Rights of AJM and Balfour Beatty</u>. Nothing in this letter should be construed as a waiver by AJM or Balfour Beatty of any rights they may have to pursue

Bezarah B. Gaither, District Director
U.S. Department of Labor
Re: Case Nos. 1420603 and 1420503
April 17, 2007
Page 3 of 3

claims directly against DLI, Craftsmanship, or Shalom for damages incurred in addressing the claims asserted through the Department of Labor.

    I trust that the foregoing response is fully satisfactory to the DOL. Please confirm by reply mail that DOL is prepared to accept the payment of contract funds as proposed and administer the claims of the affected employees as outlined above.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
    Geoffrey S. Gavett

GSG/vlr

cc:     Bruce I. Dory, Investigator, U.S. Department of Labor
       Bryan Frady, Balfour Beatty Construction, LLC f/k/a Centex Construction Co.
       Michael Corrigan, Allegheny Jefferson Millwork, LLC
       Shawn Whittaker, Esq. (counsel for DLI, Inc.)
       Peter R. DeCuir, President, Craftsmanship Unlimited
       Jose Costa Coelho, Shalom Carpentry, Inc.

F:\DATA\GD\CORPORATE\428.001\CORRESPONDENCE\AJM & CENTEX RESPONSE TO DOL DUE PROCESS LETTER.DOC