| Main Office | # Gavett and Datt, P.C. | Virginia Office |
|---|---|---|
| Suite 180 | | 122 South Royal Street |
| 15850 Crabbs Branch Way | | P.O. Box 19140 |
| Rockville, MD 20855 | | Alexandria, VA 22320 |
| 301/948-1177 | ATTORNEYS AT LAW | 703/549-9329 |
| 301/948-4334 Facsimile | | *Please reply to Main Office* |

**Geoffrey S. Gavett**
Licensed in MD, DC, VA
ggavett@gavettdatt.com

May 29, 2007

***Via FedEx Overnight Delivery***
Bezarah B. Gaither, District Director
U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
103 S. Gay Street
Room 207
Baltimore, MD 21202

    Re:    DOL Case Nos.    1420603 (DLI, Inc.)
                                          1459485 (Craftsmanship Unlimited)
                                          1418345 (Shalom Carpentry)
        My Client:       Allegheny Jefferson Millwork, LLC
        Project:          Prettyman Courthouse Project

Dear Ms. Gaither:

    Following up on my letter to you of April 17, 2007 in the above-referenced matters, please find enclosed the following three cashier's checks payable to "U.S. Department of Labor Wage & Hour Division" in escrow for the claims as identified:

| **Check No.** | **DOL Case No.** | **Employer** | **Wages Paid** |
|---|---|---|---|
| 424650083-4 | 1420603 | DLI, Inc. | $26,122.63 |
| 424650084-3 | 1459485 | Craftsmanship Unlimited | $33,688.86 |
| 424650085-2 | 1418345 | Shalom Carpentry, Inc. | <u>$136,698.50</u> |
| | | Total Claim | $196,509.99 |

Payment of the foregoing sums is subject to the terms and conditions set forth in my April 17, 2007 letter to you, a copy of which is enclosed for your reference.

**EXHIBIT 16**

Bezarah B. Gaither, District Director
U.S. Department of Labor
Re: Case Nos. 1420603 and 1420503
May 29, 2007
Page 2 of 2

      Should you have any questions regarding the foregoing payments, please do not hesitate to contact me.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
    Geoffrey S. Gavett

GSG/vlr

cc:    Bruce I. Dory, Investigator, U.S. Department of Labor
       Bryan Frady, Balfour Beatty Construction, LLC f/k/a Centex Construction Co.
       Michael Corrigan, Allegheny Jefferson Millwork, LLC
       Shawn Whittaker, Esq. (counsel for DLI, Inc.)
       Peter R. DeCuir, President, Craftsmanship Unlimited
       Jose Costa Coelho, Shalom Carpentry, Inc.

F:\DATA\GD\CORPORATE\428.001\CORRESPONDENCE\AJM & BALFOUR BEATTY TRANSMITTAL OF PAYMENT TO DOL FOR PRETTYMAN COURTHOUSE PROJECT (05-29-07).DOC

**M&T Bank** — OFFICIAL CHECK — 424650085-2
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

23-97/1020

Gavett and Datt, P.C.
REMITTER

PAY TO THE ORDER OF: U.S. Department of Wage and Hour Division Case No - 1418345

DATE: 05/29/2007

$136,698.50

**ONE HUNDRED THIRTY SIX THOUSAND SIX HUNDRED NINETY EIGHT and 50/100***USDollar

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

DRAWER: M & T BANK
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑆34253⑆ ⑈102000979⑈ 6800424650085 2⑆

**OFFICIAL CHECK**

**M&T Bank**
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

424650084-3
23-97/1020

Gavett and Datt, P.C.
REMITTER

DATE 05/29/2007

PAY TO THE ORDER OF U.S. Department of Labor, Wage and Hour Division, Case No - 1459485

$ 33,688.86

**THIRTY THREE THOUSAND SIX HUNDRED EIGHTY EIGHT and 86/100***USDollars

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

DRAWER: M & T BANK
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑈34253 2⑈  ⑆1020009 79⑆  6800424650084 3⑈

**M&T Bank**
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

OFFICIAL CHECK

424650083-4

23-97/1020

REMITTER: Gavett and Datt, P.C.

PAY TO THE ORDER OF: U.S. Department of Labor, Wage and Hour Division, Case No - 1420603

DATE: 05/29/2007

$26,122.63

***TWENTY SIX THOUSAND ONE HUNDRED TWENTY TWO and 63/100***USDollars

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

DRAWER: M & T BANK
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

⑊34253 2⑊ ⑉102000979⑉ 6800424650083 4⑊

**Main Office**
Suite 180
15850 Crabbs Branch Way
Rockville, MD 20855

301/948-1177
301/948-4334 Facsimile

# Gavett and Datt, P.C.
ATTORNEYS AT LAW

**Virginia Office**
122 South Royal Street
P.O. Box 19140
Alexandria, VA 22320

703/549-9329
*Please reply to Main Office*

**Geoffrey S. Gavett**
Licensed in MD, DC, VA
ggavett@gavettdatt.com

April 17, 2007

Bezarah B. Gaither, District Director
U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
103 S. Gay Street
Room 207
Baltimore, MD 21202

