**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of D.L.I. INCORPORATED<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC, et al.<br><br>    Defendant(s). | Case No.06cv-875 (RCL) |

**JOINT MOTION TO ENLARGE TIME**
**FOR BRIEFING SCHEDULE**
**ON MOTIONS FOR SUMMARY JUDGMENT**

The plaintiff, United States of America for the use and benefit of DLI, Incorporated ("DLI"), and the defendants, Allegheny Jefferson Millwork, LLC, et al. ("AJM"), jointly move this Court to enter an order enlarging certain deadlines for briefing of motions for summary judgment in the above-captioned matter. In support of this motion, the parties state:

1.    By Order dated July 10, 2007, this Court set a deadline for the filing of dispositive motions of August 1, 2007.

2.    On July 30, 2007, defendants filed a Motion for Partial Summary Judgment with the Court.

3.    Plaintiff DLI desires to file a cross motion for summary judgment. However, counsel for plaintiff did not receive the

CONSENT MOTION - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

transcript of the deposition of its corporate representative, Dale Lacey, until July 30, 2007. Plaintiff desires an extension to file its own dispositive motion to August 13, 2007 and file its opposition to defendants' motion for partial summary judgment concurrently with the filing of its own motion.

4.    Counsel for defendants is scheduled to be on vacation from August 11 through August 26, 2007. Defendants therefore desire an enlargement of time to file an opposition to any motion filed by plaintiff and to reply to plaintiffs' opposition allowing counsel six business days following return from vacation to work on the pending motions.

5.    In light of the foregoing considerations, the parties seek the court's approval of the following revised briefing schedule:

   a.    8/13/2007 – Deadline for Plaintiff's Motion for Partial Summary Judgment and/or Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

   b.    9/4/2007 – Deadline for Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and/or Reply to Plaintiff's Opposition.

   c.    9/11/2007 – Deadline for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment.

CONSENT MOTION - 2                    THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
                                                1010 Rockville Pike – Suite 607
                                                Rockville, MD 20852
                                                Tel: 301.838.4502 / Fax: 301.838.4505
                                                shawn@whittaker-law.com

6.     The Court has scheduled a status conference in this matter for Thursday, September 27, 2007 at 10:00 a.m. Granting of the foregoing enlargements of time will not have an effect on that date.

7.     This request is not being made for any improper purpose or to uneccessarily delay these proceedings.

Respectfully Submitted,


/s/_____
Shawn C. Whittaker, DC Bar #468533
1010 Rockville Pike, Ste. 607
Rockville, Maryland 20852
(301) 838-4502


/s/_____
Geoffrey S. Gavett, DC Bar #375884
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

CONSENT MOTION - 3                          THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
                                                        1010 Rockville Pike – Suite 607
                                                        Rockville, MD 20852
                                                Tel: 301.838.4502 / Fax: 301.838.4505
                                                    shawn@whittaker-law.com