**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>         Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>     et al.<br><br>         Defendant(s). | Case No.06cv-875 (RCL) |

**ORDER**

UPON CONSDIERATION of the parties' Consent Motion; it is this _____ day of _____, 2007;

ORDERED that the Consent Motion is GRANTED; and it is further

ORDERED that the following deadlines be extended to:

  a.   8/13/2007 – Deadline for Plaintiff's Motion for Partial Summary Judgment and/or Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

  b.   9/4/2007 – Deadline for Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and/or Reply to Plaintiff's Opposition.

  c.   9/11/2007 – Deadline for Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment.

ORDER - 1                                          THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
                                                                  1010 Rockville Pike – Suite 607
                                                                  Rockville, MD 20852
                                                                  Tel: 301.838.4502 / Fax: 301.838.4505
                                                                  shawn@whittaker-law.com

```
                                          _____
                                          Judge Royce C. Lamberth
                                          United States District Court for the
                                          District of Columbia
```