UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of D.L.I. Inc., <br><br>Plaintiff, <br><br>v. <br><br>ALLEGHENY JEFFERSON MILLWORK, LLC, *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-875 (RCL) |

## ORDER

Upon consideration of the parties' consent motion [26] to extend deadlines, it is hereby

ORDERED that the consent motion [26] is GRANTED; it is further

ORDERED that the following deadlines shall apply in this case: (1) August 13, 2007–Deadline for plaintiff's motion for partial summary judgment and/or plaintiff's opposition to defendants' motion for partial summary judgment; (2) September 4, 2007–Deadline for defendants' opposition to plaintiff's motion for partial summary judgment and/or reply to plaintiff's opposition; (3) September 11, 2007–Deadline for plaintiff's reply to defendants' opposition to plaintiff's motion for partial summary judgment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 6, 2007.