**Shawn Whittaker**

**From:** Dale Lacy [dlacy@dliincorporated.com]
**Sent:** Monday, July 09, 2007 12:50 PM
**To:** shawn@whittaker-law.com
**Subject:** Fw: Prettyman Scope

-----Original Message-----
**From:** Michael Corrigan
**To:** 'Dale Lacy'
**Sent:** Wednesday, December 22, 2004 7:39 PM
**Subject:** RE: Prettyman Scope

$1,175,000 Prettyman turnkey, stocked, ot as necessary and reasonable, scribed to floor, per z-clip - any savings for reveal / panel install changes is DLI's to keep, floors 2, 3 and 4 are a change order, new changes coming for more bookcases, may be a reduction in wood base and cabinet take-off AND must pay NMAI - $315,000 - off by January 9th OR price goes to $ 1,250,000.

Michael Corrigan

Michael Corrigan
Vice President

Jefferson Millwork & Design, Inc.
44098 Mercure Circle
Suite 115
Sterling, VA 20166

Phone: 703/260-3370
FAX:   703/260-3371
www.jeffersonmillwork.com

-----Original Message-----
**From:** Dale Lacy [mailto:dlacy@dliincorporated.com]
**Sent:** Wednesday, December 22, 2004 6:58 PM
**To:** Michael Corrigan
**Subject:** Prettyman Scope

Here ya' go. Check it out.

L-STATE LEGAL®
PLAINTIFF'S EXHIBIT