PLAINTIFF'S EXHIBIT 2

ALL-STATE LEGAL®

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
for the use and benefit of
D.L.I. INCORPORATED

　　　　Plaintiff,

vs.                                           Case No. 06cv-875 (RCL)

ALLEGHENY JEFFERSON MILLWORK, LLC,
et al.

　　　　Defendant(s).

## AFFIDAVIT

I, Dale Lacey, do depose and state as follows:

1. That I am President of D.L.I. Incorporated, the Plaintiff in this matter, and that I have personal knowledge of the facts and matters contained herein and that the facts and matters set forth herein are true and correct.

2. That I am competent to testify to the matters set forth herein.

3. That DLI has consistently attempted to resolve the Department of Labor wage claim with the DOL.

4. That the wage claim with the DOL has been resolved in full and the final determination of the unpaid wage claim is $164,834.83. DLI has authorized the DOL to release the final determination of $164,834.83.

AFFIDAVIT - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505

5. That throughout the course of the Project, AJM agreed to pay the any unpaid wage claim as compensation to DLI for DLI's performance on the Project.

6. AJM represented to DLI that DLI and DLI's subcontractors was paying the correct amount to its laborers. In fact, due to the issues regarding the DOL wage claim, DLI instructed its subcontractors to raises their hourly rates. For the pay period March 6-12, 2005, DLI's subcontractors did raise their hourly rates. However, AJM instructed DLI to instruct its subcontractors to lower the hourly rates as DLI and its subcontractors were paying their laborers correctly.

7. DLI relied on AJM's representations regarding payment of any DOL wage claim and continued to complete the Project and continued to pay its laborers as instructed by AJM.

8. Throughout the course of the U.S. Courthouse Project, AJM and DLI consistently discussed various payment arrangements for payments due on the lump sum contract, the time and material contract, change orders, and the DOL claim. DLI always attempted to accommodate AJM as DLI had a long relationship with AJM and understood that AJM had liquidity issues.

9. At the completion of the Project, on January 27, 2006, AJM presented a payment schedule to DLI via electronic mail.

AFFIDAVIT - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505

10. A couple of days after the January 27, 2006 electronic mail from AJM to DLI, the parties met to discuss the January 27, 2006 electronic mail and the payment arrangements.

11. AJM agreed to pay DLI $300,000.00 and to pay the DOL claim.

12. DLI accepted the payment arrangement as set forth by AJM.

13. At no time did AJM retract the payment arrangement.

14. AJM never made the payments to DLI as agreed.

15. After the parties meeting referenced above, I went with Michael Corrigan to a bar to have drinks.

16. The discussions regarding payment arrangements were prior to any dispute or controversy arose between DLI and AJM.

I HEREBY AFFIRM PURSUANT TO THE PENALITES OF PERJURY THAT THE FOREGOING IS TRUE, ACCURATE AND CORRECT.

D.L.I., Incorporated
By: Dale
Title: Pres
Date: 08/13/07

AFFIDAVIT - 3

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505

## AFFIDAVIT

I, _____, notary public for the aforesaid, do certify that Dale Lacy this day made oath before me in my presence aforesaid that the information contained in the foregoing Affidavit is true and accurate and made upon personal knowledge.

Given under my hand this the 13 day of August, 2007.

_____, Notary Public

Dan Williams
My Commission DD225925
Expires September 20, 2007

My commission expires: _____

AFFIDAVIT - 4

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505