P - 2

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

Investigator: *Bruce Dory* ~Revised~

Date: 10/30/2006

Employer Fed Tax ID Number: **56-1617269**

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Carter, Lance | 208 Joymar Street Franklinton, NC 27525 | 03/05/2005 to 05/07/2005 | | $3,535.78 |
| Esporas, Brian | 2313 West Wood Dr. Sanford, NC 27330 | 04/02/2005 to 04/09/2005 | | $1,558.64 |
| Grimmett, Travis | Rt. 4, Box 160 Bluefield, WV 24701 | 03/05/2005 to 06/11/2005 | | $4,208.12 |
| King, Greg | 516 Spencer Ave. Asheboro, NC 27203 | 03/05/2005 to 06/11/2005 | | $9,780.20 |
| Lockett, Sam | 402 Rand Mill Road Garner, NC 27529 | 04/02/2005 to 04/30/2005 | | $1,727.91 |
| Mitchell, Charles | 3569 Farmers Chape RD NE Louisburg, NC 27549 | 04/02/2005 to 04/09/2005 | | $3,041.94 |
| Paulson, Jeff | P.O. Box 680 Garner, NC 27529 | 03/05/2005 to 06/11/2005 | | $667.66 |
| Privette, Robert A | P.O. Box 1674 Angier, NC 27501 | 03/05/2005 to 03/12/2005 | | $791.02 |
| Ramierez, Lionel | 3218 Balm Ct. Raleigh, NC 27610 | 03/05/2005 to 06/11/2005 | | $6,162.04 |
| Swarey, Levi | 49 Swarey Way Franklinton, NC 27525 | 04/02/2005 to 04/02/2005 | | $442.51 |
| Wells, Mike | P.O. Box 917 Leland, NC 28451 | 03/05/2005 to 05/07/2005 | | $1,773.04 |
| | | | TOTAL | $33,688.86 |

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Employer Name and Address:
Craftsmanship Unlimited
Architectural Craftsmanship Unlimited
12 Craftsman Drive
Prettyman Courthouse
Youngsville, NC 27596

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Date: 10/30/2006 3:58:52 PM

(Office Address)    Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD 21202
410-962-2240

Case ID: 14594B5

Form WH-56

Page 1



ALL-STATE LEGAL®

PLAINTIFF'S EXHIBIT
3

P • 3

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

Investigator: *Bruce Dory*

Employer Fed Tax ID Number: 56-1239686

Date: 07/12/2007

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Alfonso, Efrain | 5351 SW 35th Pl, Fort Lauderdale, FL 33314 | 12/04/2004 to 09/17/2005 | | $512.56 |
| Berrondo, Nestor | 522 N. 19th Ave, Hollywood, FL 33020 | 05/14/2005 to 05/14/2005 | | $59.28 |
| Carvalho, Fernando | 302 Gardens Drive #204, Pompano Beach, FL 33069 | 12/04/2004 to 06/18/2005 | | $2,695.64 |
| Coutinho, Lindembergue | 1715 Linton Lake Drive, #A, Delray Beach, FL 33445 | 01/15/2005 to 06/25/2005 | | $6,230.03 |
| Davila, Ruben | 1171 SW 25th Street, Fort Lauderdale, FL 33313 | 01/01/2005 to 07/16/2005 | | $1,091.69 |
| Diaz, Tulio | 15241 SW 80th St, Miami, FL 33193 | 03/12/2005 to 06/25/2005 | | $4,065.95 |
| Diniz, Marcio | 7905 East Drive #11-B, Miami Beach, FL 33141 | 02/12/2005 to 04/09/2005 | | $3,398.80 |
| Filho, Walter | 6021 NW 42nd Ave, Pompano Beach, FL 33073 | 01/22/2005 to 06/25/2005 | | $1,936.30 |
| Fontan, Rubens | 4324 NW 9th Bldg. 6 #2C, Pompano Beach, FL 33064 | 12/04/2004 to 12/25/2004 | | $450.90 |
| Godoy, Pablo | 40 Orange Street, Central Islip, NY 11722 | 03/05/2005 to 08/13/2005 | | $7,340.14 |
| Gomez, Jorge | 204 SE 4th Street, Hallandale, FL 33009 | 02/05/2005 to 07/30/2005 | | $1,172.91 |
| Gomez, Miguel | 11621 NW 42nd Street, Fort Lauderdale, FL 33323 | 01/29/2005 to 08/13/2005 | | $610.24 |
| Gomez, Nestor | 40 Oange Street, Central Islip, NY 11722 | 05/14/2005 to 08/13/2005 | | $5,075.00 |
| Guzman, Josue | 9293 SW 3rd Street, Boca Raton, FL 33428 | 02/12/2005 to 06/25/2005 | | $2,232.70 |
| Hernandez, Jose A | 1398 NW 79 Street, Apt. 106, Miami, FL 33147 | 01/08/2005 to 08/27/2005 | | $1,278.63 |
| Hernandez, Juan | 20911 NW 37th Ave, Opa Locka, FL 33056 | 01/08/2005 to 08/27/2005 | | $1,385.87 |
| | | Subtotal | | $39,536.64 |

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
PHLA 7

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: ------

Date: 07/12/2007 2:43:22 PM

Employer Name and Address:
Shalom Carpentry
Shalom Carpentry, Inc.
2755 NW 19th Street
Pettyman Courthouse
Pompano Beach, FL 33069

( Office Address ): Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD 21202
410-962-2240

