02/19/2007 17:00   5615861140   DLI INCORPORATED   PAGE 04/04

| Date | # | Amount | Description | | Qty |
|---|---|---|---|---|---|
| 12/22/04 | 4069 | 23,485.00 | Prettyman Bookcases | 23,485.00 | 427 |
| 1/27/05 | 4125 | 18,480.00 | Prettyman Bookcases | 18,480.00 | 336 |
| 2/18/05 | 4189 | 47,245.00 | Prettyman Bookcases | 47,245.00 | 859 |
| 3/17/05 | 4219 | 71,292.50 | Prettyman Bookcases | 66,852.50 | 1215.5 |
| 4/14/05 | 4272 | 228,775.00 | Prettyman Bookcases | 226,172.50 | 3884 |
| 5/12/05 | 4298 | 207,400.00 | Prettyman Bookcases | 207,385.58 | 3542 |
| 6/29/05 | 4353 | 50,280.00 | Prettyman Bookcases | 49,597.50 | 862 hrs |
| | 4542 | 3,965.00 | | | |
| | | 650,922.50 | | 639,218.08 | |
| 7/12/05 | 4358 | 166,493.75 | Prettyman Extra WOs | -11,704.42 | |
| 8/15/05 | 4387 | 43,095.00 | Prettyman Extra WOs | | 2658.75 |
| 8/22/05 | 4397 | 64,285.00 | Prettyman Extra WOs | | 663 |
| 6/29/05 | 4354 | 35,450.00 | Prettyman Grommets | | 989 |
| | | 310,323.75 | | 85,546.00 | 622 hrs |
| 1/27/05 | 4124 | 5,032.50 | Prettyman Contract | 35,546.00 | |
| 1/28/05 | 4140 | 120,000.00 | Prettyman Contract | 5,032.50 | Dec 04 |
| 2/18/05 | 4188 | 239,967.50 | Prettyman Contract | 120,000.00 | Jan 05 |
| 3/21/05 | 4240 | 289,753.50 | Prettyman Contract | 239,967.50 | Feb 05 |
| 4/18/05 | 4274 | 170,403.73 | Prettyman Contract | 289,753.50 | March 05 |
| 5/19/05 | 4310 | 359,078.78 | Prettyman Contract | 170,403.73 | April 04 |
| 6/29/05 | 4356 | 85,763.99 | Prettyman Contract | 338,092.57 | May 05 |
| | | 1,250,000.00 | | | June 05 |
| | | | | 1,163,249.89 | |

TOTAL Prettyman >>>   2,211,246.25   1,538,013.88

Cost >>>   1,993,190.00

274,777.75

86,750.20

373,232.37

[handwritten notes: "117k", "140k", "30k ok", "75 oo5", "m NOT", "#2-3k payment", "2→3, 8.34"]

ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT 5