**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br>      Defendant(s). | Case No.06cv-875 (RCL) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Opposition to Defendants' Motion for Partial Summary and Plaintiff's Counter-Motion for Partial Summary Judgment, and any opposition filed thereto; it is this day

ORDERED that Defendant's Motion for Partial Summary Judgment is DENIED; and it is further

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $86,750.70, plus interest, as to the lump sum portion of the subcontract; and it is further

ORDERED that summary judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, in

ORDER - 1

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

the amount of $164,834.83, plus interest, as to the Department of Labor unpaid wage claim issue.

_____
Judge Royce C. Lamberth,
United States District Court for the District of Columbia