**Shawn Whittaker**

From: Dale Lacy [dlacy@dliincorporated.com]
Sent: Wednesday, May 31, 2006 5:25 PM
To: Shawn Whittaker
Subject: Fw: Prettyman

Attachments: Copy of DLI_Extra Work_Tickets - 1-17-06.xls



Copy of DLI_Extra
Work_Tickets...

----- Original Message -----
From: "Michael Corrigan" <MCorrigan@jeffersonmillwork.com>
To: <dlacy@dliincorporated.com>
Sent: Friday, January 27, 2006 7:04 PM
Subject: Prettyman

OK Big Guy:

Here's my conditional concept that should be approvable by my joint venture partner:

Order of events:

1. We agree on final contract amount to include DOL contribution (a portion of this amount is conditioned on change order acceptance for GSA authorized changes - see spreadsheet)
2. Retract Miller Act Notice
3. Same day: DLI is funded balance of contract before change orders - $11,750.20
4. Same day: DLI is funded balance of T & M - $ 5,665.00
5. DOL spreadsheet finalized and settled (45 day period commences)
6. Within 30 days: DLI is funded for other trades on site backcharges (Joint Venture to front $ - see spreadsheet) - approx $ 20,000
7. Within 30 days: DLI is funded for Allegheny hours owed (Joint Venture to front $): approx. $20,000
8. Within 30 days: DLI is funded for Jefferson hours owed (Joint Venture to front $): approx. $20,000
9. Within 45 days: DLI is funded 1/2 of AJM, LLC contribution to DOL matter

This should get liquidity going for all parties and move us along in a fair manner. As GSA change orders are approved and paid, funding is released for remaining changes.

If all the above order of events is OK - we can talk final change order numbers and DOL contribution.

BUT I need you to first agree that the timing is OK. It's all about liquidity and what I can and cannot do in advance....

Have a good weekend!



1

> P.S. - NEED your ticket for terrazzo delays - Have D.J. dictate the ticket
> to Danny. D.J. knows the details...
>
>
> Michael Corrigan
> Vice President
>
> Jefferson Millwork & Design, Inc.
> 44098 Mercure Circle
> Suite 115
> Sterling, VA  20166
>
> Phone:   703/260-3370
> FAX:     703/260-3371
> www.jeffersonmillwork.com
> <<Copy of DLI_Extra Work_Tickets - 1-17-06.xls>>

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.394 / Virus Database: 268.8.0/353 - Release Date: 5/31/2006

2