02/19/2007 17:00   5615861140   DLI INCORPORATED   PAGE 04/04

| Date | Number | Amount | | Description | Qty |
|---|---|---|---|---|---|
| 12/22/04 | 4069 | 23,485.00 | 23,485.00 | Prettyman Bookcases | 427 |
| 1/27/05 | 4125 | 18,480.00 | 18,480.00 | Prettyman Bookcases | 336 |
| 2/18/05 | 4189 | 47,245.00 | 47,245.00 | Prettyman Bookcases | 859 |
| 3/17/05 | 4219 | 71,292.50 | 66,852.50 | Prettyman Bookcases | 1215.5 |
| 4/14/05 | 4272 | 228,775.00 | 226,172.50 | Prettyman Bookcases | 3884 |
| 5/12/05 | 4298 | 207,400.00 | 207,385.58 | Prettyman Bookcases | 3542 |
| 6/29/05 | 4353 | 50,280.00 | 49,597.50 | Prettyman Bookcases | 862 hrs |
|  | 4542 | 3,965.00 |  | Prettyman Bookcases |  |
|  |  | 650,922.50 | 639,218.08 |  |  |
|  |  |  | -11,704.42 |  |  |
| 7/12/05 | 4358 | 166,493.75 |  | Prettyman Extra WOs | 2658.75 |
| 8/15/05 | 4387 | 43,095.00 |  | Prettyman Extra WOs | 663 |
| 8/22/05 | 4397 | 64,285.00 |  | Prettyman Extra WOs | 989 |
| 6/29/05 | 4354 | 36,450.00 | 85,546.00 | Prettyman Grommets | 622 hrs |
|  |  | 310,323.75 | 35,546.00 |  | 274,777.75 |
| 1/27/05 | 4124 | 5,032.50 | 5,032.50 | Prettyman Contract | Dec 04 |
| 1/28/05 | 4140 | 120,000.00 | 120,000.00 | Prettyman Contract | Jan 05 |
| 2/18/05 | 4188 | 239,967.50 | 239,967.50 | Prettyman Contract | Feb 05 |
| 3/21/05 | 4240 | 289,753.50 | 289,753.50 | Prettyman Contract | March 05 |
| 4/18/05 | 4274 | 170,402.73 | 170,403.73 | Prettyman Contract | April 04 |
| 5/19/05 | 4310 | 359,078.78 | 338,092.57 | Prettyman Contract | May 05 |
| 6/29/05 | 4356 | 85,763.99 |  | Prettyman Contract | June 05 |
|  |  | 1,250,000.00 | 1,163,249.80 |  | 86,750.20 |
| TOTAL Prettyman >>> |  | 2,211,246.25 | 1,838,013.88 |  | 373,232.37 |
| Cost >>> |  | 1,993,190.00 |  |  |  |

ALL-STATE LEGAL® PLAINTIFF'S EXHIBIT 5