**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>         Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>      et al.<br><br>         Defendant(s). | Case No.06cv-875 (RCL) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Opposition to Defendants' Motion for Partial Summary and Plaintiff's Counter-Motion for Partial Summary Judgment, and any opposition filed thereto; it is this day

ORDERED that Defendant's Motion for Partial Summary Judgment is DENIED; and it is further

ORDERED that Plaintiff's Motion for Partial Summary Judgment is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $86,750.70, plus interest, as to the lump sum portion of the subcontract; and it is further

ORDERED that summary judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, in

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

the amount of $164,834.83, plus interest, as to the Department of Labor unpaid wage claim issue.

_____
Judge Royce C. Lamberth,
United States District Court for the District of Columbia

ORDER - 2

THE LAW OFFICE OF SHAWN C. WHITTAKER, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com