UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
for the use and benefit of
D.L.I. INCORPORATED :

       Plaintiff :

v. :   Case No.: 1:06CV00875
       Judge: Royce C. Lamberth

ALLEGHENY JEFFERSON :
MILLWORK, LLC., et al.
 :
       Defendants

### AFFIDAVIT OF MICHAEL CORRIGAN

Michael Corrigan, having been duly sworn, deposes and states as follows:

1. I am over eighteen years of age and have personal knowledge of the information set forth in this Affidavit.

2. I am a Manager of Allegheny Jefferson Millwork, LLC ("AJM"). In that capacity, I served as the principal point of contact with DLI, Inc. with respect to its work on the Prettyman Courthouse construction project in Washington, D.C. in the years 2004 to 2006.

3. I have been provided with a copy of the affidavit of Dale Lacey, president of DLI, Inc. In particular, I have reviewed the following allegation set forth in Paragraph 6 of Mr. Lacey's Affidavit:

> 6. AJM represented to DLI that DLI and DLI's subcontractors was [sic] paying the correct amount to its laborers. In fact, due to the issues regarding the DOL wage claim, DLI instructed its subcontractors to raise their hourly rates. For the pay period, March 6-12, 2005, DLI's subcontractors did raise their pay rates. However, AJM instructed DLI to instruct its subcontractors to lower the

hourly rates as DLI and its subcontractors were paying their laborers correctly.

4. As the principal point of contact for AJM in communications with DLI, I would be the only person authorized to discuss wage rates with DLI in connection with the Prettyman Courthouse project.

5. As the principal point of contact for AJM, I can confirm that AJM never instructed DLI or its subcontractors to lower their hourly wage rates for their laborers in connection with performance of work on the project.

6. AJM and DLI had agreed upon an hourly rate of $55 per hour, $65 per hour for overtime, for work on the project. As this hourly rate provided DLI with plenty of margin to comply with the Davis Bacon wage rate, it was of no concern to AJM as to whether DLI or its subcontractors paid their workers more than the Davis Bacon rate.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT ARE TRUE.

_____  8/30/07
Michael Corrigan, Manager
Allegheny Jefferson Millwork, LLC

SUBSCRIBED AND SWORN to before me this 30th day of August, 2007.

_____
Notary Public

My commission expires: July 31, 2009

TAMMY L. WILSON
NOTARY PUBLIC
REG. #238850
MY COMMISSION EXPIRES
07/31/2009
COMMONWEALTH OF VIRGINIA