### Dale Lacy

**From:** "Dale Lacy" <dlacy@dliincorporated.com>
**To:** "Michael Corrigan" <MCorrigan@jeffersonmillwork.com>
**Sent:** Saturday, January 28, 2006 10:56 AM
**Subject:** Re: Prettyman

Mike,

I love you man! Always the wheeler/dealer. But, you think I just "fell off the Turnip Truck" or "born at night but not last night" or "I'm a dumbass podunk from Aaaaallllaaaabaaaaammmmaaaaaa". What is the bottom line M.F.'n number, Compadre? That's all that matters. Stop beat'n 'round the Bush and tell me what the settlement is going to be and when. We show a balance of $373,232.37, which includes the 75k extra you promised on the contract. Like I told you before, if we collect everything, we will make 32k. Great margins for a 2.2 million dollar job. Allegheny/JMD need to pony up the DOL dollars. You told us we were in compliance, so we proceded to do the work. Don't forget, my original price was $1,525,000.00, and you beat me up.

Dale

----- Original Message -----
From: "Michael Corrigan" <MCorrigan@jeffersonmillwork.com>
To: <dlacy@dliincorporated.com>
Sent: Friday, January 27, 2006 6:04 PM
Subject: Prettyman


> OK Big Guy:
>
> Here's my conditional concept that should be approvable by my joint
> venture
> partner:
>
> Order of events:
>
> 1. We agree on final contract amount to include DOL contribution (a
> portion of this amount is conditioned on change order acceptance for GSA
> authorized changes - see spreadsheet)
> 2. Retract Miller Act Notice
> 3. Same day: DLI is funded balance of contract before change orders -
> $11,750.20
> 4. Same day: DLI is funded balance of T & M  - $ 5,665.00
> 5. DOL spreadsheet finalized and settled (45 day period commences)
> 6. Within 30 days: DLI is funded for other trades on site backcharges
> (Joint Venture to front $ - see spreadsheet) - approx $ 20,000
> 7. Within 30 days: DLI is funded for Allegheny hours owed (Joint
> Venture to front $): approx. $20,000
> 8. Within 30 days: DLI is funded for Jefferson hours owed (Joint
> Venture to front $): approx. $20,000

2/19/2007

> 9. Within 45 days: DLI is funded 1/2 of AJM, LLC contribution to DOL
> matter
>
>
> This should get liquidity going for all parties and move us along in a
> fair
> manner. As GSA change orders are approved and paid, funding is released
> for
> remaining changes.
>
> If all the above order of events is OK - we can talk final change order
> numbers and DOL contribution.
>
> BUT I need you to first agree that the timing is OK. It's all about
> liquidity and what I can and cannot do in advance....
>
> Have a good weekend!
>
>
>
> P.S. - NEED your ticket for terrazzo delays - Have D.J. dictate the ticket
> to Danny. D.J. knows the details...   *200 hrs.*
>
>
>
>
>
>
> Michael Corrigan
> Vice President
>
> Jefferson Millwork & Design, Inc.
> 44098 Mercure Circle
> Suite 115
> Sterling, VA 20166
>
> Phone: 703/260-3370
> FAX:    703/260-3371
> www.jeffersonmillwork.com
> <<Copy of DLI_Extra_Work_Tickets - 1-17-06.xls>>
>

*[Handwritten annotation with arrow pointing to "200 hrs":]*
*200 HRS NEVER BILLED TO AJM FROM D.L.I. - SHOULD BE ADDED OR CONSIDERED IN NEGOTIATIONS. as $11,000*

2/19/2007