## Dale Lacy

**From:** "Dale Lacy" <dlacy@dliincorporated.com>
**To:** "Michael Corrigan" <MCorrigan@jeffersonmillwork.com>
**Sent:** Saturday, January 28, 2006 10:56 AM
**Subject:** Re: Prettyman

Mike,

I love you man ! Always the wheeler/dealer. But, you think I just "fell off the Turnip Truck" or "born at night but not last night" or " I'm a dumbass podunk from Aaaaalllllaaaabaaaaammmmmaaaaaa". What is the bottom line M.F.'n number, Compadre ? That's all that matters. Stop beat'n 'round the Bush and tell me what the settlement is going to be and when. We show a balance of $373,232.37, which includes the 75k extra you promised on the contract. Like I told you before, if we collect everything, we will make 32k. Great margins for a 2.2 million dollar job. Allegheny/JMD need to pony up the DOL dollars. You told us we were in compliance, so we proceded to do the work. Don't forget, my original price was $1,525,000.00, and you beat me up.

                Dale
----- Original Message -----
From: "Michael Corrigan" <MCorrigan@jeffersonmillwork.com>
To: <dlacy@dliincorporated.com>
Sent: Friday, January 27, 2006 6:04 PM
Subject: Prettyman


> OK Big Guy:
>
> Here's my conditional concept that should be approvable by my joint
> venture
> partner:
>
> Order of events:
>
> 1. We agree on final contract amount to include DOL contribution (a
> portion of this amount is conditioned on change order acceptance for GSA
> authorized changes - see spreadsheet)
> 2. Retract Miller Act Notice
> 3. Same day: DLI is funded balance of contract before change orders -
> $11,750.20
> 4. Same day: DLI is funded balance of T & M  - $ 5,665.00
> 5. DOL spreadsheet finalized and settled (45 day period commences)
> 6. Within 30 days: DLI is funded for other trades on site backcharges
> (Joint Venture to front $ - see spreadsheet) - approx $ 20,000
> 7. Within 30 days: DLI is funded for Allegheny hours owed (Joint
> Venture to front $): approx. $20,000
> 8. Within 30 days: DLI is funded for Jefferson hours owed (Joint
> Venture to front $): approx. $20,000

> 9. Within 45 days: DLI is funded 1/2 of AJM, LLC contribution to DOL
> matter
>
>
> This should get liquidity going for all parties and move us along in a
> fair
> manner. As GSA change orders are approved and paid, funding is released
> for
> remaining changes.
>
> If all the above order of events is OK - we can talk final change order
> numbers and DOL contribution.
>
> BUT I need you to first agree that the timing is OK. It's all about
> liquidity and what I can and cannot do in advance....
>
> Have a good weekend!
>
>
>
> P.S. - NEED your ticket for terrazzo delays - Have D.J. dictate the ticket
> to Danny. D.J. knows the details...  *200 hrs.*
>
>
>
>
>
>
> Michael Corrigan
> Vice President
>
> Jefferson Millwork & Design, Inc.
> 44098 Mercure Circle
> Suite 115
> Sterling, VA 20166
>
> Phone: 703/260-3370
> FAX:   703/260-3371
> www.jeffersonmillwork.com
> <<Copy of DLI_Extra_Work_Tickets - 1-17-06.xls>>
>

*[Handwritten annotation with arrow pointing to "200 hrs":]* 200 HRS NEVER BILLED TO AJM FROM D.L.I. - SHOULD BE ADDED OR CONSIDERED IN NEGOTIATIONS. as $11,000

2/19/2007