THE LAW OFFICE OF

# SHAWN C. WHITTAKER, P.C.

1010 ROCKVILLE PIKE, SUITE 607
ROCKVILLE, MARYLAND 20852
PHONE (301) 838-4502
FAX (301) 838-4505

*FILE COPY*

**SHAWN C. WHITTAKER**
ADMITTED IN MD, VA, DC
shawn@whittaker-law.com

**ARI B. FRIEDMAN**
ADMITTED IN MD AND DC
ari@whittaker-law.com

August 30, 2007

Bruce I. Dory
U.S. Department of Labor Employment Standards Administration
Wage and Hour Division
6525 Belcrest Road, Suite 560
Hyattsville, MD 20782

> Re: **D.L.I., Incorporated v. Allegheny Jefferson Millwork, LLC, et al.**
> **U.S. Prettyman Courthouse project**

Dear Mr. Dory:

Please reference the above noted matter. Based on our discussions regarding the Department of Labor and the claims against D.L.I., Incorporated and its subcontractors on the E. Barrett Prettyman Courthouse project, find enclosed the "Summary of Unpaid Wages" and the "Authorization for Payment of Back Wages" forms signed by Dale Lacy, as requested. These forms are being provided to you as full and final settlement of all claims related to DLI and its subcontractors on the project. The total amount of DLI's back wages is $24,730.73 as reflected in the forms. You informed me that DLI's subcontractors already provided you with their authorization forms. You represented that once these forms were supplied to the DOL, the DOL would close this matter as this matter would be resolved in full, with no further liability on the part of DLI or its subcontractors.

Thank you for your assistance in resolving this matter. If you have any further questions or concerns, please do not hesitate to contact my office.

Very truly yours,

Shawn C. Whittaker

CC:   DLI, Incorporated
      Geoffrey S. Gavett, Esq.

## AUTHORIZATION FOR PAYMENT OF BACKWAGES

I hereby authorize Allegheny/Jefferson Millwork & Design, 44098 Mercure Circle, Suite 115, Sterling, VA 20166 to pay back wages on behalf of D.L.I., Incorporated, 1823 2nd Ave., Lake Worth, FL 33461 to twelve (12) employees of D.L.I., Incorporated in the amount of $24,730.73. These payments to the affected employees are to satisfy wage underpayments due them under the Davis Bacon and related Acts and the Contract Work Hours Safety Standards Act for work performed under Contract Number GS-11P-01-MKC-0022.

Signature: _____

D.L.I., Incorporated Representative Name: _____DALE LACY_____
(Print/Type)

D.L.I., Incorporated Representative Title: _____PRESIDENT_____
(Print/Type)

Date of Signature: _____07/23/2007_____

Case ID: 1420603

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

(Office Address) Baltimore MD District Office
207 Appraisers Stores Building
103 South Gay Street
Baltimore, MD 21202
410-962-2240

Investigator: Bruce Dory

Date: 08/14/2007

Employer Fed Tax ID Number: 65-0456377

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Cummins, Chris | 827 Hampton Road<br>West Palm Beach, FL 33405 | 06/11/2005 to 06/25/2005 | | $856.69 |
| Guerino, Richard | 7023 Griswold Street<br>Lake Worth, FL 33462 | 02/26/2005 to 05/21/2005 | | $3,358.66 |
| Gutierrez, Gamaliel G | 9193 SW 3rd Street<br>Boca Raton, FL 33428 | 02/05/2005 to 05/07/2005 | | $279.31 |
| Guzman, David | 780 W 74th Place<br>Hialeah, FL 33014 | 02/05/2005 to 09/03/2005 | | $105.31 |
| Houtenbrink, Glenn | 1540 Windorah Way<br>West Palm Beach, FL 33411 | 02/26/2005 to 03/12/2005 | | $903.57 |
| Kelly, Donald M | 25 Johnston Ave.<br>Kingston, NY 12401 | 03/12/2005 to 07/30/2005 | | $5,813.95 |
| Lamarre, Claudel | 4478 Raliegh Ave.<br>Alexandria, VA 22304 | 12/04/2004 to 09/17/2005 | | $1,419.81 |
| Moran, Kevin | P.O. Box 710<br>Lake Worth, FL 33460 | 02/05/2005 to 03/12/2005 | | $360.36 |
| Ribeiro, Osmar | 2649 NE 12th Terr<br>Pompano Beach, FL 33064 | 02/12/2005 to 08/13/2005 | | $6,572.34 |
| Shaffer, Phil | 1820 S.W. 21st Street<br>Fort Lauderdale, FL 33315 | 02/12/2005 to 04/02/2005 | | $27.22 |
| Szerlip, Mark | 320 Fern Street<br>Jupiter, FL 33458 | 02/26/2005 to 08/13/2005 | | $2,886.17 |
| Terlizzi, Anthony | 892 Bayridge Drive<br>Gaithersburg, MD 20878 | 02/19/2005 to 06/25/2005 | | $1,897.31 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 10/01/2007

Signed: [signature]

Employer Name and Address:
D.L.I., Incorporated
D.L.I., Incorporated
1823 2nd Ave.
Prettyman Courthouse
Lake Worth, FL 33461

TOTAL | $24,730.73

* Column - Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CV/HSSA 5
CLPA 6
FMLA 7

Form WH-56
Page 1

Date: 08/14/2007 1:35:40 PM    Case ID: 1420608