IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br>      Defendant(s). | Case No.06cv-875 (RCL) |

**MOTION TO REQUEST A STATUS CONFERENCE**

Now comes the Plaintiff D.L.I. Incorporated (hereinafter "DLI"), by and through counsel Shawn C. Whittaker, and submits this Motion to Request a Status Conference and in support thereof states the following:

1. On July 30, 2007, Defendant Allegheny Jefferson Millwork, LLC (hereinafter "Allegheny") filed a Motion for Partial Summary Judgment.

2. On August 13, 2007, Plaintiff DLI filed a Motion for Partial Summary Judgment.

3. By September 11, 2007, both parties had fully responded to the Cross-Motions for Partial Summary Judgment.

MOTION TO REQUEST A STATUS CONFERNECE - 1

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

4.  On October 11, 2007, the Court held a status conference where the Court stated that it would address the Motions in the near future.

5.  As of the date of this Motion, the Court has not ruled on the Motions.

6.  Plaintiff DLI requests this honorable Court to schedule a status conference so that the Plaintiff DLI can obtain a status on this case.

7.  Plaintiff DLI's counsel notified via telephone Defendant Allegheny's counsel of his intention to file this Motion. Defendant Allegheny's counsel did not object or consent to this Motion.

Respectfully submitted,

/s/Shawn C. Whittaker
Shawn C. Whittaker
DC Bar #468533
1010 Rockville Pike, Suite 607
Rockville, MD 20852
(301) 838-4502

Attorney for D.L.I. Incorporated

MOTION TO REQUEST A STATUS CONFERNECE - 2

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 18th day of March, 2008, a copy of the foregoing Motion was served, via electronic filing or first class mail, postage prepaid on the Defendants c/o Geoffrey S. Gavett, Esq., Gavett & Datt, P.C., 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855.

                                  /s/ Shawn C. Whittaker
                                  Shawn C. Whittaker

MOTION TO REQUEST A STATUS CONFERNECE
- 3

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com