## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
for the use and benefit of
D.L.I. INCORPORATED

       Plaintiff,

vs.

ALLEGHENY JEFFERSON MILLWORK, LLC,
    et al.

       Defendant(s).

Case No.06cv-875 (RCL)

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Request a Status Conference; it is this _____ day of _____, 2008;

ORDERED that the Plaintiff's Motion is GRANTED; and it is further

ORDERED that the Clerk set a Status Confernece.

_____
Judge Royce C. Lamberth
United States District Court for the
District of Columbia

ORDER- 1

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com