# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc., <br><br>     Plaintiff, <br><br>     v. <br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*, <br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 06-875 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court has considered defendants' motion for partial summary judgment [25], plaintiff's consolidated opposition and cross-motion for partial summary judgment [28, 29], defendants' consolidated reply and opposition [30, 31, 33], plaintiff's consolidated surreply and reply [32, 34], the entire record herein, and the applicable law.  For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that defendants' motion [25] shall be GRANTED in part and DENIED in part.  Specifically,

(1) facts relevant to liability as between the parties for the portion of the finalized Davis-Bacon claim attributable to plaintiff's time and materials ("T & M") work remain in dispute; but

(2) Allegheny may "back charge" to plaintiff the portion of the finalized Davis-Bacon claim attributable to plaintiff's work under the written subcontract; and

(3) defendants need not pay plaintiff's February 9, 2006 invoice in the amount of

$191,727.46.  It is further

ORDERED that plaintiff's motion [28] shall be DENIED.  Specifically,

(1) defendants owe plaintiff $11,750 – not $86,750 – plus interest, under the lump-sum

contract; and

(2) facts relevant to liability as between the parties for the portion of the finalized Davis-

Bacon claim attributable to plaintiff's T & M work remain in dispute; and

(3) Allegheny may "back charge" to plaintiff the portion of the finalized Davis-Bacon

claim attributable to plaintiff's work under the written subcontract.

Plaintiff's various claims remain pending to the extent of plaintiff's allegedly

uncompensated work under the lump-sum contract, the portion of the finalized Davis-Bacon

claim attributable to plaintiff's T & M work, and disputed work tickets other than invoice #4592

and invoice #4606.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, March 31, 2008.