UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> for the use and benefit of D.L.I. Inc., <br><br> Plaintiff, <br><br> v. <br><br> **ALLEGHENY JEFFERSON MILLWORK, LLC,** *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-875 (RCL) |

## **ORDER**

Because the Court has ruled on the parties' cross-motions for partial summary judgment, it is hereby

ORDERED that plaintiff's motion [35] for a status conference to ascertain the status of these motions is DENIED as moot; it is further

ORDERED that plaintiff and defendant shall, within ten (10) days of this date, meet and confer and submit a proposed schedule for further proceedings herein, joint if agreed upon; separately if necessary.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2008.