UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of<br>D.L.I. INCORPORATED | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:06CV00875<br>Judge: Royce C. Lamberth |
| ALLEGHENY JEFFERSON<br>MILLWORK, LLC., et al. | : | |
| | : | |
| Defendants | | |

## JOINT REPORT PURSUANT TO
## COURT'S ORDER OF
## MARCH 31, 2008

The plaintiff, United States of America for the use and benefit of DLI Incorporated ("DLI"), and the defendants, Allegheny Jefferson Millwork, LLC, et al ("AJM"), submit this Joint Report pursuant to the Court's Order of March 31, 2008. The parties' report will follow the format set forth in LCvR 16.3(c).

1.  <u>Dispositive Motions</u>.  The parties have already filed cross-motions for summary judgment on which this Court has ruled by its opinion and order dated March 31, 2008. The parties do not anticipate the filing of any other dispositive motions. Plaintiff DLI reserves the right to file an appropriate motion for reconsideration.

2.  <u>Deadline for Joinder of Parties and Amendment of Pleadings</u>. The parties concur that all motions for the joinder of any party or amendment of the pleadings shall be filed on or before April 30, 2008.

3. <u>Assignment to Magistrate Judge</u>. The parties agree that this matter may be referred to a U.S. Magistrate Judge for all further proceedings, including trial.

4. <u>Settlement</u>. The parties are currently engaged in negotiations following the Court's ruling on motions for summary judgment. While settlement is possible, the parties are not able to state whether settlement is probable.

5. <u>Alternative Dispute Resolution</u>. The parties voluntarily participated in mediation through the Court's ADR office in August 2006. The parties were not successful in their efforts at that time. The parties concur that referral to the ADR office for additional mediation is not likely to be of any assistance to the parties in reaching a settlement.

6. <u>Resolution by Dispositive Motions</u>. This Court has already disposed of some issues pending in this matter by its order on cross-motions dated March 31, 2008. The parties do not believe any further motions practice is likely to be of assistance.

7. <u>Initial Disclosures</u>. The parties believe discovery in this matter is complete and initial disclosures pursuant to Fed. R. Civ. Proc. 26(a)(1) would be redundant. The parties therefore propose this requirement be waived.

8. <u>Discovery</u>. The parties agree that discovery in this matter is complete.

9. <u>Expert Witness Reports</u>. The parties agree that expert witness reports have been exchanged to the extent necessary and that no further action in this regard is required.

10. <u>Class Action</u>. This provision is not relevant to the captioned matter.

11. <u>Bifurcation</u>. The parties agree that bifurcation is not necessary in this matter.

12. <u>Pretrial Conference</u>. The parties agree that this matter is ready for the setting of a pretrial conference and propose that it be scheduled on an appropriate day on the court's calendar in May or June 2008.

13. <u>Trial</u>. The parties agree that a firm trial date should be set at the pretrial conference.

14. <u>Other Matters</u>. Plaintiff intends to file a Motion for Leave to file and Amended Complaint and an Amended Complaint by April 30, 2008.

\* \* \*

The parties further submit a proposed Scheduling Order concurrent with the filing of this report.

Respectfully submitted,

WHITTAKER & ASSOCIATES, P.C.    GAVETT AND DATT, P.C.


BY  /s/                                              BY  /s/
   Shawn C. Whittaker, Esq.              Geoffrey S. Gavett
   Unified Bar No. 468533                Unified Bar No. 375884
   1010 Rockville Pike                   15850 Crabbs Branch Way
   Suite 607                             Suite 180
   Rockville, Maryland 20852             Rockville, Maryland 20855-2622
   301-838-4502                          (301) 948-1177
   **Counsel for Plaintiff**             **Counsel for Defendants**