UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| for the use and benefit of | | |
| D.L.I. INCORPORATED | : | |
|       Plaintiff | : | |
| v. | : | Case No.: 1:06CV00875 |
| | | Judge: Royce C. Lamberth |
| ALLEGHENY JEFFERSON | : | |
| MILLWORK, LLC., et al. | | |
| | : | |
|       Defendants | | |

## SCHEDULING ORDER

The Court having considered the parties' Joint Report pursuant to this Court's Order of March 31, 2008, the Court hereby enters the following schedule for the remainder of the case:

1. <u>Dispositive Motions</u>. No further dispositive motions shall be filed.

2. <u>Deadline for Joinder of Parties and Amendment of Pleadings</u>. All motions for the joinder of any party or amendment of the pleadings shall be filed on or before April 30, 2008.

3. <u>Alternative Dispute Resolution</u>. The parties have concluded their efforts at Alternative Dispute Resolution.

4. <u>Discovery</u>. Discovery in this matter is complete. However, the parties may conduct depositions *de bene esse* if a witness is unavailable for trial.

     5.    <u>Pretrial Conference</u>. The parties shall appear for a pretrial conference in this matter on _____, 2008. The parties shall submit their pretrial statements pursuant to LCvR 16.5 not less than eleven days prior to the scheduled date for the Conference.

     6.    <u>Trial</u>.  A firm trial date shall be set at the pretrial conference.

 

|  |  |
|---|---|
|  | _____ |
|  | Royce C. Lamberth, Judge |
|  | United States District Court for the |
|  | District of Columbia |

cc:    Shawn C. Whittaker, Esq.
       Whitaker & Associates, P.C.
       1010 Rockville Pike
       Suite 607
       Rockville, Maryland 20852

       Geoffrey S. Gavett
       Gavett and Datt, P.C.
       15850 Crabbs Branch Way
       Suite 180
       Rockville, Maryland 20855-2622