UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 18 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of D.L.I. Inc.,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGHENY JEFFERSON<br>MILLWORK, LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-875 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' attached consent to proceed, for all purposes, before a United States Magistrate Judge, it is hereby

ORDERED that this case is REFERRED to Magistrate Judge Facciola for all further proceedings and the entry of judgment in accordance with 28 U.S.C. section 636(c)(3).

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 18, 2008.