REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 40:270 Miller Act | | | |
|---|---|---|---|---|
| CASE NO: 06cv875 | DATE REFERRED: 4/18/08 <br><br> DISPOSITION DATE: | PURPOSE: All Purpose | JUDGE: Royce C. Lamberth | MAG. JUDGE John M. Facciola |
| PLAINTIFF(S): <br> D.L.I. INCORPORATED | | DEFENDANT(S): <br> ALLEGHENY JEFFERSON MILLWORK, LLC, ET AL | | |
| ENTRIES: | | | | |