IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br>      Defendant(s). | Case No. 06cv-875 (RCL) |

## LINE

TO THE CLERK OF SAID COURT:

PLEASE take notice that the parties consent to the filing of a Consent Motion to Amend Complaint and Plaintiff's Amended Complaint on or before Friday, May 2, 2008.

Respectfully Submitted,

/s/_____
Shawn C. Whittaker, DC Bar #468533
1010 Rockville Pike, Ste. 607
Rockville, Maryland 20852
(301) 838-4502

/s/_____
Geoffrey S. Gavett, DC Bar #375884
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855

CONSENT LINE - 1

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May, 2008, a copy of the foregoing Line was served, via efiling on the Defendants C/o Geoffrey S. Gavett, Esq., Gavett & Datt, PC, 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855-2622.

/s/Shawn C. Whittaker
Shawn C. Whittaker

CONSENT LINE - 2

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com