IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>      Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br><br>      Defendant(s). | Case No.06cv-875 (RCL) |

### CONSENT MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW the Plaintiff, D.L.I. Incorporated, (hereinafter "DLI"), by and through counsel Shawn C. Whittaker, and pursuant to Fed. R. Civ. P. 15 and Local Rule LCvR 7(i), submits this Motion for Leave to File the attached Amended Complaint, with the written consent of the Defendants. *See written consent attached as Exhibit 1.*

Respectfully submitted,

/s/Shawn C. Whittaker
Shawn C. Whittaker, DC Bar #468533
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, MD 20852

---

MOTION FOR LEAVE TO FILE AN AMENDED
COMPLAINT - 1

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

## **CERTFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2008, a copy of the foregoing Motion was served, via efiling on the Defendants C/o Geoffrey S. Gavett, Esq., Gavett & Datt, PC, 15850 Crabbs Branch Way, Suite 180, Rockville, MD 20855-2622.

/s/Shawn C. Whittaker
Shawn C. Whittaker

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT - 2

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com