**Shawn C. Whittaker, Esq.**

**From:** Geoff Gavett [ggavett@gavettdatt.com]
**Sent:** Wednesday, April 30, 2008 9:10 AM
**To:** Shawn C. Whittaker, Esq.
**Subject:** RE: Amendment

Shawn:

Defendants consent to an amendment to the complaint under the following terms and conditions:

1. All claims relating to the American Indian Museum are against Jefferson individually or AJM only. The bonding defendants cannot be held responsible for a claim arising out of a project they did not bond.

2. Claims relating to the AIM project should be addressed in a separate count.

3. Consent by Jefferson and AJM is without prejudice to the right of these defendants to assert defenses to the AIM claim. Any consent motion to the court must indicate as much.

Do you know when Dale will return? My client wants me to put a deadline on the offer so that it is not just hanging out there.


Geoffrey S. Gavett
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD  20855
Tele: 301-948-1177
Fax: 301-948-4334
Email: ggavett@gavettdatt.com

This email message and any attachment to this email message contains confidential information belonging to the sender which is legally privileged and intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are requested to notify us by return email or by telephone at 301-948-1177 and to delete this email message and any attachments.  Unauthorized disclosure, conversion to hard copy, copying, distribution, retransmission, or the taking of any action in reliance on the contents of this email message or any attachments to it is strictly prohibited and may violate Federal and state law.

-----Original Message-----
From: Shawn C. Whittaker, Esq. [mailto:shawn@whittaker-law.com]
Sent: Wednesday, April 30, 2008 8:49 AM
To: Geoff Gavett
Cc: Dale Lacy
Subject: Amendment


Geoff,
      Dale has been out of town.  Thus, the reason for no response to the
latest settlement offer.
      You never let me know whether you objected to the filing of the
amended pleading.  No new damages have been added.  I am just taking the
$75,000 from the Courthouse and requesting it as a new count for the
Indian
Museum.  I am also adding Jefferson as a party.  I assume you will

1

**EXHIBIT**
1

accept
service for Jefferson.  I need to know whether you consent to the amendment.
If you don't, I need to file a motion requesting leave.  Please let me know.
The amendment is due today.  I contacted you as to this issue after receiving the Court's decision and never received a definitive response from
you.

---

Shawn C. Whittaker, Esq.
Whittaker & Associates, P.C.
1010 Rockville Pike, Ste. 607
Rockville, Maryland 20852
301-838-4502 voice
301-838-4505 fax
shawn@whittaker-law.com
www.whittaker-law.com

This transmission contains information which may be confidential and/or privileged.  The information is intended to be for the exclusive use of the
individual or entity named above.  If you are not the intended recipient, be
advised that any disclosure, copying, distribution or other use of this information is strictly prohibited.  If you have received this transmission
in error, please notify us by telephone (301)838-4502 or by email (shawn@whittaker-law.com) immediately.

2