IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of<br>D.L.I. INCORPORATED<br><br>       Plaintiff,<br><br>vs.<br><br>ALLEGHENY JEFFERSON MILLWORK, LLC,<br>    et al.<br><br>       Defendant(s). | Case No. 06cv-875 (RCL) |

**ORDER**

UPON CONSDIERATION of the parties' Consent Motion for Leave to File an Amended Complaint; it is this _____ day of _____, 2008;

ORDERED that pursuant to Fed. R. Civ. P. 15 and Local Rule LCvR 7(i), the Consent Motion is GRANTED; and it is further

ORDERED that the Plaintiff is granted leave to file the Amended Complaint.

                                               _____
                                               Magistrate Judge John M. Facciola
                                               United States District Court for the
                                               District of Columbia

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike – Suite 607
Rockville, MD 20852
Tel: 301.838.4502 / Fax: 301.838.4505
shawn@whittaker-law.com