**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
for the use and benefit of
D.L.I. INCORPORATED

Plaintiff,

vs.

ALLEGHENY JEFFERSON MILLWORK, LLC
44098 Mercure Circle, Suite 115
Sterling, Virginia 20166

And

JEFFERSON MILLWORK & DESIGN, INC.
44098 Mercure Circle
Suite 115
Sterling, VA 20166

SERVE: Geoffrey S. Gavett, Esq.
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

And

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
3910 Keswick Road,
Baltimore, MD 21211

And

GREAT AMERICAN INSURANCE CO.
580 Walnut Street
Cincinnati, Ohio 45202

And

Case No.

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

TRAVELERS CASUALTY AND SURETY CO.
7920 Belt Line Road
8th Floor
Dallas, TX 75240

Defendant(s).

**AMENDED COMPLAINT**

Now comes the United States of America, for the use and benefit of the Plaintiff D.L.I. Incorporated (hereinafter "DLI"), by and through counsel Shawn C. Whittaker, and submits this Amended Complaint against the Defendants Allegheny Jefferson Millwork, LLC (hereinafter "Allegheny"), Jefferson Millwork & Design, Inc. (hereinafter "Jefferson"), Fidelity and Deposit Company of Maryland (hereinafter "Fidelity"), Great American Insurance Company (hereinafter "Great American"), and Travelers Casualty and Surety Company of America (hereinafter "Travelers") and in support thereof states the following:

**PARTIES AND JURISDICTION**

1. Plaintiff DLI is a corporation duly organized and existing under the laws of the State of Florida, with its principal office and place of business located at 1823 2nd Avenue North, Lake Worth, Florida 33461. Plaintiff DLI is engaged in the business of installing architectural millwork and casework.

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

2. Defendant Allegheny is a Pennsylvania limited liability company which, upon information and belief, is not registered to do business in the District of Columbia. Defendant Allegheny's principal office and place of business is located at 44098 Mercure Circle, Suite 115, Sterling, Virginia 20166. Defendant Allegheny is a supplier of architectural millwork and casework.

3. Defendant Jefferson is a Virginia corporation which, upon information and belief, is not registered to do business in the District of Columbia. Defendant Jefferson's principal office and place of business is located at 44098 Mercure Circle, Suite 115, Sterling, VA 20166. Defendant Jefferson is a supplier of architectural millwork.

4. Defendant Fidelity is a Maryland corporation, which, upon information and belief, is not registered to do business as a surety in the District of Columbia. Defendant Fidelity's principal office and place of business is located at 3910 Keswick Road, 5th Floor, Baltimore, Maryland 21211.

5. Defendant Great American is an Ohio Corporation, which, upon information and belief is not registered to do business as a surety in the District of Columbia. Defendant Great American's principal office and place of business is located at 580 Walnut Street, Cincinnati, OH 45202.

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

6. Defendant Travelers is a Texas corporation, which upon information and belief is not registered to do business as a surety in the District of Columbia. Defendant Traveler's principal office and place of business is located at 7920 Belt Line Road, 8th Floor, Dallas, TX 75240.

7. This Court has jurisdiction of this action pursuant to 40 U.S.C. §270a, §270b.

**FACTS RELEVANT TO COURTHOUSE PROJECT**

8. Plaintiff DLI incorporates the preceding allegations as if fully set forth herein and further states the following:

9. Prior to October 17, 2004, Centex Construction Company (hereinafter "Centex") entered into a written contract with the United States of America, acting by and through the United States General Services Administration, for improvements and renovations for the E. Barrett Prettyman Courthouse located at 333 Connecticut Avenue, NW, Washington, DC (hereinafter referred to as the "Job Site" or "Project" or "Contract").

10. Centex together with Defendant Travelers had duly executed and delivered to the United States of America, acting by and through the United States General Services Administration a payment bond, bond number 103804493, for the protection of all persons supplying labor and material in the prosecution of the

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

work provided for in said contract. *See bond attached to Complaint as Exhibit A.*

11. On October 17, 2004, Centex subcontracted a portion of the work to Defendant Allegheny in which Defendant Allegheny agreed to provide a certain portion of the material and labor provided for in the principal contract. Specifically, Defendant Allegheny was to provide architectural millwork and casework to the project.

