UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
for the use and benefit of
D.L.I. INCORPORATED    :

       Plaintiff    :

v.    :    Case No.: 1:06CV00875
       John M. Facciola, U.S. Magistrate Judge

ALLEGHENY JEFFERSON    :
MILLWORK, LLC., et al.
    :
       Defendants

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

TO THE CLERK:

The plaintiff, D.L.I., Incorporated, and the defendants, Allegheny Jefferson Millwork, LLC, Jefferson Millwork and Design, Inc., Fidelity and Deposit Co. of Maryland, Great American Insurance Co., and Travelers Casualty and Surety Co., pursuant to Fed. R. Civ. Proc. 41(a)(ii) hereby stipulate that the above-captioned matter be entered as "settled, satisfied and dismissed with prejudice." Each party shall bear their own costs.

Respectfully submitted,

_____/s/_____
Shawn C. Whittaker
Unified Bar No. #468533
1010 Rockville Pike, Suite 607
Rockville, MD 20852
shawn@whittaker-law.com
**Counsel for Plaintiff**


_____/s/_____
Geoffrey S. Gavett, Esq.
Gavett and Datt, PC
DC Bar 375884
15850 Crabbs Branch Way
Rockville, MD 20855
ggavett@gavettdatt.com
**Counsel for Defendants**