    Re:    DOL Case Nos.    1420603 and 1420503
           My Client:          Allegheny Jefferson Millwork, LLC
           Project:             Prettyman Courthouse Project

Dear Mr./Ms. Gaither:

    This will acknowledge receipt of the due process letter issued by the U.S. Department of Labor ("DOL") on March 20, 2007 to John P. Tarpey of Balfour Beatty Construction, LLC f/k/a Centex Construction Co. ("Balfour Beatty"). My client, Allegheny Jefferson Millwork, LLC ("AJM"), is the immediate subcontractor to Balfour Beatty on the project. I am authorized by both Balfour Beatty and AJM to submit this letter as their formal response to the DOL letter.

    The DOL letter makes reference to wages alleged to be owed to employees of the following second and third tier subcontractors to AJM in the amounts indicated below:

| Employer | Wages Claimed |
|---|---|
| DLI, Inc. | $26,122.63 |
| Craftsmanship Unlimited | $33,688.86 |
| Shalom Carpentry, Inc. | <u>$136,698.50</u> |
| Total Claim | $196,509.99 |

Bezarah B. Gaither, District Director
U.S. Department of Labor
Re: Case Nos. 1420603 and 1420503
April 17, 2007
Page 2 of 3

The foregoing sums have been derived from a DOL Summary of Unpaid Wages prepared by Mr. Bruce Dory, Investigator.

Balfour Beatty and AJM respond to the foregoing claims and the DOL letter as follows:

1. <u>Payment to DOL</u>. AJM and Balfour Beatty agree, pursuant to the last paragraph of the DOL letter, to make payment to DOL of the full sum of $196,509.99. AJM and Balfour Beatty propose to make payment to DOL within 30 days of the date of this letter. For reasons noted in Paragraphs 2 and 3, however, DOL will have to determine whether the sums claimed can be released to the affected employees.

2. <u>Release of Funds to Affected DLI Employees</u>. AJM and Balfour Beatty have been informed that DLI, Inc. continues to object to the findings of the DOL. The DOL will therefore have to maintain the sums determined to be owed to DLI employees in escrow pending resolution of DLI's objections. Obviously, if DLI withdraws its objections to the DOL findings, DOL may proceed to pay the DLI employees in accordance with the DOL findings.

3. <u>Release of Funds to Affected Craftsmanship and Shalom Workers</u>. AJM and Balfour Beatty have obtained from Craftsmanship Unlimited and Shalom Carpentry, Inc. the attached authorizations consenting to payment of their employees in the amounts indicated. However, both Craftsmanship and Shalom were third tier subcontractors under contract with DLI. As noted in Paragraph 2 above, it is the understanding of AJM and Balfour Beatty that DLI continues to object to the findings of the DOL. The DOL will have to determine whether DLI must consent to payment of the Craftsmanship and Shalom employees in escrow pending resolution of DLI's objections.

4. <u>No Further Claims Against AJM and Balfour Beatty</u>. By virtue of their payment to DOL pursuant to Paragraph 1 above and consent to payment of the affected workers, it is the understanding of AJM and Balfour Beatty that DOL will assert no further claims against AJM and Balfour Beatty, and that this response fully satisfies all obligations of AJM and Balfour Beatty under the applicable federal wage laws.

5. <u>Reservation of Rights of AJM and Balfour Beatty</u>. Nothing in this letter should be construed as a waiver by AJM or Balfour Beatty of any rights they may have to pursue

Bezarah B. Gaither, District Director
U.S. Department of Labor
Re: Case Nos. 1420603 and 1420503
April 17, 2007
Page 3 of 3

claims directly against DLI, Craftsmanship, or Shalom for damages incurred in addressing the claims asserted through the Department of Labor.

I trust that the foregoing response is fully satisfactory to the DOL. Please confirm by reply mail that DOL is prepared to accept the payment of contract funds as proposed and administer the claims of the affected employees as outlined above.

Very truly yours,

GAVETT AND DATT, P.C.

BY _____
    Geoffrey S. Gavett

GSG/vlr

cc:   Bruce I. Dory, Investigator, U.S. Department of Labor
      Bryan Frady, Balfour Beatty Construction, LLC f/k/a Centex Construction Co.
      Michael Corrigan, Allegheny Jefferson Millwork, LLC
      Shawn Whittaker, Esq. (counsel for DLI, Inc.)
      Peter R. DeCuir, President, Craftsmanship Unlimited
      Jose Costa Coelho, Shalom Carpentry, Inc.

F:\DATA\GD\CORPORATE\428.001\CORRESPONDENCE\AJM & CENTEX RESPONSE TO DOL DUE PROCESS LETTER.DOC