Case ID: 1418345

Form WH-56

Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

Investigator: *Bruce Dory*

Employer Fed Tax ID Number: 56-1239686

Date: 07/12/2007

( Office Address )
Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD 21202
410-962-2240

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Irisarri, Francisco | 1719 Arthur Street Hollywood, FL 33020 | 12/04/2004 to 09/17/2005 | | $7,087.20 |
| Lima, Anibal | 127 Lock Road Deerfield Beach, FL 33442 | 05/14/2005 to 07/30/2005 | | $3,286.90 |
| Lopez, Roberto | 40 Virginia Road Hollywood, FL 33023 | 12/04/2004 to 09/17/2005 | | $7,619.22 |
| Martinez, Williams A | 123 Zamora Ave, #106 Miami, FL 33134 | 04/02/2004 to 07/09/2005 | | $5,888.96 |
| Mejia, Marcelo | 6180 NW 173rd Street Hialeah, FL 33013 | 02/12/2005 to 03/26/2005 | | $47.48 |
| Muslera, Jorge | 1629 NW 35th Street Miami, FL 33142 | 12/25/2004 to 07/16/2005 | | $6,136.16 |
| Patalano, Virgilio | 1719 Arthur Street Hollywood, FL 33020 | 12/04/2004 to 09/17/2005 | | $1,580.40 |
| Pedro, Valdemir | 22732 Pickerel Cir. Boca Raton, FL 33428 | 05/21/2005 to 07/16/2005 | | $5,802.84 |
| Pena, Pedro | 4928 Hollywood Blvd Hollywood, FL 33021 | 01/29/2005 to 01/29/2005 | | $434.98 |
| Pena, Roberto | 1928 McKinley Street Hollywood, FL 33020 | 02/05/2005 to 05/14/2005 | | $4,446.90 |
| Pereira, Emerson | | 06/11/2005 to 07/16/2005 | | $3,109.57 |
| Pereira, Williams | 1171 SW 26th Street Fort Lauderdale, FL 33313 | 03/05/2005 to 03/26/2005 | | $2,262.96 |
| Rodriguez, Martiniano | 2670 N. Pine Island Rd. Fort Lauderdale, FL 33322 | 05/14/2005 to 07/09/2005 | | $4,478.70 |
| Rodriguez, Roger | 10736 NW 43rd Ct. Fort Lauderdale, FL 33351 | 05/07/2005 to 06/18/2005 | | $2,290.04 |
| Sanblas, Jose L | 1117 N 17th Ave. Hollywood, FL 33020 | 05/07/2005 to 08/27/2005 | | $7,133.69 |
| Silva, Mazukleves | 449 SW 1st Ct. Pompano Beach, FL 33060 | 05/14/2005 to 08/20/2005 | | $1,738.70 |
| | | | Subtotal | $63,344.70 |

* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Employer Name and Address:
*Shalom Carpentry*
*Shalom Carpentry, Inc.*
*2755 NW 19th Street*
*Pettyman Courthouse*
*Pompano Beach, FL 33069*

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Date: 07/12/2007 2:43:22 PM

Case ID: 1418345

P . 4

07/12/2007

# U.S. Department of Labor

Employment Standards Administration
Wage and Hour Division

## Summary of Unpaid Wages

Investigator: *Bruce Dory*

Employer Fed Tax ID Number: **56-1239686**

Date: 07/12/2007

( Office Address)

Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD 21202
410-962-2240

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *Silva, Miguel* | *766 Rich Dr. Deerfield Beach, FL 33441* | 01/01/2005 to 08/13/2005 | | $3,026.94 |
| *Silvera, Walter* | *10190 Boca Entrada Blvd. Boca Raton, FL 33428* | 06/11/2005 to 07/23/2005 | | $315.28 |
| *Travella, Raul* | | 02/05/2005 to 02/05/2005 | | $66.76 |
| *Viera, Vanei* | | 09/03/2005 to 09/17/2005 | | $124.92 |
| | | | TOTAL | $106,415.24 |

\* Column 4-Code

| | |
|---|---|
| FLSA | 1 |
| PCA | 2 |
| SCA | 3 |
| DBRA | 4 |
| CWHSSA | 5 |
| CCPA | 6 |
| FMLA | 7 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Employer Name and Address:

*Shalom Carpentry*
*Shalom Carpentry, Inc.*
*2755 NW 19th Street*
*Pettyman Courthouse*
*Pompano Beach, FL 33069*

Signed: _____

Date: 07/12/2007 2:43:22 PM

Case ID: 1418345

Form WH-56

Page 3

P.5

## AUTHORIZATION FOR PAYMENT OF BACKWAGES

I hereby authorize Allegheny/Jefferson Millwork & Design, 44098 Mercure Circle, Suite 115, Sterling, VA 20166 to pay back wages on behalf of D.L.I., Incorporated, 1823 2nd Ave., Lake Worth, FL 33461 to twelve (12) employees of D.L.I., Incorporated in the amount of $24,730.73. These payments to the affected employees are to satisfy wage underpayments due them under the Davis Bacon and related Acts and the Contract Work Hours Safety Standards Act for work performed under Contract Number GS-11P-01-MKC-0022.

Signature: _____

D.L.I., Incorporated Representative Name: _____
                                          DALE LACY
                                          (Print/Type)

D.L.I., Incorporated Representative Title: _____
                                           PRESIDENT
                                           (Print/Type)

Date of Signature: _____
                    07/23/2007

Case ID: 1420603