12. Defendant Allegheny together with Defendant Sureties Fidelity and Great American had duly executed and delivered to Centex a payment bond, bond number 8762374, for the protection of all persons supplying labor and material in the prosecution of the work provided for in the subcontract. *See Bond attached to Complaint as Exhibit B.*

13. Thereafter, Defendant Allegheny verbally requested Plaintiff DLI to provide the labor for the installation of architectural millwork and casework to the Project in the amount of in the amount of $1,175,000.00.

14. On or about December 6, 2004, Plaintiff DLI began supplying labor and commenced work on the Project.

15. On or about February 12, 2005, Defendant Allegheny submitted a written contract to Plaintiff DLI for review.

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

Plaintiff DLI revised and signed the subcontract and submitted it to the Defendant Allegheny. Defendant Allegheny never returned a signed copy of the revised subcontract to the Plaintiff DLI. *A copy of the revised subcontract attached to the Complaint as Exhibit C.*

16. The total amount of the base subcontract was $1,175,000.00.

17. During the course of the Project, there were approved additions and deductions totaling $1,048,047.50. The total amount of the subcontract with approved changes and credits was $2,223,047.50.

18. Additionally, Plaintiff DLI incurred additional costs caused by Defendant Allegheny or Centex, and due to no fault of the Plaintiff DLI, in the amount of $30,108.08.

19. Defendant Allegheny did cause to be paid to Plaintiff DLI $1,838,013.88. Therefore, a balance remains due and owing of $415,141.70.

20. The date on which Plaintiff DLI last supplied labor to the Project was December 15, 2005.

**FACTS RELEVANT TO NORTH AMERICAN INDIAN MUSEUM PROJECT**

21. Prior to the Courthouse Project, Defendant Jefferson contracted with Plaintiff DLI for Plaintiff to perform work,

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

specifically millwork installation, on the Smithsonian American Indian Museum Project located in Washington, DC.

22. At the completion of the Project, Defendant Jefferson did not pay Plaintiff DLI the full balance due of $315,000.00 on the Indian Project when due.

23. On or about December 22, 2004, Defendant Jefferson contracted with Plaintiff DLI that if Defendant Jefferson did not pay DLI the remaining balance of $315,000.00 by January 9, 2007, then Defendant Jefferson would pay Plaintiff DLI an additional amount of $75,000.00 on the Indian Museum Project"). *See email attached as Exhibit A1 to this Amended Complaint.*

24. Defendant Jefferson did not pay the remaining balance of $315,000.00 on the Indian Museum Project by January 9, 2005.

25. As consideration for Defendant Jefferson's agreement to pay Plaintiff DLI an additional $75,000.00 on the Indian Museum Project, Plaintiff DLI did not take any action to collect the amount due on the Indian Museum Project and lost its Miller Act rights.

26. Despite the parties' agreement and despite demand, Defendant Jefferson has failed to remit payment of $75,000.00.

**COUNT I**
**BREACH OF CONTRACT AGAINST ALLEGHENY**

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

27. Plaintiff DLI incorporates the preceding allegations as if fully set forth herein and further states the following:

28. The Plaintiff DLI performed pursuant to the subcontract between Defendant Allegheny and Plaintiff DLI.

29. Despite full performance and demand by Plaintiff DLI, Defendant Allegheny has failed to remit payment of $$415,141.70.

30. By failing to remit the balance due of $$415,141.70, Defendant Allegheny has breached its agreement and/or subcontract with Plaintiff DLI.

31. Plaintiff DLI has suffered damages in the amount of $$415,141.70 due to Defendant Allegheny's breach of the agreement and/or subcontract.

WHEREFORE, the Plaintiff DLI, Incorporated prays for judgment against Defendant Allegheny Jefferson Millwork, LLC for:

(a) A principal amount of $$415,141.70; and

(b) Interest from December 15, 2005; and

(c) costs of this action; and

(d) for such other and further relief as the Court may deem just and proper.

**COUNT II**
**QUASI-CONTRACT/UNJUST ENRICHMENT (AS TO ALLEGHENY)**

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

24. Plaintiff DLI incorporates the preceding allegations contained in paragraphs 1-26 as if fully set forth herein and further states the following:

32. Plaintiff DLI supplied valuable labor, materials, and equipment to Defendant Allegheny for Defendant Allegheny to complete its work under the subcontract with Centex.

33. Even if no express contract is found as to some or all of the aforesaid labor and equipment furnished by Plaintiff DLI to Defendant Allegheny, said work was furnished at the request of Defendant Allegheny and conferred a benefit on Defendant Allegheny.

34. Defendant Allegheny's requests implied a promise to compensate Plaintiff DLI for the labor and equipment furnished by Plaintiff DLI.

35. Defendant Allegheny has, and had at all times pertinent hereto, an appreciation and/or knowledge of the benefit conferred by Plaintiff DLI and accepted or retained the benefit of Plaintiff DLI's work without paying the reasonable value of said work.

36. Defendant Allegheny knew that Plaintiff DLI expected to be compensated for its labor.

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

37. The reasonable value of the labor and equipment furnished by Plaintiff DLI to Defendant Allegheny for which it has not been paid is $$415,141.70.

38. Despite demand by Plaintiff DLI, Defendant Allegheny has failed and refused to pay the balance due of $$415,141.70 to compensate Plaintiff DLI for the value of the labor and equipment furnished as aforesaid; Plaintiff DLI is damaged in said amount.

39. Plaintiff DLI has submitted a claim to Defendant Allegheny for reimbursement of its damages so that Defendant Allegheny can submit the claim to Centex.

40. If Defendant Allegheny recovers or has recovered from Centex any amount for Plaintiff DLI's claim, then it would be unjust for Defendant Allegheny to retain funds so recovered.

WHEREFORE, the Plaintiff D.L.I. Incorporated prays for judgment against Defendant Allegheny Jefferson Millwork, LLC. for:

(a) A principal amount of $$415,141.70; and

(b) Interest from December 15, 2005; and

(c) Costs of this action; and

(d) For such other and further relief as the Court may deem just and proper.

**COUNT III**
**MILLER ACT CLAIM AS TO TRAVELERS**

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

41. Plaintiff DLI incorporates the preceding allegations contained in paragraphs 1-31 as if fully set forth herein and further states the following:

42. On or about February 22, 2006, Plaintiff DLI requested a copy of the payment bond obtained by Centex for the Project from GSA pursuant to 40 U.S.C. § 3133. *See copy of letter to U.S. General Services Administration attached to the Complaint as Exhibit D.*

43. On or about February 22, 2006, Plaintiff provided Centex with notice of the claim on the payment bond. *See copy of Certified Mailing Receipt attached to the Complaint as Exhibit E. See copy of Notice Letter attached to the Complaint as Exhibit F.*

44. On or about February 23, 2006, Centex did receive the notice of the claim on payment bond. *See Certified mail return receipt attached to the Complaint as Exhibit G.*

45. On or about March 10, 2006, Plaintiff provided an amended second notice of the claim on the payment bond to Centex. *See copy of Amended Notice attached to the Complaint as Exhibit H. See copy of Certified Mail receipt attached to the Complaint as Exhibit I.*

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

46. On or about March 13, 2006, Centex did receive the amended notice of the claim on the payment bond. *See Certified Mail return receipt attached to the Complaint as Exhibit J.*

47. On April 13, 2006, GSA did provide Plaintiff DLI a copy of the payment bond. *See letter attached to the Complaint as Exhibit K.*

48. Defendant Travelers failed to remit payment to the Plaintiff DLI in the amount of $565,141.78.

49. Plaintiff DLI is bringing this action against Travelers within one year of its last performance to collect monies owing from Travelers to Plaintiff DLI for labor provided to the Project.

WHEREFORE, the Plaintiff DLI, Incorporated prays for judgment against Defendant Surety jointly and severally for:

(a) A principal amount of $415,141.70; and

(b) Interest from December 15, 2005; and

(c) costs of this action; and

(d) for such other and further relief as the Court may deem just and proper.

**COUNT IV**
**ACTION ON SUBCONTRACTOR'S PAYMENT BOND AGAINST DEFENDANTS FIDELITY AND GREAT AMERICAN**

50. Plaintiff DLI incorporates the preceding allegations as if fully set forth herein and further states the following:

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

51. On or about February 22, 2006, Plaintiff did give notice of the claim on the payment bond to the Defendants Fidelity and Great American. *See Exhibit F. See copies of certified mail receipts attached to the Complaint as Exhibit L.*

52. On February 23, 2006, Defendants Fidelity and Great American did receive said notice on, respectively. *See copies of return receipts attached to the Complaint as Exhibit M.*

53. On or about March 10, 2006, Plaintiff DLI gave an amended notice of the claim on the payment bond to Defendants Fidelity and Great American. *See Exhibit H. See copies of certified mail receipts attached to the Complaint as Exhibit N.*

54. On March 11, 2006 and March 13, 2006, Defendants Fidelity and Great American did receive the amended notice, respectively. *See return receipts attached to the Complaint as Exhibit O.*

55. Defendants Fidelity and Great American failed to remit payment to the Plaintiff in the amount of $415,141.70.

56. Plaintiff DLI is a third party beneficiary to the payment bond.

57. Plaintiff DLI is bringing this action against the Defendants Fidelity and Great American within one year of its last performance to collect monies owing from Defendants Fidelity and

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

Great American to Plaintiff DLI for labor delivered to the Project.

58. All conditions precedent to Plaintiff DLI's claim under the payment bonds have been met.

WHEREFORE, the Plaintiff DLI, Incorporated prays for judgment against Defendant Surety's jointly and severally for:

(a) A principal amount of $415,141.70; and

(b) Interest from December 15, 2005; and

(c) Costs of this action; and

(d) For such other and further relief as the Court may deem just and proper.

**COUNT V**
**BREACH OF CONTRACT BY DEFENDANT JEFFERSON**

59. On December 22, 2004, Defendant Jefferson still owed Plaintiff DLI $315,000 for its work on the Indian Museum project.

60. On December 22, 2004, Defendant Jefferson and Plaintiff DLI agreed that if Jefferson did not pay the balance of the Indian Museum project to Plaintiff DLI by January 9, 2005, Defendant Jefferson would pay Plaintiff DLI an additional $75,000.00 on the Indian Museum Project.

61. This agreement was valid and binding on the parties.

62. Abiding by that agreement and in reliance on the parties' agreement, Plaintiff DLI forewent any Miller Act claim or

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

any other litigation to collect the the remaining balance of the Indian Museum project.

63. Defendant Jefferson failed to pay the balance of the Indian Museum project to Plaintiff DLI by January 9, 2005 and did pay Plaintiff DLI the additional $75,000.00 as agreed.

64. In so doing, Defendant Jefferson's breached its contract with Plaintiff DLI, thereby damaging Plaintiff DLI.

WHEREFORE, the Plaintiff DLI, Incorporated prays for judgment against Defendant Jefferson for:

(a) A principal amount of $75,000; and

(b) Interest from January 9, 2005 until paid; and

(c) Costs of this action; and

(d) For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/Shawn C. Whittaker
Shawn C. Whittaker
DC Bar #468533
1010 Rockville Pike
Suite 607
Rockville, MD 20852
(301)838-4502

Attorney for D.L.I. Incorporated

WHITTAKER & ASSOCIATES, PC
1010 Rockville Pike, Suite 607
Rockville, MD 20852
Tel: 301.838.4502/ Fax: 301.838.4505
Shawn@whittaker-law.com

**Shawn Whittaker**

---

**From:** Dale Lacy [dlacy@dliincorporated.com]
**Sent:** Monday, July 09, 2007 12:50 PM
**To:** shawn@whittaker-law.com
**Subject:** Fw: Prettyman Scope

----- Original Message -----
**From:** Michael Corrigan
**To:** 'Dale Lacy'
**Sent:** Wednesday, December 22, 2004 7:39 PM
**Subject:** RE: Prettyman Scope

$1,175,000 Prettyman turnkey, stocked, ot as necessary and reasonable, scribed to floor, per z-clip - any savings for reveal / panel install changes is DLI's to keep, floors 2, 3 and 4 are a change order, new changes coming for more bookcases, may be a reduction in wood base and cabinet take-off AND must pay NMAI - $315,000 - off by January 9th OR price goes to $ 1,250,000.

Michael Corrigan

Michael Corrigan
Vice President

Jefferson Millwork & Design, Inc.
44098 Mercure Circle
Suite 115
Sterling, VA 20166

Phone: 703/260-3370
FAX: 703/260-3371
www.jeffersonmillwork.com

-----Original Message-----
**From:** Dale Lacy [mailto:dlacy@dliincorporated.com]
**Sent:** Wednesday, December 22, 2004 6:58 PM
**To:** Michael Corrigan
**Subject:** Prettyman Scope

Here ya' go. Check it out.

